# EXHIBIT A

Mark Yocca, President
Polaris PowerLED Technologies, LLC
5150 East Pacific Coast Highway, Suite 200
Long Beach, California 90804
admin@polarispowerled.com

January 17, 2025

<u>Via Federal Express and Electronic Mail</u>

Michael Ray, Chief Legal Officer
Crucial.com (Micron) & Micron Technologies
8000 S. Federal Way
Boise, ID 83716-9632
mray@micron.com

    **Re: *Licensing and Use of Polaris PowerLED's Patented Technologies***

Dear Mr. Ray:

  Polaris PowerLED Technologies, LLC owns certain U.S. patents, including U.S. Patent 8,554,968 entitled "Interrupt Technique for a Nonvolatile Memory Controller"; U.S. Patent 8601,346 entitled "System and Method for Generating Parity Data in a Nonvolatile Memory Controller by Using a Distributed Processing Technique"; U.S. Patent 9,183,085 entitled "Systems and Methods for Adaptively Selecting from Among a Plurality of Error Correction Coding Schemes in a Flash Drive for Robustness and Low Latency"; U.S. Patent 9,021,337 entitled "Systems and Methods for Adaptively Selecting Amond Different Error Correction Coding Schemes in a Flash Drive"; U.S. Patent 8,588,228 entitled "Nonvolatile Memory Controller with Host Controller Interface for Retrieving and Dispatching Nonvolatile Memory Commands in a Distributed Manner"; U.S. Patent 9,830,245 "Tracing Events in an Autonomous Event System"; U.S. Patent 9,799,405 "Nonvolatile memory stems with Rad Circuit for Performing Reads Using Threshold Voltage Shift Read Instruction"; U.S. Patent 9,305,661 "Nonvolatile Memory System that Uses Programming Time to Reduce Bit Errors"; and U.S. Patent No. 9,418,804 "Switching Device."

  I write to advise you that your company and its affiliates and your products infringe these patents. We request that you cease from making, using, importing, selling and offering for sale products that are infringing and using Polaris' patented technologies without a license. We are willing to discuss and grant you a license if that would be of interest.

  With respect to the '968 patent, your company's P 310 SSD and its implementation of the NVMe standards, and other similar products and devices, infringe the claims of this patent, including for example claim 1.

With respect to the '346 patent, your company's T700 SSD and its generation of parity data using a distributed processing technique, as well as other similar products and devices, infringe the claims of this patent, including for example claim 1.

With respect to the '085 patent, your company's P5 Plus SSD and its error correction coding (ECC) scheme, as well as other similar products and devices, infringe the claims of this patent, including for example claim 1.

With respect to the '337 patent, your company's P5 Plus SSD and its management of gears and error correction coding (ECC) schemes, as well as other similar products and devices, infringe the claims of this patent, including for example claim 1.

With respect to the '228 patent, your company's T700 SSD and its interface for retrieving and dispatching nonvolatile memory commands in a distributed manner, as well as other similar products and devices, infringe the claims of this patent, including for example claim 1.

With respect to the '245 patent, your company's P 310 SSD and its event subsystem, as well as other similar products and devices, infringe the claims of this patent, including for example claim 1.

With respect to the '405 patent, your company's T700 SSD and its read circuit for performing reads using threshold voltage shift read instructions, as well as other similar products and devices, infringe the claims of this patent, including for example claim 1.

With respect to the '661 patent, your company's T700 SSD and its use of programming time to reduce bit errors, as well as other similar products and devices, infringe the claims of this patent, including for example claim 1.

With respect to the '804 patent, your company's T700 SSD and its switching device for direct current operation, as well as other similar products and devices, infringe the claims of this patent, including for example claim 1.

If your company and its affiliates are interested in having discussions and potentially taking a license, please let me know and we would be glad to discuss.

Sincerely,

/s/ *Mark Yocca*
Mark Yocca