# EXHIBIT E

Case 1:25-cv-00073-BLW  Document 1-5  Filed 02/07/25  Page 2 of 35



US008554968B1

(12) **United States Patent**
Onufryk et al.

(10) **Patent No.:** **US 8,554,968 B1**

(45) **Date of Patent:** **Oct. 8, 2013**

(54) **INTERRUPT TECHNIQUE FOR A NONVOLATILE MEMORY CONTROLLER**

(75) Inventors: **Peter Z. Onufryk**, Flanders, NJ (US);
**Jayesh Patel**, San Jose, CA (US); **Ihab Jaser**, San Jose, CA (US)

(73) Assignee: **PMC-Sierra, Inc.**, Sunnyvale, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 261 days.

(21) Appl. No.: **13/052,388**

(22) Filed: **Mar. 21, 2011**

**Related U.S. Application Data**

(60) Provisional application No. 61/374,242, filed on Aug. 16, 2010.

(51) **Int. Cl.**
*G06F 13/24* (2006.01)

(52) **U.S. Cl.**
USPC .............................. **710/260**; 710/48; 710/269

(58) **Field of Classification Search**
USPC ...................... 710/48, 50, 260, 269; 711/156
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,875,343 A * | 2/1999 | Binford et al. ................. | 710/263 |
| 7,620,784 B2 | 11/2009 | Panabaker | |
| 7,708,195 B2 | 5/2010 | Yoshida et al. | |
| 8,244,946 B2 * | 8/2012 | Gupta et al. ................... | 710/263 |
| 2008/0256280 A1 * | 10/2008 | Ma ................................. | 710/263 |
| 2008/0320214 A1 | 12/2008 | Ma et al. | |
| 2009/0077302 A1 | 3/2009 | Fukuda | |
| 2010/0185808 A1 | 7/2010 | Yu et al. | |
| 2010/0262979 A1 | 10/2010 | Borchers et al. | |
| 2011/0161678 A1 | 6/2011 | Niwa | |

OTHER PUBLICATIONS

NVM Express, Revision 1.0b; Intel Corporation; pp. 103-106 and 110-114; Jul. 12, 2011.*
NVM Express, Revision 1.0; Intel Corporation; Mar. 1, 2011.

* cited by examiner

*Primary Examiner* — Glenn A Auve
(74) *Attorney, Agent, or Firm* — Kenneth Glass; Stanley J. Pawlik; Glass & Associates

(57) **ABSTRACT**

A nonvolatile memory controller processes a nonvolatile memory command and generates a completion status for the nonvolatile memory command. The nonvolatile memory controller transmits the completion status to a host processing unit for storage in a completion queue of the host processing unit. An interrupt manager in the nonvolatile memory controller determines the completion queue contains an unprocessed completion status and generates an interrupt message packet. The nonvolatile memory controller transmits the interrupt message packet to the host processing unit for triggering an interrupt in the host processing unit and alerting the host processing unit to the unprocessed completion status.

**19 Claims, 17 Drawing Sheets**



Case 1:25-cv-00073-BLW   Document 1-5   Filed 02/07/25   Page 3 of 35



FIG. 1

Case 1:25-cv-00073-BLW   Document 1-5   Filed 02/07/25   Page 4 of 35



FIG. 2

Case 1:25-cv-00073-BLW    Document 1-5    Filed 02/07/25    Page 5 of 35



FIG. 3



FIG. 4



FIG. 5

Case 1:25-cv-00073-SLW   Document 1-5   Filed 02/07/25   Page 8 of 35

520



605

610

## FIG. 6

525



705

710

## FIG. 7



FIG. 8

Case 1:25-cv-00073-BLW    Document 1-5    Filed 02/07/25    Page 10 of 35



**FIG. 9**



FIG. 10

Case 1:25-cv-00073-BLW   Document 1-5   Filed 02/07/25   Page 12 of 35



FIG. 11



FIG. 12



FIG. 13



FIG. 14

Case 1:25-cv-00073-BLW    Document 1-5    Filed 02/07/25    Page 14 of 35



<u>1120</u>
Configuration Register

<u>1500</u>
Interrupt Vector
Identifier

FIG. 15



<u>1130</u>
Configuration Register

| <u>1600</u><br>Interrupt<br>Vector | <u>1605</u><br>Interrupt<br>Type | <u>1610</u><br>Event<br>Aggregation<br>Threshold | <u>1615</u><br>Event<br>Aggregation<br>Enable | <u>1620</u><br>Time<br>Aggregation<br>Threshold | <u>1625</u><br>Time<br>Aggregation<br>Enable |
|---|---|---|---|---|---|

FIG. 16



1700

Start

Update interrupt event indicators of interrupt vector states based on completion queue event states — 1705

Update interrupt statuses of interrupt vector states based on interrupt event indicators — 1710

Selectively generate interrupt message packets based on interrupt statuses — 1715

End

FIG. 17



1700

Start

Update interrupt event indicators of interrupt vector states based on completion queue event states — 1705

Update interrupt statuses of interrupt vector states based on interrupt event indicators — 1710

Selectively generate interrupt message packets based on interrupt statuses — 1715

End

FIG. 18

Case 1:25-cv-00073-BLW    Document 1-5    Filed 02/07/25    Page 16 of 35



FIG. 19



FIG. 20

Case 1:25-cv-00073-BLW   Document 1-5   Filed 02/07/25   Page 18 of 35



FIG. 21



FIG. 22

US 8,554,968 B1

1

# INTERRUPT TECHNIQUE FOR A NONVOLATILE MEMORY CONTROLLER

## CROSS-REFERENCE TO RELATED APPLICATION

This application claims benefit of U.S. provisional patent application Ser. No. 61/374,242 filed Aug. 16, 2010 and entitled "Non Volatile Memory Host Controller Interface Device," which is incorporated herein by reference in its entirety.

## BACKGROUND

Nonvolatile Memory Express (NVMe) is a standard defining a register interface, command set, and feature set for high-performance Peripheral Component Interconnect Express (PCIe) based solid-state drives (SSDs). An NVMe interface includes a register interface defined by the NVMe standard and allows a host computer to communicate with a non-volatile memory subsystem such as a Flash storage device. Typically, the NVMe interface is implemented as a stand-alone Peripheral Component Interconnect (PCI) device.

In a typical computing system including an NVMe interface, a host computer provides nonvolatile memory commands to a non-volatile memory subsystem including the NVMe interface. In turn, the NVMe interface processes the nonvolatile memory commands to manage data in a non-volatile memory device of the non-volatile memory subsystem. Although the NVMe standard specifies a register set and a standard command set for designing an NVMe interface, the NVMe standard leaves other implementation details open to a designer of the non-volatile memory subsystem.

## SUMMARY

In various embodiments, a nonvolatile memory controller includes a processor and an interrupt manager. The processor processes a nonvolatile memory command. Additionally, the processor generates a completion status based on the nonvolatile memory command for storage of the completion status in a completion queue of a host processing unit. The interrupt manager determines the completion queue in the host processing unit includes an unprocessed completion status. Further, the interrupt manager generates an interrupt message packet for triggering an interrupt in the host processing unit. In this way, the nonvolatile memory controller alerts the host processing unit to the unprocessed completion status in the completion queue. Because the interrupt manager alerts the host processing unit of the unprocessed completion status in the completion queue, the host processing unit need not include resources for monitoring the completion queue for an unprocessed completion status.

A nonvolatile memory controller, in accordance with one embodiment, includes an interrupt manager. The interrupt manager is configured to determine a completion queue in a host processing unit having an unprocessed completion status. The interrupt manager is further configured to generate a completion queue state for indicating the occurrence of a completion queue event associated with the completion queue, generate an interrupt vector state based on the completion queue state, determine the completion queue of the host processing unit contains an unprocessed completion status based on the interrupt vector state, and generate an interrupt message packet for triggering an interrupt in the host process-

2

ing unit to alert the host processing unit of the unprocessed completion status in the completion queue.

A nonvolatile memory controller, in accordance with one embodiment, includes a completion queue state memory, an interrupt vector state memory, and an interrupt manager controller. The interrupt manager controller is coupled to the completion queue state memory and the interrupt vector state memory. The completion queue state memory is configured to store completion queue states corresponding to completion queues in a host processing unit. The interrupt vector state memory is configured to store interrupt vector states corresponding to interrupt vectors in the host processing unit. The interrupt manager controller is configured to map at least one of the completion queue states to an interrupt vector state. The interrupt manager is further configured to generate the interrupt vector state based on each completion queue state mapped to the interrupt vector state. Additionally, the interrupt manager controller is configured to determine a completion queue corresponding to a completion queue state mapped to the interrupt vector state includes an unprocessed completion status based on the interrupt vector state. Further, the interrupt manager controller is configured to generate an interrupt message packet for triggering an interrupt in the host processing unit to alert the host processing unit of the unprocessed completion status in the completion queue.

A method, in accordance with one embodiment, includes generating a completion queue state by a nonvolatile memory controller for indicating the occurrence of a completion queue event associated with a completion queue in a host processing unit. The method further includes generating an interrupt vector state by the nonvolatile memory controller based on the completion queue state. The interrupt vector state is associated with an interrupt vector in the host processing unit. Additionally, the method includes determining by the nonvolatile memory controller based on the interrupt vector state that the completion queue contains an unprocessed completion status. The method also includes generating an interrupt message packet by the nonvolatile memory interface for triggering an interrupt in the host processing unit to alert the host processing unit of the unprocessed completion status in the completion queue.

## BRIEF DESCRIPTION OF THE DRAWINGS

The accompanying drawings are included to provide a further understanding of the invention, and are incorporated in and constitute a part of this specification. The drawings illustrate embodiments of the invention, and together with the description, serve to explain the principles of the invention.

FIG. **1** is a block diagram of a computing system, in accordance with an embodiment of the present invention.

FIG. **2** is a block diagram of a network module, in accordance with an embodiment of the present invention.

FIG. **3** is a block diagram of a computing system, in accordance with an embodiment of the present invention.

FIG. **4** is a block diagram of a processor, in accordance with an embodiment of the present invention.

FIG. **5** is a block diagram of a host processing unit, in accordance with an embodiment of the present invention.

FIG. **6** is a block diagram of a submission queue, in accordance with an embodiment of the present invention.

FIG. **7** is a block diagram of a completion queue, in accordance with an embodiment of the present invention.

FIG. **8** is a block diagram of a host controller interface, in accordance with an embodiment of the present invention.

FIG. **9** is a block diagram of a submission manager, in accordance with an embodiment of the present invention.

FIG. **10** is a block diagram of a completion manager, in accordance with an embodiment of the present invention.

FIG. **11** is a block diagram of an interrupt manager, in accordance with an embodiment of the present invention.

FIG. **12** is a block diagram of a completion queue state, in accordance with an embodiment of the present invention.

FIG. **13** is a block diagram of an interrupt vector state, in accordance with an embodiment of the present invention.

FIG. **14** is a block diagram of an aggregate time indicator, in accordance with an embodiment of the present invention.

FIG. **17** is a flow chart for a method of alerting a host processing unit of an unprocessed completion status, in accordance with an embodiment of the present invention.

FIG. **18** is a flow chart for a method of alerting a host processing unit of an unprocessed completion status, in accordance with an embodiment of the present invention.

FIG. **19** is a flow chart for a portion of a method of alerting a host processing unit of an unprocessed completion status, in accordance with an embodiment of the present invention.

FIG. **20** is a flow chart for a portion of a method of alerting a host processing unit of an unprocessed completion status, in accordance with an embodiment of the present invention.

FIG. **21** is a flow chart for a portion of a method of alerting a host processing unit of an unprocessed completion status, in accordance with an embodiment of the present invention.

FIG. **22** is a flow chart for a portion of a method of alerting a host processing unit of an unprocessed completion status, in accordance with an embodiment of the present invention.

## DETAILED DESCRIPTION

In various embodiments, a nonvolatile memory controller includes an interrupt manager that identifies a completion queue containing an unprocessed completion status in a host processing unit. The interrupt manager generates an interrupt message packet for generating an interrupt in the host processing unit. Moreover, the interrupt is associated with the completion queue containing the unprocessed completion status. In this way, the interrupt manager alerts the host processing unit to the unprocessed completion status in the completion queue.

FIG. **1** illustrates a computing system **100**, in accordance with an embodiment of the present invention. The computing system **100** includes a host processing unit **110**, a communication network **115**, a nonvolatile memory controller **105**, and a nonvolatile memory device **140**. The communication network **115** is coupled (e.g., connected) to the host processing unit **110** and the nonvolatile memory controller **105**. Additionally, the nonvolatile memory controller **105** is coupled (e.g., connected) to the nonvolatile memory device **140**. In various embodiments, the nonvolatile memory device **140** is a flash storage device and the nonvolatile memory controller **105** is a flash controller.

In various embodiments, the computing system **100** is a desktop computer, a server, a computer workstation, or the like. In some embodiments, the computing system **100** is a portable electronic device, such as a portable computer, a mobile phone, a digital camera, a media player, a personal digital assistant, a pager, a global positioning system, or the like.

The communication network **115** facilitates communication between the host processing unit **110** and the nonvolatile memory controller **105**. For example, the communication network **115** may be a packet communication network, such as a Peripheral Component Interconnect Express (PCIe) network. The nonvolatile memory controller **105** manages data stored in the nonvolatile memory device **140** and communi-

cates with the host processing unit **110** through the communication network **115** for transferring data between the host processing unit **110** and the nonvolatile memory device **140**. In various embodiments, the nonvolatile memory controller **105** processes nonvolatile memory commands generated by the host processing unit **110** for controlling operation of the nonvolatile memory controller **105**. In some embodiments, the host processing unit **110** generates Enterprise Non-Volatile Memory Host Control Interface (eNVMHCI) commands from the host processing unit **110** and the nonvolatile memory controller **105** processes the eNVMHCI commands to manage operation of the nonvolatile memory controller **105**.

In various embodiments, the nonvolatile memory controller **105** includes a host controller interface **120**, a network module **125**, a control module **130**, a processor module **145**, and a controller memory **160**. The network module **125** is coupled (e.g., connected) to the host controller interface **120**, the control module **130**, the processor module **145**, and the controller memory **160**. Additionally, the host controller interface **120** is coupled (e.g., connected) to the communication network **115**, and the control module **130** is coupled (e.g., connected) to the nonvolatile memory device **140**. Furthermore, the processor module **145** includes processors **150** coupled (e.g., connected) to the network module **125**. In these embodiments, each of the host controller interface **120**, the control module **130**, the processors **150**, and the controller memory **160** is a functional unit of the nonvolatile memory controller **105**.

In various embodiments, each of the host controller interface **120**, the control module **130**, the processor module **145**, and the controller memory **160** is source node or a destination node of the nonvolatile memory controller **105**. In this way, each functional unit of the nonvolatile memory controller **105** may be a source node or a destination node. In some embodiments, one or more of the host controller interface **120**, the control module **130**, the processor module **145**, and the controller memory **160** is both a source node and a destination node of the nonvolatile memory controller **105**. In this way, a functional unit of the nonvolatile memory controller **105** may be both a source node and a destination node.

The host controller interface **120** facilitates communication between the communication network **115** and the functional units of the nonvolatile memory controller **105** through the network module **125**. The control module **130** manages data in the nonvolatile memory device **140**. For example, the control module **130** may read data from the nonvolatile memory device **140** and write data into the nonvolatile memory device **140**.

The controller memory **160** stores data being transferred from the host processing unit **110** to the nonvolatile memory device **140**. Additionally, the controller memory **160** stores data being transferred from the nonvolatile memory device **140** to the host processing unit **110**. In this way, the controller memory **160** is an intermediate storage location for temporarily storing data being transferred between the host processing unit **110** and the nonvolatile memory device **140**. In various embodiments, the controller memory **160** includes a random access memory (RAM), such as a static random access memory (SRAM) or a dynamic random access memory (DRAM).

In various embodiments, the host processing unit **110** generates nonvolatile memory commands and stores the nonvolatile memory commands in one or more submission queues contained in the host processing unit **110**. The host controller interface **120** determines that a submission queue in the host processing unit **110** contains a nonvolatile memory command, generates a request packet, and transmits the request

packet to the host processing unit **110** through the communication network **115**. In response to the request packet generated by the host controller interface **120**, the host processing unit **110** generates a completion packet including a nonvolatile memory command contained in a submission queue and transmits the completion packet to the host controller interface **120** of the nonvolatile memory controller **105** through the communication network **115**.

The host controller interface **120** retrieves the completion packet including the nonvolatile memory command, generates a request message packet including the nonvolatile memory command based on the request packet, and provides the request message packet to the network module **125**. In turn, the network module **125** routes the request message packet to the processor module **145**. The processor module **145** processes the nonvolatile memory command in the request message packet, generates a completion message packet including a completion status (e.g., a completion entry) based on the request message packet, and provides the completion message packet to the network module **125**. The network module **125** routes the completion message packet to the host controller interface **120**.

The host controller interface **120** generates a request packet including the completion status based on the completion message packet and transmits the request packet to the host processing unit **110** through the communication network **115**. In turn, the host processing unit **110** stores the completion status of the request message packet received from the host controller interface **120** in a completion queue contained in the host processing unit **110**. Additionally, the host processing unit **110** processes the completion status to determine the status of processing the nonvolatile memory command (i.e., a processing status).

In various embodiments, a processor module **145** processes the nonvolatile memory command in a request message packet by generating additional request message packets, each of which includes a command. The processor **150** provides the request message packets to the network module **125**. In turn, the network module **125** routes each of the request message packets received from the processor module **145** to a functional unit of the nonvolatile memory controller **105** identified in the request message packet. In this way, the processor **150** functions as a source node and the functional unit receiving the request message packet functions as a destination node.

The functional unit receiving a request message packet from the processor **150** through the network module **125** processes the command in the request message packet, generates a completion message packet including a completion status based on the request packet, and provides the completion message packet to the network module **125**. The completion status of the completion message packet indicates a status of the command processed by the functional unit (i.e., a processing status). The network module **125** routes the completion message packet to the processor **150**.

In various embodiments, the processor module **145** processes the nonvolatile memory command in the request message packet received from the host controller interface **120** by generating a request message packet including a data transfer command for transferring data between the host processing unit **110** and the controller memory **160**, and generating another request message packet including a data transfer command for transferring data between the controller memory **160** and the nonvolatile memory device **140**. In this way, the processor module **145** generates request message packets for transferring data in a piecemeal manner between the host processing unit **110** and the nonvolatile memory

device **140** based on the request message packet including the nonvolatile memory command.

In some cases, each functional unit receiving a request message packet from the processor module **145** generates one or more request data packets based on the request message packet. Each of the request data packets is a request for transferring data between functional units of the nonvolatile memory controller **105** through the network module **125** or transferring data between the host processing unit **110** and the host controller interface **120**. For example, the control module **130** may generate request data packets and provide the request data packets to the network module **125** for routing to the controller memory **160**. In this example, the controller memory **160** generates completion packets including data stored in the controller memory **160** and provides the completion packets to the network module **125** for routing to the control module **130**.

In various embodiments, the nonvolatile memory controller **105** is implemented in an integrated circuit of an integrated circuit device which may include an integrated circuit package containing the integrated circuit. In some embodiments, the nonvolatile memory controller **105** is implemented in a single integrated circuit die. In other embodiments, the nonvolatile memory controller **105** is implemented in more than one integrated circuit die of an integrated circuit device which may include a multichip package containing the integrated circuit die.

In some embodiments, the host processing unit **110**, the communication network **115**, and the nonvolatile memory controller **105** are mounted to a printed circuit board. In these embodiments, the host processing unit **110** and the nonvolatile memory controller **105** are directly coupled to the communication network **115**. For example, the host processing unit **110** and the nonvolatile memory controller **105** may be directly connected to the communication network **115** through wires in the printed circuit board.

FIG. 2 illustrates the network module **125**, in accordance with an embodiment of the present invention. The network module **125** includes a message network **200** and a data network **205**. Each of the message network **200** and the data network **205** is coupled (e.g., connected) to the host controller interface **120**, the control module **130**, the processor module **145**, and the controller memory **160**.

The message network **200** routes message packets, such as request message packets and completion message packets, between functional units of the nonvolatile memory controller **105**. In various embodiments, the message network **200** routes message packets among functional units of the nonvolatile memory controller **105** by using an inter-processor communication (IPC) protocol.

The data network **205** routes data packets, such as data request packets and data completion packets, between functional units of the nonvolatile memory controller **105**. In various embodiments, the data network **205** routes data packets among functional units of the nonvolatile memory controller **105** by using an inter-processor communication (IPC) protocol.

FIG. 3 illustrates a computing system **100**, in accordance with an embodiment of the present invention. In this embodiment, the control module **130** includes a storage controller **300**. The storage controller **300** is coupled (e.g., connected) to the network module **125** and the nonvolatile memory device **140**. Furthermore, the controller memory **160** includes a buffer memory **315** coupled to the network module **125**. Each of the storage controller **300** and the buffer memory **315** is a functional unit of the nonvolatile memory controller **105**.

The storage controller **300** manages data in the nonvolatile memory device **140**. For example, the storage controller **300** may read data from the nonvolatile memory device **140** and write data into the nonvolatile memory device **140**. The buffer memory **315** stores data being transferred from the host processing unit **110** to the nonvolatile memory device **140**. Additionally, the buffer memory **315** stores data being transferred from the nonvolatile memory device **140** to the host processing unit **110**. In this way, the buffer memory **315** is a temporary storage location for data being transferred between the host processing unit **110** and the nonvolatile memory device **140**. In various embodiments, the buffer memory **315** includes a random access memory (RAM), such as a static random access memory (SRAM).

In some embodiments, the controller memory **160** includes a memory interface **325** coupled (e.g., connected) to a memory module **320** external of the nonvolatile memory controller **105**. For example, the nonvolatile memory controller **105** may be implemented in an integrated circuit and the memory module **320** may be implemented in another integrated circuit. In these embodiments, the controller memory **160** includes the memory interface **325** and the memory module **320** in addition to the buffer memory **315**. Moreover, the memory interface **325** is a functional unit of the nonvolatile memory controller **105**.

The memory interface **325** facilitates communication between the network module **125** and the memory module **320**. The memory module **320** stores data being transferred from the host processing unit **110** to the nonvolatile memory device **140**. Additionally, the memory module **320** stores data being transferred from the nonvolatile memory device **140** to the host processing unit **110**. In this way, the memory module **320** is a temporary storage location for data being transferred between the host processing unit **110** and the nonvolatile memory device **140**. In various embodiments, the memory module **320** includes a random access memory (RAM), such as a dynamic random access memory (DRAM).

In various embodiments, a processor **150** receives a request message packet including a nonvolatile memory command from the host controller interface **120** through the network module **125** and processes the nonvolatile memory command in the request message packet by generating additional request message packets, each of which includes a command. The processor **150** provides the request message packets generated by the processor **150** to the network module **125**. In turn, the network module **125** routes each of the request message packets to a functional unit of the nonvolatile memory controller **105**. Each of the functional units receiving a request message packet from the processor **150** through the network module **125** processes the command in the request message packet, generates a completion message packet based on the request message packet, and provides the completion message packet to the network module **125**. The completion message packet includes a completion status indicating a processing status of the request message packet processed by the functional unit. The network module **125** routes the completion message packet to the processor **150**.

In various embodiments, the processor **150** processes the nonvolatile memory command in the request message packet received from the host controller interface **120** by generating a request message packet including a data transfer command for transferring data between the host processing unit **110** and the controller memory **160**, and generating another request message packet including a data transfer command (e.g., a flash command) for transferring data between the controller memory **160** and the nonvolatile memory device **140**. For example, the processor **150** may generate a request message

packet including a flash read command and a destination identifier that identifies the storage controller **300**. In this example, the processor **150** provides the request message packet to the network module **125**, and the network module **125** routes the request message packet to the storage controller **300** based on the destination identifier in a request message packet of the request message packet received from the processor **150**. In turn, the storage controller **300** transfers the data from the nonvolatile memory device **140** to the buffer memory **315** based on the flash read command in the request message packet received from the processor **150**.

Further in this example, the processor **150** generates a request message packet including a data transfer command and a destination identifier that identifies the host controller interface **120**. In this example, the processor **150** provides the request message packet to the network module **125**, and the network module **125** routes the request message packet to the host controller interface **120** based on the destination identifier. In turn, the host controller interface **120** transfers the data from the buffer memory **315** to the host processing unit **110** based on the data transfer command in the request message packet received from the processor **150**.

As another example, the processor **150** may generate a request message packet including a data transfer command and a destination identifier that identifies the host controller interface **120**. In this example, the processor **150** provides the request message packet to the network module **125**, and the network module **125** routes the request message packet to the host controller interface **120** based on the destination identifier. In turn, the host controller interface **120** transfers the data from the host processing unit **110** to the buffer memory **315** based on the data transfer command in the request message packet received from the processor **150**.

Further in this example, the processor **150** generates a request message packet including a flash write command and a destination identifier that identifies the storage controller **300**. In this example, the processor **150** provides the request message packet to the network module **125**, and the network module **125** routes the request message packet to the storage controller **300** based on the destination identifier in the request message packet. In turn, the storage controller **300** transfers the data from the buffer memory **315** to the nonvolatile memory device **140** based on the flash write command in the request message packet received from the processor **150**.

FIG. **4** illustrates the processor **150**, in accordance with an embodiment of the present invention. The processor **150** includes a processing unit **400**, a message network interface **405**, a data network interface **410**, an instruction memory **415**, and a data memory **420**. The processing unit **400** is coupled (e.g., connected) to the message network interface **405**, the data network interface **410**, the instruction memory **415**, and the data memory **420**.

The message network interface **405** facilitates communication of message packets between the processing unit **400** and the message network **200**. The data network interface **410** facilitates communication of data between the processing unit **400** and the data network **205**. The instruction memory **415** stores computing instructions for the processing unit **400**. The data memory **420** stores data for the processing unit **400**. In various embodiments, the processing unit **400** receives a request message packet including a nonvolatile memory command from the host controller interface **120** through the message network interface **405** and writes data into the data memory **420** based on the nonvolatile memory command in the request message packet. For example, the processing unit **400** may write a nonvolatile memory command of the request message packet into the data memory **420**. As another

Case 1:25-cv-00073-BLW  Document 1-5  Filed 02/07/25  Page 24 of 35

9

example, the processing unit **400** may write data contained in
the request message packet into the data memory **420** based
on the nonvolatile memory command.

Additionally, the processing unit **400** reads the data from
the data memory **420** and provides the data to the data net-
work **205** through the data network interface **410** for routing
to the buffer memory **315**. In this way, the processing unit **400**
transfers the data received from the host controller interface
**120** in the request message packet to the buffer memory **315**.
Alternatively, the processing unit **400** reads the data from the
data memory **420** and provides the data to the data network
**205** through the data network interface **410** for routing to the
memory interface **325**. In turn, the memory interface **325**
writes the data into the memory module **320**. In this way, the
processing unit **400** transfers the data received from the host
controller interface **120** in the request message packet to the
memory module **320**.

In various embodiments, the processors **150** in the proces-
sor module **145** function as a pool of processors, a pipeline of
processors (i.e., a processor pipeline), or some combination
thereof. In some embodiments, one of the processors **150** in
the processor module **145** is a control processor. In these
embodiments, the control processor boots the nonvolatile
memory controller **105** and performs overall control and
management functions in the nonvolatile memory controller
**105**. For example, the control processor may generate inter-
rupt requests and process interrupt requests. In some embodi-
ments, the processing unit **400** of the processor **150** imple-
ments a Tensilica LX2 32-bit instruction set developed by the
Tensilica Corporation of Santa Clara, Calif.

FIG. **5** illustrates the host processing unit **110**, in accor-
dance with an embodiment of the present invention. The host
processing unit **110** includes a computing processor **500**, a
communication interface **510**, and a memory system **515**
coupled (e.g., connected) to each other through a computer
bus **505**. Moreover, the memory system **515** includes submis-
sion queues **520** and completion queues **525**. The submission
queues **520** store nonvolatile memory commands for control-
ling operation of the nonvolatile memory controller **105**. The
completion queues **525** store completion statuses corre-
sponding to nonvolatile memory commands stored in the
submission queues **520**. In some embodiments, each of the
completion queues **525** may be associated with one or more
submission queues **520**.

In various embodiments, the computing processor **500**
generates nonvolatile memory commands for controlling the
nonvolatile memory controller **105** and writes the nonvolatile
memory commands into the submission queues **520**. The
nonvolatile memory controller **105** obtains the nonvolatile
memory commands stored in the submission queues **520** and
processes the nonvolatile memory commands to manage
operation of the nonvolatile memory controller **105**, as is
described more fully herein. Further, the nonvolatile memory
controller **105** generates completion statuses corresponding
to the nonvolatile memory commands stored in the submis-
sion queues **520** and provides the completion statuses to the
host processing unit **110** for storage in the completion queues
**525**. In this way, the nonvolatile memory controller **105**
writes the completion statuses to the completion queues **525**
in the host processing unit **110**.

FIG. **6** illustrates the submission queue **520**, in accordance
with an embodiment of the present invention. The submission
queue **520** includes storage locations **600** for storing nonvola-
tile memory commands. In various embodiments, the sub-
mission queue **520** is a circular queue and includes a head **605**

10

and a tail **610**. For example, the submission queue **520** may
include storage locations **600** of a PCIe memory in the
memory system **515**.

In operation, the computing processor **500** writes a non-
volatile memory command for controlling operation of the
nonvolatile memory controller **105** to a storage location **600**
at the tail **610** of the submission queue **520**. Further, the
computing processor **500** generates a write request packet
including a tail pointer identifying the tail **610** of the submis-
sion queue **520**. The host processing unit **110** transmits the
write request packet to the nonvolatile memory controller **105**
through the communication network **115**. In this way, the host
processing unit **110** writes the tail pointer to the nonvolatile
memory controller **105** and updates a tail pointer stored in the
nonvolatile memory controller **105** which also identifies the
tail **610** of the submission queue **520**.

The nonvolatile memory controller **105** determines the
submission queue **520** contains at least one nonvolatile
memory command based on the tail pointer stored in the
nonvolatile memory controller **105** and based on a head
pointer stored in the nonvolatile memory controller **105** that
identifies the head **605** of the submission queue **520** stored in
the host processing unit **110**. Further, the nonvolatile memory
controller **105** retrieves one or more nonvolatile memory
commands from storage locations **600** starting at the tail **610**
of the submission queue **520** and processes the nonvolatile
memory commands, as is described more fully herein.

In various embodiments, the nonvolatile memory control-
ler **105** initializes the head pointer stored in the nonvolatile
memory controller **105** for identifying the head of the sub-
mission queue **520** to the tail pointer of the submission queue
**520** received from the host processing unit **110**. Further, the
nonvolatile memory controller **105** updates the head pointer
based on nonvolatile memory commands retrieved from the
host processing unit **110**, as is described more fully herein.

FIG. **7** illustrates the completion queue **525**, in accordance
with an embodiment of the present invention. The completion
queue **525** includes storage locations **700** for storing comple-
tion statutes. In various embodiments, the completion queue
**525** is a circular queue and includes a head **705** and a tail **710**.
For example, the completion queue **525** may include storage
locations **700** of a PCIe memory in the memory system **515**.

In operation, the host processing unit **110** receives a request
packet including a completion status from the host controller
interface **120** through the communication network **115**. The
computing processor **500** writes the completion status into
the storage location **700** at the tail **710** of the completion
queue **525**. Additionally, the host processing unit **110** reads
completion statuses from storage locations **700** starting at the
head **705** of the completion queue **525** to determine the status
of the nonvolatile commands associated with the completion
statuses that have been processed by the nonvolatile memory
controller **105**.

Further, the computing processor **500** generates a write
request packet including a head pointer identifying the next
storage location **700** at the head **705** of the completion queue
**525** storing the next completion status. The host processing
unit **110** transmits the write request packet to the nonvolatile
memory controller **105** through the communication network
**115**. In this way, the host processing unit **110** writes the head
pointer to the nonvolatile memory controller **105** and updates
a head pointer stored in the nonvolatile memory controller
**105** which also identifies the head **705** of the completion
queue **525**.

FIG. **8** illustrates the host controller interface **120**, in accor-
dance with an embodiment of the present invention. The host
controller interface **120** includes a submission manager **800**

and a completion manager **805**. The submission manager **800** and the completion manager **805** are each coupled (e.g., connected) to the communication network **115** and the message network **200**.

The submission manager **800** retrieves nonvolatile memory commands stored in the submission queues **520** of the memory system **515** in the host processing unit **110**, generates request message packets based on the nonvolatile memory commands, and provides the request message packets to the message network **200** for routing to processors **150** of the nonvolatile memory controller **105**. In various embodiments, the submission manager **800** retrieves a nonvolatile memory command stored in the memory system **515** of the host processing unit **110** by generating a request packet (e.g., a host memory read request packet), transmitting the request packet to the host processing unit **110** through the communication network **115**, and receiving a completion packet containing the nonvolatile memory command from the host processing unit **110** through the communication network **115**.

In some embodiments, the submission manager **800** retrieves nonvolatile memory commands stored in the submission queues **520** of the memory system **515** in the host processing unit **110** by retrieving the nonvolatile memory commands in parallel. In this way, the submission manager **800** retrieves the nonvolatile memory commands from the submission queues **520** substantially simultaneously.

The completion manager **805** receives completion message packets from processors **150** of the nonvolatile memory controller **105** through the message network **200**, generates write request packets (e.g., memory write request packets) based on the completion message packets, and transmits the write request packets to the host processing unit **110** through the communication network **115**. Moreover, the completion message packets each include a completion status associated with a nonvolatile memory command processed by a processor **150**. The host processing unit **110** processes the write request packets including the completion statuses received from the completion manager **805** by storing the completion statuses into completion queues **525** of the host processing unit **110**.

In some embodiments, the completion status indicates whether processing of the nonvolatile memory command by the nonvolatile memory controller **105** was a success or a failure. In these embodiments, the host controller interface **120** may perform additional operations based on the completion status in the completion message packet. For example, if the completion status indicates a failure then the host controller interface **120** may perform error recovery operations based on the completion message packet.

FIG. **9** illustrates the submission manager **800**, in accordance with an embodiment of the present invention. The submission manager **800** includes a command fetch module **900**, command assembly buffers **905**, a command dispatch module **910**, message output queues **915**, and a memory unit **920**. The command fetch module **900** is coupled (e.g., connected) to the communication network **115**, the command assembly buffers **905**, and the memory unit **920**. Additionally, the memory unit **920** is coupled (e.g., connected) to the communication network **115**. The command dispatch module **910** is coupled (e.g., connected) to the command assembly buffers **905** and the message output queues **915**. Further, each of the message output queues **915** is coupled (e.g., connected) to the message network **200**.

The memory unit **920** stores submission queue head pointers **925** corresponding to the submission queues **520** stored in the memory system **515** of the host processing unit **110**. The

memory unit **920** also stores submission queue tail pointers **930** corresponding to the submission queues **520**.

In various embodiments, the host processing unit **110** maintains (e.g., updates) the submission queue tail pointers **930** so that each of the submission queue tail pointers **930** identifies the storage location **600** at the tail **610** of the corresponding submission queue **520**. In these embodiments, the command fetch module **900** maintains (e.g., updates) the submission queue head pointers **925** so that each of the submission queue head pointers **925** identifies the storage location **600** at the head **605** of the corresponding submission queue **520**. The command fetch module **900** determines whether a submission queue **520** contains a nonvolatile memory command based on both the submission queue head pointer **925** and the submission queue tail pointer **930** of the submission queue **520**.

For example, the command fetch module **900** may determine that the submission queue **520** contains at least one nonvolatile memory command if the submission queue head pointer **925** and the submission queue tail pointer **930** of the submission queue **520** identify different storage locations **600** in the submission queue **520**. Further in this example, the command fetch module **900** determines the submission queue **520** does not contain any nonvolatile memory command (i.e., the submission queue **520** is empty) if the submission queue head pointer **925** and the submission queue tail pointer **930** of the submission queue **520** identify the same storage location **600** in the submission queue **520**.

In operation, the command fetch module **900** monitors the submission queue head pointers **925** and the submission queue tail pointers **930**. If the command fetch module **900** identifies a submission queue **520** storing at least one nonvolatile memory command, the command fetch module **900** generates a read request packet including an identifier identifying a storage location **600** in the submission queue **520** and transmits the read request packet to the host processing unit **110** through the communication network **115**. The host processing unit **110** reads the nonvolatile memory command from the storage location **600** of the submission queue **520** based on the identifier of the read request packet, generates a completion packet including the nonvolatile memory command, and transmits the completion packet to the command fetch module **900** through the communication network **115**.

The command fetch module **900** selects a command assembly buffer **905** and writes the nonvolatile memory command contained in the completion packet to the selected command assembly buffer **905**. Additionally, the command fetch module **900** updates the submission queue head pointer **925** of the submission queue **520** containing the nonvolatile memory command to indicate that the host controller interface **120** retrieved the nonvolatile memory command from the submission queue **520**. For example, the command fetch module **900** may update (e.g., increment) the submission queue head pointer **925** of the submission queue **520** to point to the storage location **600** of the submission queue **520** containing the next nonvolatile memory command to be retrieved by the host controller interface **120**.

The command dispatch module **910** monitors the command assembly buffers **905**, identifies the command assembly buffer **905** storing the nonvolatile memory command, selects a processor **150** of the nonvolatile memory controller **105**, and generates a request message packet including the nonvolatile memory command and an identifier of the processor **150**. Further, the command dispatch module **910** selects a message output queue **915** and writes the request message packet into the selected message output queue **915**. In this way, the command dispatch module **910** transfers the

13

content of the command assembly buffer **905** to the selected message output queue **915**. In turn, the message output queue **915** provides the request message packet to the message network **200** for routing to the processor **150** identified by the identifier in the request message packet.

FIG. **10** illustrates the completion manager **805**, in accordance with an embodiment of the present invention. The completion manager **805** includes a completion queue update module **1000**, a completion queue engine **1010**, message input queues **1015**, a memory unit **1020**, message output queues **1035**, and an interrupt manager **1040**. The completion queue update module **1000** is coupled (e.g., connected) to the communication network **115**, the memory unit **1020**, and the completion queue engine **1010**. Additionally, the memory unit **1020** is coupled (e.g., connected) to the communication network **115** and the interrupt manager **1040**. Each of the message input queues **1015** and each of the message output queues **1035** is coupled (e.g., connected) to the completion queue engine **1010** and the message network **200**. Further, the interrupt manager **1040** is coupled (e.g., connected) to the communication network **115** and the completion engine **1010**.

The memory unit **1020** stores completion queue head pointers **1025** corresponding to the completion queues **525** stored in the memory system **515** of the host processing unit **110**. The memory unit **1020** also includes completion queue tail pointers **1030** corresponding to the completion queues **525**.

In various embodiments, the host processing unit **110** maintains (e.g., updates) the completion queue head pointers **1025** so that each of the completion queue head pointers **1025** identifies the storage location **700** at the head **705** of the corresponding completion queue **525**. In these embodiments, the completion queue update module **1000** maintains (e.g., updates) the completion queue tail pointers **1030** so that each of the completion queue tail pointers **1030** identifies the storage location **700** at the tail **710** of the corresponding completion queue **525**.

In operation, a message input queue **1015** receives a completion message packet from a processor **150** of the nonvolatile memory controller **105** through the message network **200** and stores the completion message packet. The completion message packet is associated with a request message packet including a nonvolatile memory command processed by the processor **150**. Moreover, the completion message packet includes a completion status indicating a processing status of the nonvolatile memory command in the request message packet. The completion queue engine **1010** monitors the message input queues **1015**, identifies the message input queue **1015** storing the completion message packet, reads the completion message packet from the message input queue **1015** storing the completion message packet, and provides the completion message packet to the completion queue update module **1000**.

The completion queue update module **1000** generates a write request packet (e.g., a memory write request packet) based on the completion message packet and transmits the write request packet to the host processing unit **110** through the communication network **115**. The write request packet includes the completion status of the nonvolatile memory command and a completion queue tail pointer **1030** identifying a storage location **700** at the tail **710** of a completion queue **525** for storing the completion status. Additionally, the completion queue update module **1000** updates the completion queue tail pointer **1030** in the nonvolatile memory controller **105** to identify the storage location **700** in the completion queue **525** for storing the next completion status. In some

14

embodiments, the completion queue update module **1000** inserts the current submission queue head pointer **925** of the submission queue **520** associated with the completion queue **525** into the write request packet. In this way, the completion queue update module **1000** provides an update of the submission queue head pointer **925** to the host processing unit **110**.

The host processing unit **110** receives the write request packet and stores the completion status contained in the write request packet into the storage location **700** at the tail **710** of the completion queue **525** identified by the completion queue tail pointer **1030** in the write request packet. The host processing unit **110** also updates a tail pointer of the completion queue **525** maintained in the host processing unit **110** (i.e., a local tail pointer) to identify the storage location **700** in the completion queue **525** for storing the next completion status.

Additionally, the host processing unit **110** receives an alert from the host controller interface **120** of the nonvolatile memory controller **105** indicating that a completion queue **525** contains an unprocessed completion status. In turn, the host processing unit **110** reads the completion status at the head **705** of the completion queue **525**. In this way, the host processing unit **110** processes the completion status. Additionally, the host processing unit **110** updates a head pointer of the completion queue **525** maintained in the host processing unit **110** (i.e., a local head pointer) to identify the storage location **700** of the completion queue **525** containing the next completion status for processing. In this way, the host processing unit **110** frees the storage location **600** containing the processed completion status.

Further, the host processing unit **110** generates a write request packet including the head pointer of the completion queue **525** (i.e., a local head pointer) and transmits the request packet to the host controller interface **120** of the nonvolatile memory controller **105** through the communication network **115**. In turn, the completion queue update module **1000** updates the completion queue head pointer **1025** of the completion queue **525** stored in the memory unit **1020** of the completion manager **805** with the head pointer of the request packet. In this way, the host processing unit **110** updates the completion queue head pointer **1025** in the memory unit **1020** of the completion manager **805**.

Additionally, the host processing unit **110** updates a head pointer of the submission queue **520** maintained in the host processing unit **110** (i.e., a local head pointer) based on the submission queue head pointer **925** contained in the request packet, for example by setting the head pointer maintained in the host processing unit **110** to the submission queue head pointer **925** contained in the write request packet. In this way, the host processing unit **110** frees storage locations **600** containing nonvolatile memory commands processed by the nonvolatile memory controller **105** from the submission queue **520**.

The completion queue engine **1010** also generates a notification message packet based on the completion message packet read from the message input queue **1015** and writes the notification message packet into a message output queue **1035**. The notification message packet includes a completion status indicating the processing status of the completion message packet read from the message input queue **1015**. For example, the completion status of the notification message packet may indicate whether processing of the completion message packet by the completion manager **805** was a success or a failure. The message output queue **1035** provides the notification message packet to the message network **200**. In turn, the message network **200** routes the notification message packet to the processor **150** of the nonvolatile memory

15

controller **105** that generated the completion message packet read from the message input queue **1015**.

FIG. **11** illustrates the interrupt manager **1040**, in accordance with an embodiment of the present invention. The interrupt manager **1040** includes an interrupt manager controller **1100**, a completion queue state memory **1105**, and an interrupt vector state memory **1110**. The interrupt manager controller **1100** is coupled (e.g., connected) to the completion manager **805**, the communication network **115**, the completion queue state memory **1105**, and the interrupt vector state memory **1110**.

In various embodiments, the interrupt manager **1040** (e.g., the interrupt manager controller **1100**) monitors completion queue events and generates completion queue states **1115**, each of which is associated with a corresponding completion queue **525** in the host processing unit **110**. The completion queue state **1115** indicates the occurrence of completion queue events associated with the completion queue **525**, as is described more fully herein. The interrupt manager **1040** stores the completion queue states **1115** into the completion queue state memory **1105**.

Additionally, the interrupt manager **1040** generates interrupt vector states **1125** based on the completion queue states. Each of interrupt vector states **1125** is associated with a corresponding interrupt vector in the host processing unit **110**. The interrupt vector state **1125** of an interrupt vector indicates whether one or more completion queues **525** associated with the interrupt vector state **1125** contain an unprocessed completion status, as is described more fully herein. The interrupt manager **1040** stores the interrupt vector states **1125** into the interrupt vector state memory **1110**. In various embodiments, the interrupt manager **1040** maps one or more completion queues **525** to an interrupt vector in the host processing unit **110**. In this way, the interrupt manager **1040** associates each of the completion queues **525** as well as the completion queue state **1115** of the completion queue **525** with the interrupt vector state **1125** of the interrupt vector.

Additionally, the interrupt manager **1040** includes configuration registers **1120**, each of which is associated with a corresponding completion queue state **1115**. The configuration register **1120** associated with a completion queue state **1115** stores configuration data for the completion queue state **1115**. The configuration data stored in the configuration register **1120** includes an interrupt vector identifier of the interrupt associated with the completion queue state **1115**. Moreover, the interrupt vector identifies an interrupt vector state **1125** associated with the interrupt vector. In this way, the interrupt vector identifies an interrupt vector state **1125** associated with the completion queue state **1115**. In various embodiments, more than one completion queue state **1115** may be associated with the same interrupt vector state **1125**.

Further, the interrupt manager **1040** includes configuration registers **1130**, each of which is associated with a corresponding interrupt vector state **1125**. The configuration register **1130** associated with an interrupt vector state **1125** stores configuration data for the interrupt vector state **1125**. The configuration data stored in the configuration register **1130** includes the interrupt vector associated with the interrupt vector state **1125**. Additionally, the configuration data may include other information for generating an interrupt message packet to trigger an interrupt in the host processing unit **110**, as is described more fully herein. For example, the configuration data may include an interrupt type indicating a type of the interrupt associated with the interrupt vector state **1125**. As another example, the configuration data may include one or more threshold values or enable values for controlling a

16

rate at which interrupts are triggered in the host processing unit **110**, as is described more fully herein.

The interrupt manager **1040** determines based on the interrupt vector state **1125** whether any completion queue **525** associated with the interrupt vector state **1125** contains an unprocessed completion status. If the interrupt manager **1040** determines at least one of the completion queues **525** contains an unprocessed completion status, the interrupt manager **1040** generates an interrupt message packet, which includes the interrupt vector associated with the interrupt vector state **1125**. In some embodiments, the interrupt manager **1040** refrains from generating further interrupt message packets unless one or more conditions in the interrupt vector state **1125** are satisfied, as is described more fully herein. In this way, the interrupt manager **1040** controls a transmission rate of interrupt packets transmitted to the host processing unit **110**.

The interrupt manager **1040** transmits the interrupt message packet to the host processing unit **110** through the communication network **115**. In turn, the communication interface **510** of the host processing unit **110** generates an interrupt in the computing processor **500** based on the interrupt vector contained in the interrupt message packet. In this way, the interrupt message packet generates (i.e., triggers) the interrupt in the host processing unit **110** for alerting the host processing unit **110** of an unprocessed completion status in the completion queue **525** associated with the interrupt vector. Because the nonvolatile memory controller **105** alerts the host processing unit **110** to an unprocessed completion status in the completion queue **525**, the host processing unit **110** need not include resources for monitoring the completion queue **525** for an unprocessed completion status. Furthermore, because the interrupt manager **1040** generates interrupt message packets for alerting the host processing unit **110** of unprocessed completion statuses in the completion queues **525** of the host processing unit **110**, the processors **150** of the nonvolatile memory controller **105** need not consume computing resources for determining whether the completion queues **525** of the host processing unit **110** contain unprocessed completion statuses or for alerting the host processing unit **110** of unprocessed completion statuses in the completion queues **525**.

In response to generation of the interrupt, the computing processor **500** identifies and processes any unprocessed completion status in one or more completion queues **525** associated with the interrupt vector. For example, the interrupt vector may indicate an address of an interrupt service routine (ISR) for identifying and processing any unprocessed completion queue status in the completion queue **525** associated with the interrupt vector. In this example, the computing processor **500** executes the interrupt service routine in response to generation of the interrupt.

In various embodiments, the host processing unit **110** generates a hardware interrupt in response to receiving an interrupt message packet. In some embodiments, the communication interface **510** generates the hardware interrupt by asserting a signal on a dedicated line (e.g., wire) connected to the communication interface **510** and the computing processor **500**. For example, the dedicated line may be connected to an interrupt pin of the computing processor **500**.

In some embodiments, the hardware interrupt generated in the host processing unit **110** is a message signal interrupt (MSI) or an extended message signal interrupts (MSI-X) as defined in the PCI Specification 3.0. In some embodiments, the hardware interrupt generated in the host processing unit **110** is an INTx interrupt as defined in a PCIe specification, such as the PCIe Specification 3.0.

17 18

In some embodiments, the interrupt manager controller **1100** generates and updates the completion queue states **1115** in response to completion queue events occurring in the non-volatile memory controller **105**. An example of a completion queue event is the host processing unit **110** updating a completion queue head pointer **1025** in the completion manager **805** for a completion queue **525** in the host processing unit **110**. Another example of a completion queue event is the completion manager **805** receiving a completion message including a completion status to be stored in a completion queue **525** of the host processing unit **110** and in which a completion queue event flag is set. In various embodiments, the interrupt manager controller **1100** updates the completion queue states **1115** on an ongoing basis as the completion queue events occur. For example, the interrupt manager controller **1100** may include a state machine for monitoring completion queue events and updating the completion queue states **1115** in the completion queue state memory **1105** in response to detecting the occurrence of a completion queue event.

The interrupt manager controller **1100** generates and updates the interrupt vector states **1125** based on the completion queue states **1115**. The interrupt vector state **1125** indicates whether a completion queue **525** associated with the interrupt vector state **1125** contains a completion status that has not been processed by the host processing unit **110** (i.e., an unprocessed completion statuses). In various embodiments, the interrupt manager controller **1100** periodically updates the interrupt vector states **1125** based on the completion queue states **1115**.

In some embodiments, the interrupt manager **1040** performs a scan of the completion queue state memory **1105** (i.e., a completion queue scan) as well as a scan of the completion queue head pointers **1025** and the completion queue tail pointers **1030**. Further, the interrupt manger **1040** updates the interrupt vector states **1125** based on the completion queue states **1115**, the completion queue head pointers **1025**, and completion queue tail pointes **1030**. The interrupt manager **1040** then performs a scan of the interrupt vector state memory **1110** (i.e., an interrupt vector scan) and determines based on each of the interrupt vector states **1125** whether to generate an interrupt message packet for the interrupt associated with the interrupt vector state **1125**. In this way, the interrupt manager **1040** determines whether to generate interrupt message packets in two distinct phases of operation (i.e., a completion queue scan and an interrupt vector scan).

In various embodiments, the interrupt manager **1040** transmits an interrupt message packet to the host processing unit **110** through the communication network **115** and clears the interrupt vector state **1125**. For example, the interrupt manager **1040** may clear the interrupt vector state **1125** by clearing the interrupt event indicators **1300** and the interrupt status **1330** in the interrupt vector state **1125**.

In various embodiments, the interrupt manager **1040** is a hardware mechanism for generating interrupt message packets. For example, the interrupt manager controller **1100** in the interrupt manager **1040** may be a sequential logic circuit (e.g., a state machine). Because the interrupt manager **1040** is a hardware mechanism, the interrupt manager **1040** generates interrupt message packets more quickly than a software mechanism executing computing instructions to perform the same function.

FIG. **12** illustrates the completion queue state **1115**, in accordance with an embodiment of the present invention. The completion queue state **1115** includes one or more completion queue event indicators **1200**. In the embodiment of FIG.

**12**, the completion queue event indicators **1200** include a doorbell update status **1205** and an event count **1210**.

The doorbell update status **1205** indicates whether the host processing unit **110** has performed a doorbell update event since the last time the interrupt manager **1040** cleared the completion queue state **1115**. In the doorbell update event, the host processing unit **110** updates the completion queue head pointer **1025** of the completion queue **525** associated with the completion queue state **1115**. In various embodiments, the interrupt manager controller **1100** detects occurrences of the host processing unit **110** writing a head pointer **1025** into the memory unit **1020** of the completion manager **805** and sets the doorbell update status **1205** for a completion queue **525** to indicate at least one doorbell update event has occurred for the completion queue **525**. In turn, the interrupt manager **1040** stores the doorbell update status **1205** into the completion queue state **1115** associated with the completion queue **525**.

In various embodiments, a processor **150** generates a completion message packet including a completion status for a completion queue **525**. Additionally, the processor **150** sets a completion queue event flag in the completion message packet. In these embodiments, the event count **1210** in the completion queue state **1115** associated with the completion queue **525** indicates a number of completion packets generated by the processors **150** in which a completion queue event flag is set since the last time the interrupt manager **1040** cleared the completion queue state **1115**. Moreover, the completion queue manager **1040** generates a write request packet based on the completion message packet and transmits the write request packet to the host processing unit **110**. In response to the completion queue manger **1040** transmitting the write request packet to the host processing unit **110**, the interrupt manager controller **1100** updates the event count **1210** to indicate an completion queue update event has occurred.

FIG. **13** illustrates the interrupt vector state **1125**, in accordance with an embodiment of the present invention. The interrupt vector state **1125** includes one or more interrupt event indicators **1300**, an aggregate time indicator **1325**, and an interrupt status **1330**. In the embodiment of FIG. **13**, the interrupt event indicators **1300** include an empty queue indicator **1310**, an aggregate doorbell update status **1315**, and an aggregate event count **1320**.

The interrupt status **1330** indicates a state of the interrupt associated with the interrupt vector state **1125**. The interrupt manager **1040** initializes the interrupt status **1330** to an idle state. Moreover, the interrupt manager **1040** updates the interrupt status **1330** of the interrupt vector state **1125** based on the interrupt event indicators **1300** in the interrupt vector state **1125** when updating the interrupt vector state **1125**. Further, the interrupt manager **1040** generates an interrupt message packet for the interrupt vector state **1125** if the interrupt status **1330** indicates the interrupt associated with the interrupt vector state **1125** is pending (i.e., the interrupt status **1330** is set to a pending state). Moreover, the interrupt message packet includes the interrupt vector associated with the interrupt vector state **1125**.

In various embodiments, the interrupt manager **1040** sets the empty queue indicator **1310** of the interrupt vector state **1125** if all completion queues **525** associated with the interrupt vector state **1125** are empty. The interrupt manager **1040** determines a completion queue **525** associated with a completion queue state **1115** is empty by determining the completion queue head pointer **1025** and the completion queue tail pointer **1030** of the completion queue **525** identify the same storage location **700** in the completion queue **525**.

US 8,554,968 B1

19

Moreover, the interrupt manager **1040** does not generate an interrupt message packet based on the interrupt vector state **1125** when the empty queue indicator **1310** is set. In this way, the interrupt manager **1040** is inhibited from generating the interrupt message packet.

In some embodiments, the interrupt manager **1040** clears the interrupt status **1330** to inhibit generation of an interrupt message. For example, if the interrupt status **1330** is set during a previous scan of the interrupt vector state memory **1110** and the empty queue indicator **1310** is set during a current scan of the interrupt vector state memory **1110**, the interrupt manager controller **1100** clears the interrupt status **1330** to prevent generation of another interrupt associated with interrupt vector state **1125**.

In various embodiments, the interrupt manager **1040** generates the aggregate event count **1320** in the interrupt vector state **1125** by summing the event counts **1210** contained in the completion queue states **1115** associated with the interrupt vector state **1125**. Further, the interrupt manager **1040** aggregates (i.e., adds together) the sum of event counts **1210** for each update of the interrupt vector state **1125** since that last time the interrupt vector state **1125** was cleared. The interrupt manager **1040** sets the interrupt status **1330** of the interrupt vector state **1125** to a pending state if the aggregate event count **1320** of the interrupt vector state **1125** has reached an aggregate event count threshold and all conditions in the interrupt vector state **1125** are satisfied (e.g., the empty queue indicator **1310** is clear). In this way, the interrupt manager **1040** controls a transmission rate of interrupt message packets to the host processing unit **110** based on the aggregate event count threshold. In some embodiments, the aggregate event count threshold is a user programmable value in the interrupt manager **1040**.

The aggregate time indicator **1325** indicates a time period between the last time the interrupt manager **1040** generated an interrupt message packet for all completion queues **525** associated with an interrupt vector state **1125**. In various embodiments, the interrupt manager **1040** does not set the interrupt status **1330** to the pending state if the aggregate time indicator **1325** is enabled but has not reached an aggregate time threshold. In this way, the interrupt manager **1040** is inhibited from generating an interrupt message packet. In various embodiments, the interrupt manager **1040** sets the aggregate doorbell update status **1315** to indicate the host processing unit **110** has updated the completion queue head **1025** pointer **1025** for all completion queues **525** associated with the interrupt vector state **1125** since the last time the interrupt manager **1040** processed the interrupt vector state **1125**.

When the aggregate time indicator **1325** is enabled, the interrupt manager **1040** controls a transmission rate of interrupt message packets to the host processing unit **110** based on the aggregate time threshold. In some embodiments, the aggregate time threshold is a user programmable value in the interrupt manager **1040**. In various embodiments, one or more of the empty queue indicator **1310**, the aggregate doorbell update status **1315**, the aggregate event count **1320**, and the aggregate time indicator **1325** is optional.

FIG. **14** illustrates the aggregate time indicator **1325**, in accordance with an embodiment of the present invention. The aggregate time indicator **1325** includes an aggregate time counter **1400**, a time stamp **1405**, and a timer active indicator **1410**. The interrupt manager controller **1100** sets the time stamp **1405** to a time generated by a timer (e.g., a global timer) in the nonvolatile memory controller **105** when clearing the interrupt vector state **1125** and when updating the interrupt vector state **1125**. When updating the interrupt vector state **1125**, the interrupt manager controller **1100** com-

20

putes a difference between the timer in the nonvolatile memory controller **105** (e.g., the global timer) and the time stamp **1405**, updates the aggregate time counter **1400** by adding the result to the aggregate time counter **1400**, and sets the time stamp **1405** to the timer (e.g., global timer). In this way, the interrupt manager controller **1100** determines a time period between the last time the interrupt manager **1040** updated the interrupt vector state **1125** during an interrupt vector scan and the current time generated by the timer.

The timer active indicator **1410** indicates whether the aggregate time indicator **1325** is active counting time. In various embodiments, the interrupt manager controller **1100** sets the timer active indicator **1410** to indicate the aggregate time indicator **1325** is active when the interrupt manager **1040** sets the interrupt status **1330** to pending. In this way, the interrupt manager controller **1100** starts the aggregate time counter **1400** in the aggregate time indicator **1325**. Moreover, the interrupt manager controller **1100** refrains from setting the interrupt status **1330** in the interrupt vector state **1125** when the aggregate time indicator **1325** is enabled but has not reached a threshold value.

FIG. **15** illustrates the configuration register **1120**, in accordance with an embodiment of the present invention. The configuration register **1120** includes an interrupt vector identifier **1500** identifying the interrupt vector associated with the completion queue state **1115** that is associated with the configuration register **1120**. The interrupt vector identifier **1500** identifies the interrupt associated with the completion queue **525** that is associated with the completion queue state **1115**. Further, the interrupt vector identifier **1500** identifies the interrupt vector state **1125** associated with the interrupt. In this way, the interrupt vector identifier **1500** identifies the interrupt vector state **1125** associated with the completion queue state **1115**.

FIG. **16** illustrates the configuration register **1130**, in accordance with an embodiment of the present invention. The configuration register **1130** is associated with an interrupt vector state **1125** and includes an interrupt vector **1600** associated with that interrupt vector state **1125**. In this way, the interrupt vector **1600** identifies the interrupt associated with the interrupt vector state **1125**. The configuration register **1130** also includes an interrupt type **1605** indicating a type of the interrupt. For example, the interrupt may be a message signal interrupt (MSI), an extended message signal interrupts (MSI-X), or an INTx virtual wire interrupt.

In some embodiments, the configuration register **1130** includes an event aggregation threshold **1610** and an event aggregation enable **1615**. The event aggregation threshold **1610** is a threshold value for inhibiting generation of a subsequent interrupt status **1330** of an interrupt vector state **1125** for a period of time after generation of a previous interrupt status **1330** of that interrupt vector state **1125**. For example, the event aggregation threshold **1610** may be a threshold for an aggregate event count (i.e., an aggregate event count threshold). The event aggregation enable **1615** indicates whether the aggregate event count **1320** is enabled.

In various embodiments, the interrupt manager **1040** performs a scan of the interrupt vector state memory **1110** and sets the interrupt status **1330** of an interrupt vector state **1125** to indicate the interrupt associated with the interrupt vector state **1125** is pending if one or more of the interrupt event indicators **1300** indicate a completion queue event has occurred. If the aggregate event count **1320** of the interrupt vector state **1125** has not reached the event aggregation threshold **1610** on a subsequent scan of the interrupt vector state memory **1110**, the interrupt manager **1040** refrains from setting the interrupt status **1330** to pending. In this way, the

21

interrupt manager **1040** controls a transmission rate of interrupt packets transmitted to the host processing unit **110**. Furthermore, if the aggregate event count **1320** of the interrupt vector state **1125** has reached the event aggregation threshold **1610** on a subsequent scan of the interrupt vector state memory **1110**, the interrupt manager **1040** sets the interrupt status **1330** of the interrupt vector state **1125** to pending and clears the aggregate event count **1320** in the interrupt vector state **1125**. As a result, the aggregate event count **1320** may begin aggregating new completion queue events.

In some embodiments, the configuration register **1130** includes an time aggregation threshold **1620** and a time aggregation enable **1625**. The time aggregation threshold **1620** is a threshold value for inhibiting generation of a subsequent interrupt status **1330** of an interrupt vector state **1125** for a period of time after generation of a previous interrupt status **1330** of that interrupt vector state **1125**. The time aggregation enable **1625** indicates whether the aggregate time indicator **1325** is enabled.

In various embodiments, the interrupt manager **1040** performs a scan of the interrupt vector state memory **1110** and sets the interrupt status **1330** of an interrupt vector state **1125** to indicate the interrupt associated with the interrupt vector state **1125** is pending if one or more of the interrupt event indicators **1300** indicate a completion queue event has occurred. Additionally, the interrupt manager **1040** enables the aggregate timer indicator **1325** by setting the timer active indicator **1410** of the aggregate timer indicator **1325**. If the aggregate timer indicator **1325** of the interrupt vector state **1125** has not reached the time aggregation threshold **1620** on a subsequent scan of the interrupt vector state memory **1110**, the interrupt manager **1040** refrains from setting the interrupt status **1330** to pending. In this way, the interrupt manager **1040** controls a transmission rate of interrupt packets transmitted to the host processing unit **110**. Furthermore, if the aggregate timer indicator **1325** of the interrupt vector state **1125** has reached the time aggregation threshold **1620** on a subsequent scan of the interrupt vector state memory **1110** and at least one completion queue **525** associated with the interrupt vector state **1125** contains at least one unprocessed completion status, the interrupt manager **1040** sets the interrupt status **1330** of the interrupt vector state **1125** to pending, keeps the timer active indicator **1410** of the aggregate timer indicator **1325** set, but clears the aggregate time counter **1400**. As a result, the aggregate time counter **1400** begins to count from an initial value (e.g., zero).

FIG. 17 illustrates a method **1700** of alerting a host processing unit of an unprocessed completion status, in accordance with an embodiment of the present invention. In step **1705**, interrupt event indicators of interrupt vector states are updated based on the completion queue states. In various embodiments, the interrupt manager **1040** updates the interrupt event indicators **1300** of the interrupt vector states **1125** based on the completion queue states **1115**, as is described more fully herein. For example, the interrupt manager **1040** may update the interrupt event indicators **1300** of each interrupt vector state **1125** based on the completion queue event indicators **1200** of each completion queues state **1115** associated with the interrupt vector state **1125**. Additionally, the interrupt manager **1040** clears the completion queue states **1115**, for example by setting each of the completion queue event indicators of the completion queue states **1115** to an initial value (e.g., zero). In this way, the interrupt manager **1040** resets the completion queue states **1115**. The method **1700** then proceeds to step **1710**.

In step **1710**, interrupt statuses of the interrupt vector states are updated based on the interrupt event indicators. In various

22

embodiments, the interrupt manager **1040** updates the interrupt statuses **1330** of the interrupt vector states **1125** based on interrupt event indicators **1300** of the interrupt vector states **1125**, as is described more fully herein. For example, the interrupt manager **1040** may update the interrupt status **1230** of each interrupt vector state **1125** based on the interrupt event indicators **1300** of the interrupt vector state **1125** to indicate whether the interrupt status **1330** of the interrupt vector state **1125** is in an idle state or a pending state. In some embodiments, the interrupt manager **1040** updates the interrupt statuses **1330** of the interrupt vector states **1125** based on interrupt event indicators **1300** and the aggregate time indicators **1325** of the interrupt vector states **1125**, as is described more fully herein. The method **1700** then proceeds to step **1715**.

In step **1715**, interrupt message packets are selectively generated based on the interrupt statuses. In various embodiments, the interrupt manager **1040** in the host controller interface **120** of the nonvolatile memory controller **105** selectively generates interrupt message packets based on the interrupt statuses **1330** of the interrupt vector states **1125**. For example, the interrupt manager **1040** may generate an interrupt message packet for each interrupt vector state **1125** in which the interrupt status **1330** is pending (i.e., set to a pending state). The method **1700** then ends. In various embodiments, the method **1700** includes more than one iteration of the steps **1705-1715**. In these embodiments, the method **1700** returns to step **1705** after step **1715** for each additional iteration of the steps **1705-1715**.

In various embodiments, the method **1700** illustrated in FIG. 17 may include more or fewer than the steps **1705-1715** illustrated in FIG. 17 and described above. In some embodiments, the steps **1705-1715** of the method **1700** illustrated in FIG. 17 may be performed in a different order than the order illustrated in FIG. 17 and described above. In some embodiments, some of the steps **1705-1715** of the method **1700** illustrated in FIG. 17 may be performed in parallel or substantially simultaneously. For example, step **1715** may be performed in parallel with steps **1705** and **1710**. In various embodiments, one or more of the steps **1705-1715** may be performed more than once in the method **1700** illustrated in FIG. 17.

FIG. 18 illustrates the method **1700**, in accordance with another embodiment of the present invention. In this embodiment, the step **1715** is performed in parallel with steps **1705** and **1710**. In various embodiments, the sequence of steps **1705** and **1710** is an iteration of a loop in the method **1700**. Moreover, the method **1700** may include more than one iteration of the loop including the steps **1705** and **1710**. Furthermore, the step **1715** is an iteration of a loop in the method **1700**, and the method **1700** may include more than one iteration of the loop including the step **1715**. Because the step **1715** is performed in parallel with the steps **1705** and **1710**, the overall loop time is decreased in the method **1700** of FIG. 18 in comparison to the method **1700** of FIG. 17. As a result, the method of the FIG. 18 may control generation of interrupts in the host processing unit **110** more precisely than the method of FIG. 17.

FIG. 19 illustrates a portion of the method **1700** of alerting a host processing unit of an unprocessed completion status, in accordance with an embodiment of the present invention. The portion of the method **1700** illustrated in FIG. 19 illustrates embodiments of the step **1705** illustrated in FIG. 17 and FIG. 18.

In step **1905**, a completion queue state is selected. In various embodiments, the interrupt manager **1040** selects a completion queue state **1115**. For example, the interrupt manager **1040** may select a completion queue state **1115** for

23

processing based on a predetermined selection order. The portion of the method **1700** then proceeds to step **1910**.

In step **1910**, the interrupt vector state associated with the completion queue state is identified. In various embodiments, the interrupt manager **1040** identifies the interrupt vector state **1125** associated with the completion queue state **1115** (i.e., the selected completion queue state). For example, the interrupt manager **1040** may identify the interrupt vector state **1125** associated with the completion queue state **1115** based on the interrupt vector identifier **1500** in the configuration register **1120** associated with the completion queue state **1115**. The portion of the method **1700** then proceeds to step **1915**.

In step **1915**, it is determined whether the completion queue associated with the completion queue state is empty. In various embodiments, the interrupt manager **1040** determines whether the completion queue **525** associated with the completion queue state **1115** is empty. In various embodiments, the interrupt manager **1040** determines whether the completion queue **525** associated with the completion queue state **1115** is empty based on the completion queue head pointer **1025** and the completion queue tail pointer **1030** of the completion queue **525**, as is described more fully herein. If the completion queue **525** associated with the completion queue state **1115** is empty, the portion of the method **1700** proceeds to step **1935**. Otherwise, the portion of the method **1700** proceeds to step **1920**.

In step **1920**, arrived at from the determination in step **1915** that the completion queue is not empty, the event count of the completion queue state is added to the aggregate event count of the interrupt vector state. In various embodiments, the interrupt manager **1040** adds the event count **1210** of the completion queue state **1115** to the aggregate event count **1320** of the interrupt vector state **1125**. The portion of the method **1700** then proceeds to step **1925**.

In step **1925**, the empty queue indicator of the interrupt vector state **1125** is cleared. In various embodiments, the interrupt manager **1040** clears the empty queue indicator **1310** of the interrupt vector state **1125**. The portion of the method **1700** then proceeds to step **1930**.

In step **1930**, it is determined whether the doorbell update status of the completion queue state is set. In various embodiments, the interrupt manager **1040** determines whether the doorbell update status **1205** of the completion queue state **1115** is set. If the doorbell update status **1205** of the completion queue state **1115** is set, the portion of the method **1700** proceeds to step **1940**. Otherwise, the portion of the method **1700** proceeds to step **1935**.

In step **1935**, arrived at from the determination in step **1915** that the completion queue associated with the completion queue state is empty or the determination in step **1930** that the doorbell update status of the completion queue state is not set, the aggregate doorbell update status of the interrupt vector state **1125** is cleared. In various embodiments, the interrupt manager **1040** clears the aggregate doorbell update status **1315** of the interrupt vector state **1125**. For example, the interrupt manager **1040** may clear the aggregate doorbell update status **1315** of the interrupt vector state **1125** by setting the aggregate doorbell update status **1315** to a value of zero. The portion of the method **1700** then proceeds to step **1940**.

In step **1940**, the completion queue event indicators **1200** are cleared in the completion queue state. In various embodiments, the interrupt manager **1040** clears the completion queue event indicators **1200** in the completion queue state **1115**. For example, the interrupt manager **1040** may clear the

24

doorbell update status **1205** and the event count **1210** in the completion queue state **1115**. The portion of the method **1700** then proceeds to step **1945**.

In step **1945**, it is determined whether an additional completion queue state is to be processed. In various embodiments, the interrupt manager **1040** determines whether an additional completion queue state **1115** is to be processed. If an additional completion queue state **1115** is to be processed, the portion of the method **1700** returns to step **1905**. Otherwise, the portion of the method **1700** ends.

In various embodiments, the portion of the method **1700** illustrated in FIG. **19** may include more or fewer than the steps **1905-1945** illustrated in FIG. **19** and described above. In some embodiments, the steps **1905-1945** of the portion of the method **1700** illustrated in FIG. **19** may be performed in a different order than the order illustrated in FIG. **19** and described above. In some embodiments, some of the steps **1905-1945** of the portion of the method **1700** illustrated in FIG. **19** may be performed in parallel or substantially simultaneously. In various embodiments, one or more of the steps **1905-1945** may be performed more than once in the portion of the method **1700** illustrated in FIG. **19**.

FIG. **20** illustrates a portion of the method **1700** of alerting a host processing unit of an unprocessed completion status, in accordance with an embodiment of the present invention. The portion of the method **1700** illustrated in FIG. **19** illustrates embodiments of the step **1710** illustrated in FIG. **17** and FIG. **18**.

In step **2005**, an interrupt vector state **1125** is selected. In various embodiments, the interrupt manager **1040** selects an interrupt vector state **1125**. For example, the interrupt manager **1040** may select an interrupt vector state **1125** for processing based on a predetermined selection order. The portion of the method **1700** then proceeds to step **2010**.

In step **2010**, it is determined whether the empty queue indicator is set. In various embodiments, the interrupt manager **1040** determines whether the empty queue indicator **1310** of the interrupt vector state **1125** is set. If the empty queue indicator **1310** is set, the portion of the method **1700** proceeds to step **2040**. Otherwise, the portion of the method **1700** proceeds to step **2015**.

In step **2015**, arrived at from the determination in step **2010** that the empty queue indicator is not set, it is determined whether the timer active indicator in the aggregated time indicator of the interrupt vector state is set. In various embodiments, the interrupt manager **1040** determines whether the timer active indicator **1410** in the aggregate time indicator **1325** of the interrupt vector state **1125** is set. If the timer active indicator **1410** is set, the portion of the method **1700** proceeds to step **2030**. Otherwise, the portion of the method **1700** proceeds to step **2020**.

In step **2020**, arrived at from the determination in step **2015** that the timer active indicator **1410** is not set, the timer active indicator **2020** is set. In various embodiments, the interrupt manager **1040** sets the timer active indicator **1410** of the aggregate time indicator **1325** of the interrupt vector state **1125** to indicate the aggregate time indicator **1325** is active. The portion of the method **1700** then proceeds to step **2025**.

In step **2025**, the interrupt status of the interrupt vector state is set. In various embodiments, the interrupt manager **1040** sets the interrupt status **1330** of the interrupt vector state **1125**. The portion of the method **1700** then proceeds to step **2035**.

In step **2030**, arrived at from the determination in step **2015** that the timer active indicator is set, it is determined whether the aggregate doorbell update status of the interrupt vector state is set. In various embodiments, the interrupt manager

**1040** determines whether the aggregate doorbell update status **1315** of the interrupt vector state **1125** is set. If the aggregate doorbell update status **1315** is set, the portion of the method **1700** proceeds to step **2035**. Otherwise, the portion of the method **1700** proceeds to step **2055**.

In step **2035**, arrived at from the determination in step **2030** that the aggregate doorbell update status is set, the time stamp of the aggregate time indicator **1325** is updated. In various embodiments, the interrupt manager **1040** updates the time stamp **1405** of the aggregate time indicator **1325** in the interrupt vector state **1125** by setting the time stamp **1405** to the value of a timer (e.g., a global timer) in the nonvolatile memory controller **105**. The portion of the method **1700** then proceeds to step **2075**.

In step **2040**, arrived at from the determination in step **2010** that the empty queue indicator is set, the aggregate event count is cleared. In various embodiments, the interrupt manager **1040** clears the aggregate event count **1320** in the interrupt vector state **1125**. The portion of the method **1700** then proceeds to step **2045**.

In step **2045**, the timer active indicator is cleared. In various embodiments, the interrupt manager **1040** clears the timer active indicator **1410** in the aggregate time indicator **1325** of the interrupt vector state **1125**. The portion of the method **1700** then proceeds to step **2050**.

In step **2050**, the interrupt status of the interrupt vector state is cleared. In various embodiments, the interrupt manager **1040** clears the interrupt status **1330** of the interrupt vector state **1125**. The portion of the method **1700** then proceeds to step **2085**.

In step **2055**, arrived at from the determination in step **2030** that the aggregate doorbell update status is not set, the aggregate time counter is updated. In various embodiments, the interrupt manager **1040** updates the aggregate time counter **1400** in the aggregate time indicator **1325** of the interrupt vector state **1125**. For example, the interrupt manager **1040** may compute a difference between the time stamp **1405** in the aggregate time indicator **1325** and a timer in the nonvolatile memory controller **105** (e.g., the global timer), and add the result to the aggregate time counter **1400**. The portion of the method **1700** then proceeds to step **2060**.

In step **2060**, the time stamp of the aggregate time indicator **1325** is updated. In various embodiments, the interrupt manager **1040** updates the time stamp **1405** of the aggregate time indicator **1325** in the interrupt vector state **1125** by setting the time stamp **1405** to the value of a timer (e.g., a global timer) in the nonvolatile memory controller **105**. The portion of the method **1700** then proceeds to step **2065**.

In step **2065**, it is determined whether the time aggregation threshold is reached. In various embodiments, the interrupt manager **1040** determines whether the aggregate time counter **1400** has reached an aggregate time threshold. For example, the interrupt manager **1040** may determine whether the aggregate time counter **1400** has reached the time aggregation threshold **1620** in the configuration register **1130** associated with the interrupt vector state **1125**. If the aggregate time counter **1400** has reached the time aggregation threshold **1620**, the portion of the method **1700** proceeds to step **2070**. Otherwise, the portion of the method **1700** proceeds to step **2080**.

In step **2070**, arrived at from the determination in step **2065** that the time aggregation threshold is reached, the interrupt status of the interrupt vector state **1125** is set. In various embodiments, the interrupt manager **1040** sets the interrupt status **1330** of the interrupt vector state **1125**. The portion of the method **1700** then proceeds to step **2075**.

In step **2075**, arrived at from step **2035** in which the time stamp is updated or from step **2070** in which the interrupt status is set, the aggregate time counter is cleared. In various embodiments, the interrupt manager **1040** clears the aggregate time counter **1400** in the aggregate time indicator **1325** of the interrupt vector state **1125**. The portion of the method **1700** then proceeds to step **2080**.

In step **2080**, arrived at from step **2065** in which it is determined that the aggregate time threshold is not reached or from step **2075** in which the aggregate time counter is cleared, the empty queue indicator of the interrupt vector state **1125** is set. In various embodiments, the interrupt manager **1040** sets the empty queue indicator **1310** of the interrupt vector state **1125**. In this way, the interrupt manager **1040** initializes the empty queue indicator **1310**. The portion of the method **1700** then proceeds to step **2085**.

In step **2085**, arrived at from step **2050** in which the interrupt status is cleared or from step **2080** in which the empty queue indicator is set, the aggregate doorbell update status of the interrupt vector state **1125** is set. In various embodiments, the interrupt manager **1040** sets the aggregate doorbell update status **1315** of the interrupt vector state **1125**. In this way, the interrupt manager **1040** initializes the aggregate doorbell update status **1315**. The portion of the method **1700** then proceeds to step **2090**.

In step **2090**, it is determined whether an additional interrupt vector state is to be processed. In various embodiments, the interrupt manager **1040** determines whether an additional interrupt vector state **1125** is to be processed. If an additional interrupt vector state **1125** is to be processed, the portion of the method **1700** returns to step **2005**. Otherwise, the portion of the method **1700** ends.

In various embodiments, the portion of the method **1700** illustrated in FIG. **20** may include more or fewer than the steps **2005**-**2090** illustrated in FIG. **20** and described above. In some embodiments, the steps **2005**-**2090** of the portion of the method **1700** illustrated in FIG. **20** may be performed in a different order than the order illustrated in FIG. **20** and described above. In some embodiments, some of the steps **2005**-**2090** of the portion of the method **1700** illustrated in FIG. **20** may be performed in parallel or substantially simultaneously. In various embodiments, one or more of the steps **2005**-**2090** may be performed more than once in the portion of the method **1700** illustrated in FIG. **20**.

FIG. **21** illustrates a portion of the method **1700** of alerting a host processing unit of an unprocessed completion status, in accordance with an embodiment of the present invention. The portion of the method **1700** illustrated in FIG. **21** illustrates embodiments of the step **1710** illustrated in FIG. **17** and FIG. **18**.

In step **2105**, an interrupt vector state **1125** is selected. In various embodiments, the interrupt manager **1040** selects an interrupt vector state **1125**. For example, the interrupt manager **1040** may select an interrupt vector state **1125** for processing based on a predetermined selection order. The portion of the method **1700** then proceeds to step **2110**.

In step **2110**, it is determined whether the empty queue indicator is set. In various embodiments, the interrupt manager **1040** determines whether the empty queue indicator **1310** of the interrupt vector state **1125** is set. If the empty queue indicator **1310** is set, the portion of the method **1700** proceeds to step **2135**. Otherwise, the portion of the method **1700** proceeds to step **2115**.

In step **2115**, arrived at from the determination in step **2110** that the empty queue indicator is not set, it is determined whether the event aggregation threshold is reached. In various embodiments, the interrupt manager **1040** determines

27

28

whether the aggregate event count **1320** has reached an event aggregation threshold. For example, the interrupt manager **1040** may determine whether the aggregate event count **1320** has reached the event aggregation threshold **1610** in the configuration register **1130** associated with the interrupt vector state **1125**. If the aggregate event count **1320** has reached the event aggregation threshold **1610**, the portion of the method **1700** proceeds to step **2120**. Otherwise, the portion of the method **1700** proceeds to step **2130**.

In step **2120**, arrived at from the determination in step **2115** that the event aggregation threshold is reached, the interrupt status is set. In various embodiments, the interrupt manager **1040** sets the interrupt status **1330** of the interrupt vector state **1125** to indicate the interrupt status **1330** is pending. For example, the interrupt manager **1040** may set the interrupt status **1330** of the interrupt vector state **1125** to the pending state. The portion of the method **1700** then proceeds to step **2125**.

In step **2125**, the aggregate event count is cleared. In various embodiments, the interrupt manager **1040** clears the aggregate event count **1320** of the interrupt vector state **1125**. The portion of the method **1700** then proceeds to step **2130**.

In step **2135**, arrived at from the determination in step **2110** that the empty queue indicator is set, the aggregate event count is cleared. In various embodiments, the interrupt manager **1040** clears the aggregate event count **1320** of the interrupt vector state **1125**. The portion of the method **1700** then proceeds to step **2140**.

In step **2140**, the interrupt status of the interrupt vector state is cleared. In various embodiments, the interrupt manager **1040** clears the interrupt status **1330** of the interrupt vector state **1125**. The portion of the method **1700** then proceeds to step **2130**.

In step **2130**, arrived at from the determination in step **2115** that the event aggregation threshold is not reached, step **2125** in which the aggregate event count is cleared, or step **2140** in which the interrupt status is cleared, the empty queue indicator of the interrupt vector state **1125** is set. In various embodiments, the interrupt manager **1040** sets the empty queue indicator **1310** of the interrupt vector state **1125**. In this way, the interrupt manager **1040** initializes the empty queue indicator **1310**. The portion of the method **1700** then proceeds to step **2145**.

In step **2145**, it is determined whether an additional interrupt vector state is to be processed. In various embodiments, the interrupt manager **1040** determines whether an additional interrupt vector state **1125** is to be processed. If an additional interrupt vector state **1125** is to be processed, the portion of the method **1700** returns to step **2105**. Otherwise, the portion of the method **1700** ends.

In various embodiments, the portion of the method **1700** illustrated in FIG. **21** may include more or fewer than the steps **2105-2145** illustrated in FIG. **21** and described above. In some embodiments, the steps **2105-2145** of the portion of the method **1700** illustrated in FIG. **21** may be performed in a different order than the order illustrated in FIG. **21** and described above. In some embodiments, some of the steps **2105-2145** of the portion of the method **1700** illustrated in FIG. **21** may be performed in parallel or substantially simultaneously. In various embodiments, one or more of the steps **2105-2145** may be performed more than once in the portion of the method **1700** illustrated in FIG. **21**.

In various embodiments, the portion of the method **1700** illustrated in FIG. **20** and the portion of the method **1700** illustrated in FIG. **21** are performed substantially simultaneously (e.g., in parallel) in the method **1700**. In these embodiments, the interrupt manager **1040** performs time based aggregation and completion queue event based aggregation for determining whether to generate an interrupt message packet for a completion queue **525** associated with an interrupt vector state **1125**.

FIG. **22** illustrates a portion of the method **1700** of alerting a host processing unit of an unprocessed completion status, in accordance with an embodiment of the present invention. The portion of the method **1700** illustrated in FIG. **20** illustrates embodiments of the step **1715** illustrated in FIG. **17** and FIG. **18**.

In step **2205**, an interrupt vector state is selected. In various embodiments, the interrupt manager **1040** selects the interrupt vector state **1125**. For example, the interrupt manager **1040** may select a completion queue state **1115** for processing based on a predetermined selection order. The portion of the method **1700** then proceeds to step **2210**.

In step **2210**, it is determined whether the interrupt status of the interrupt vector state is set. In various embodiments, the interrupt manager **1040** in the host controller interface **120** of the nonvolatile memory controller **105** determines whether the interrupt status **1330** is set in the interrupt vector state **1125** (i.e., the selected interrupt vector state **1125**). For example, the interrupt manager **1040** may determine the interrupt status **1330** of the interrupt vector state **1125** is set by determining the interrupt status **1330** is in the pending state. In this way, the interrupt manager **1040** determines whether the completion queue **525** in the host processing unit **110** associated with the interrupt vector state **1125** contains one or more unprocessed completion statuses. If the interrupt status **1330** of the interrupt vector state **1125** is set, the portion of the method **1700** proceeds to step **2215**. Otherwise, the portion of the method **1700** proceeds to step **2230**.

In step **2215**, arrived at from the determination in step **2210** that the interrupt status of the interrupt vector state is set, an interrupt message packet is generated for triggering an interrupt in the host processing unit to alert the host processing unit of the unprocessed completion status in the completion queue. In various embodiments, the interrupt manager **1040** generates the interrupt message packet for generating an interrupt in the host processing unit **110**. The interrupt in the host processing unit **110** is associated with an interrupt vector in the host processing unit **110**. Moreover, the interrupt vector is associated with the completion queue **525** associated with the interrupt vector state **1125** in which the interrupt status **1330** is set. The portion of the method **1700** then proceeds to step **2220**.

In step **2220**, the interrupt message packet is sent to the host processing unit. In various embodiments, the interrupt manager **1040** sends the interrupt message packet to the host processing unit **110**. In this way, the interrupt manager **1040** alerts the host processing unit **110** of the unprocessed completion status in the completion queue **525** associated with the interrupt. The portion of the method **1700** then proceeds to step **2225**.

In step **2225**, the interrupt status is cleared in the interrupt vector state **1125**. In various embodiments, the interrupt manager **1040** clears the interrupt status **1330** in the interrupt vector state **1125**. The portion of the method **1700** then proceeds to step **2230**.

In step **2230**, arrived at from the determination in step **2210** that the interrupt status is not set or from step **2225** in which the interrupt status is cleared, it is determined whether an additional interrupt vector state is to be processed. In various embodiments, the interrupt manager **1040** in the host controller interface **120** of the nonvolatile memory controller **105** determines whether an additional interrupt vector state **1125** is to be processed. If an additional interrupt vector state **1125**

is to be processed, the portion of the method **1700** returns to step **2205**. Otherwise, the portion of the method **1700** ends.

In various embodiments, the portion of the method **1700** illustrated in FIG. **22** may include more or fewer than the steps **2205-2230** illustrated in FIG. **22** and described above. In some embodiments, the steps **2205-2230** of the portion of the method **1700** illustrated in FIG. **22** may be performed in a different order than the order illustrated in FIG. **22** and described above. In some embodiments, some of the steps **2205-2230** of the portion of the method **1700** illustrated in FIG. **22** may be performed in parallel or substantially simultaneously. In various embodiments, one or more of the steps **2205-2230** may be performed more than once in the portion of the method **1700** illustrated in FIG. **22**.

Although the invention has been described with reference to particular embodiments thereof, it will be apparent to one of ordinary skill in the art that modifications to the described embodiment may be made without departing from the spirit of the invention. Accordingly, the scope of the invention will be defined by the attached claims not by the above detailed description.

What is claimed is:

**1**. A nonvolatile memory controller for alerting a host processing unit to an unprocessed completion status contained in a completion queue of the host processing unit, the nonvolatile memory controller comprising:

an interrupt manager configured to generate a completion queue state for indicating the occurrence of a completion queue event associated with the completion queue, generate an interrupt vector state based on the completion queue state, determine the completion queue of the host processing unit contains an unprocessed completion status based on the interrupt vector state, and generate an interrupt message packet for triggering an interrupt in the host processing unit to alert the host processing unit of the unprocessed completion status in the completion queue, and wherein the completion queue state includes a doorbell update status indicating whether the host processing unit has performed a doorbell update event in which the host processing unit updates a head pointer stored in the nonvolatile memory controller for the completion queue.

**2**. The nonvolatile memory controller of claim **1**, wherein the interrupt is a hardware interrupt.

**3**. The nonvolatile memory controller of claim **1**, wherein the interrupt message packet includes an interrupt vector associated with the completion queue for triggering the interrupt in the host processing unit.

**4**. The nonvolatile memory controller of claim **3**, wherein completion queue state includes an event count indicating a number of completion message packets received by the host controller interface for the completion queue associated with the completion queue state.

**5**. The nonvolatile memory controller of claim **4**, wherein the interrupt vector state includes an aggregate event count for aggregating event counts of the completion queue state over a plurality of update operations, and wherein the interrupt manager is inhibited from generating an interrupt message packet if the aggregate event count is below an aggregate event count threshold.

**6**. The nonvolatile memory controller of claim **3**, wherein the interrupt vector state includes an aggregate time indicator for indicating, a time period between the last time the interrupt manager generated an interrupt message packet for the completion queues associated with the interrupt vector state.

**7**. The nonvolatile memory controller of claim **3**, wherein the completion queue state includes an empty queue indicator

for indicating whether the completion queue is empty, and wherein the interrupt message packet is inhibited from generating an interrupt message packet if the empty queue indicator indicates the completion queue is empty.

**8**. A nonvolatile memory controller comprising:

a completion queue state memory configured to store a plurality of completion queue states corresponding to a plurality of completion queues in a host processing unit;

an interrupt vector state memory configured to store a plurality of interrupt vector states corresponding to a plurality of interrupt vectors in the host processing unit; and

an interrupt manager controller coupled to the completion queue state memory and the interrupt vector state memory, the interrupt manager controller configured to map at least one completion queue state of the plurality of completion queue states to an interrupt vector state of the plurality of interrupt vector states, generate the interrupt vector state based on each completion queue state mapped to the interrupt vector state, determine a completion queue corresponding to a completion queue state mapped to the interrupt vector state contains an unprocessed completion status based on the interrupt vector state, and to generate an interrupt message packet based on the interrupt vector state for triggering an interrupt in the host processing unit to alert the host processing unit of the unprocessed completion status in the completion queue.

**9**. The nonvolatile memory controller of claim **8**, wherein the interrupt manager controller is configured to map at least two completion queue states of the plurality of completion queue states to the interrupt vector state.

**10**. The nonvolatile memory controller of claim **8**, wherein the interrupt manager controller is a sequential logic circuit.

**11**. The nonvolatile memory controller of claim **8**, wherein a completion queue state of the plurality of completion queue states includes a doorbell update status indicating whether the host processing unit has performed a doorbell update event in which the host processing unit updates a head pointer stored in the nonvolatile memory controller for the completion queue.

**12**. The nonvolatile memory controller of claim **8**, wherein a completion queue state of the plurality of completion queue states includes an event count indicating a number of completion message packets received by a host controller interface and including a completion status for the completion queue associated with the completion queue state.

**13**. The nonvolatile memory controller of claim **12**, wherein the interrupt vector state includes an aggregate event count for aggregating event counts of the completion queue state over a plurality of update operations, and wherein the interrupt manager is inhibited from generating an interrupt message packet if the aggregate event count is below an aggregate event count threshold.

**14**. The nonvolatile memory controller of claim **8**, wherein the interrupt vector state includes an aggregate time indicator for indicating a time period between the last time the interrupt manager generated an interrupt message packet for the completion queues associated with the interrupt vector state, and wherein the interrupt manager is inhibited from generating an interrupt message packet if the aggregate time indicator is below an aggregate time threshold.

**15**. The nonvolatile memory controller of claim **8**, wherein a completion queue state of the plurality of completion queue states includes an empty queue indicator for indicating whether the completion queue is empty, and wherein the

31

interrupt manager is inhibited from generating an interrupt message packet if the empty queue indicator indicates the completion queue is empty.

**16**. A method comprising:

generating a completion queue state by a nonvolatile memory controller for indicating the occurrence of a completion queue event associated with a completion queue in a host processing unit, the completion queue state including a doorbell update status indicating whether the host processing unit has performed a doorbell update event in which the host processing unit updates a head pointer stored in the nonvolatile memory controller for the completion queue;

generating an interrupt vector state by the nonvolatile memory controller based on the completion queue state, the interrupt vector state associated with an interrupt vector in the host processing unit;

32

determining by the nonvolatile memory controller based on the interrupt vector state that the completion queue contains an unprocessed completion status; and

generating an interrupt message packet by a nonvolatile memory interface for triggering an interrupt in the host processing unit to alert the host processing unit of the unprocessed completion status in the completion queue.

**17**. The method of claim **16**, further comprising sending the interrupt message packet to the host processing unit.

**18**. The method of claim **16**, wherein the completion queue event is the host processing unit updating a head pointer stored in the nonvolatile memory controller for the completion queue.

**19**. The method of claim **16**, wherein the completion queue event is detecting a completion queue event flag set in a completion message packet containing a completion status.

*    *    *    *    *