# EXHIBIT F

Case 1:25-cv-00073-BLW    Document 1-6    Filed 02/07/25    Page 2 of 25



US008588228B1

(12) **United States Patent**
Onufryk et al.

(10) Patent No.: **US 8,588,228 B1**
(45) Date of Patent: **Nov. 19, 2013**

(54) **NONVOLATILE MEMORY CONTROLLER WITH HOST CONTROLLER INTERFACE FOR RETRIEVING AND DISPATCHING NONVOLATILE MEMORY COMMANDS IN A DISTRIBUTED MANNER**

(75) Inventors: **Peter Z. Onufryk**, Flanders, NJ (US); **Jayesh Patel**, San Jose, CA (US); **Ihab Jaser**, San Jose, CA (US); **Ganesh T. Seshan**, Fremont, CA (US)

(73) Assignee: **PMC-Sierra US, Inc.**, Sunnyvale, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 115 days.

(21) Appl. No.: **13/052,008**

(22) Filed: **Mar. 18, 2011**

**Related U.S. Application Data**

(60) Provisional application No. 61/374,242, filed on Aug. 16, 2010.

(51) **Int. Cl.**
*H04L 12/28* (2006.01)
(52) **U.S. Cl.**
USPC .......................................... **370/389**; 710/316
(58) **Field of Classification Search**
USPC ............ 370/389; 719/321; 711/157; 235/380
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,875,343 A | 2/1999 | Binford et al. | |
| 7,620,784 B2 * | 11/2009 | Panabaker | 711/157 |
| 7,708,195 B2 * | 5/2010 | Yoshida et al. | 235/380 |

| | | | |
|---|---|---|---|
| 8,244,946 B2 | 8/2012 | Gupta et al. | |
| 2008/0256280 A1 | 10/2008 | Ma | |
| 2008/0320214 A1 | 12/2008 | Ma et al. | |
| 2009/0077302 A1 | 3/2009 | Fukuda | |
| 2010/0185808 A1 | 7/2010 | Yu et al. | |
| 2010/0262979 A1 * | 10/2010 | Borchers et al. | 719/321 |
| 2011/0161678 A1 | 6/2011 | Niwa | |

OTHER PUBLICATIONS

NVM Express, Revision 1.0; Intel Corporation; Mar. 1, 2011.
NVM Express, revision 1.0; Intel Corporation; pp. 103-106 and 110-114; Jul. 12, 2011.

* cited by examiner

*Primary Examiner* — Dang Ton
*Assistant Examiner* — Lionel Preval
(74) *Attorney, Agent, or Firm* — Kenneth Glass; Stanley J. Pawlik; Glass & Associates

(57) **ABSTRACT**

A nonvolatile memory controller includes a host controller interface, processors, a message networks and a data network. The host controller interface includes a command fetch module, command assembly buffers, and a command dispatch module. The command fetch module retrieves nonvolatile memory commands from a host processing unit. The command assembly buffers store the nonvolatile memory commands retrieved from the host processing unit. The command dispatch module generates request message packets including the nonvolatile memory commands. The message network routes the request message packets to the processors. The processors process the nonvolatile memory commands in the request message packets for controlling operation of the nonvolatile memory controller.

**17 Claims, 11 Drawing Sheets**



Case 1:25-cv-00073-BLW   Document 1-6   Filed 02/07/25   Page 3 of 25



FIG. 1

Case 1:25-cv-00073-BLW    Document 1-6    Filed 02/07/25    Page 4 of 25



FIG. 2

Case 1:25-cv-00073-BLW   Document 1-6   Filed 02/07/25   Page 5 of 25



FIG. 3

Case 1:25-cv-00073-BLW     Document 1-6     Filed 02/07/25     Page 6 of 25



FIG. 4



FIG. 5

Case 1:25-cv-00073-BLW   Document 1-6   Filed 02/07/25   Page 8 of 25

520



FIG. 6

525



FIG. 7



FIG. 8

Case 1:25-cv-00073-BLW    Document 1-6    Filed 02/07/25    Page 10 of 25



FIG. 9



FIG. 10



1100

Start

Detect host nonvolatile memory command stored in submission queue of host processing unit —— 1105

Retrieve nonvolatile memory command from submission queue of host processing unit —— 1110

Select processor from among processors in nonvolatile memory controller —— 1115

Generate request message packet including nonvolatile memory command —— 1120

Route request message packet to selected processor through message network —— 1125

Process nonvolatile memory command by selected processor to transfer data through data network —— 1130

Generate completion message packet including completion status based on request message packet —— 1135

Route completion message packet to host controller interface through message network —— 1140

Generate request packet including completion status based on completion message —— 1145

Transmit request packet including completion status to host processing unit —— 1150

End

FIG. 11



1105

Start

Receive submission queue tail pointer from host
processing unit by host controller interface ———— 1205

Update submission queue tail pointer in nonvolatile
memory controller ———— 1210

Determine submission queue contains nonvolatile memory
command based on submission queue head pointer and
submission queue tail pointer ———— 1215

End

FIG. 12

1110

Start

Generate request packet identifying nonvolatile memory
command stored in submission queue ———— 1305

Transmit request packet to host processing unit ———— 1310

Receive completion packet including nonvolatile memory
command from host processing unit ———— 1315

Update head pointer of submission queue ———— 1320

End

FIG. 13

US 8,588,228 B1

**1**

# NONVOLATILE MEMORY CONTROLLER WITH HOST CONTROLLER INTERFACE FOR RETRIEVING AND DISPATCHING NONVOLATILE MEMORY COMMANDS IN A DISTRIBUTED MANNER

## CROSS-REFERENCE TO RELATED APPLICATION

This application claims benefit of U.S. provisional patent application Ser. No. 61/374,242 filed Aug. 16, 2010 and entitled "Non Volatile Memory Host Controller Interface Device," which is incorporated herein by reference in its entirety.

## BACKGROUND

Nonvolatile Memory Express (NVMe) is a standard defining a register interface, command set, and feature set for high-performance Peripheral Component Interconnect Express (PCIe) based solid-state drives (SSDs). An NVMe interface includes a register interface defined by the NVMe standard and allows a host computer to communicate with a non-volatile memory subsystem such as a Flash storage device. Typically, the NVMe interface is implemented as a stand-alone Peripheral Component Interconnect (PCI) device.

In a typical computing system including an NVMe interface, a host computer provides nonvolatile memory commands to a non-volatile memory subsystem including the NVMe interface. In turn, the NVMe interface processes the nonvolatile memory commands to manage data in a nonvolatile memory device of the non-volatile memory subsystem. Although the NVMe standard specifies a register set and a standard command set for designing an NVMe interface, the NVMe standard leaves other implementation details open to a designer of the non-volatile memory subsystem.

## SUMMARY

In various embodiments, a nonvolatile memory controller includes a host controller interface, processors, a message network, and a data network. The host controller interface includes a command fetch module, command assembly buffers, and a command dispatch module. The command fetch module retrieves nonvolatile memory commands from a host processing unit. The command assembly buffers store the nonvolatile memory commands retrieved from the host processing unit. The command dispatch module identifies command assembly buffers storing nonvolatile memory commands and generates request message packets including the nonvolatile memory commands. In this way, the command dispatch module dispatches the nonvolatile memory commands. The message network routes the request message packets to the processors. In turn, the processors process the nonvolatile memory commands in the request message packets for controlling operation of the nonvolatile memory controller. For example, a processor may process a nonvolatile memory command to transfer data between the host processing unit and a nonvolatile storage device.

Because the command fetch module and the command dispatch module operate independently of each other, the host controller interface retrieves and dispatches nonvolatile memory commands quickly and efficiently in a distributed manner. Moreover, because the host controller interface includes multiple command assembly buffers, the host controller interface is capable of retrieving and dispatching mul-

**2**

tiple nonvolatile memory commands in parallel. As a result, the nonvolatile memory controller retrieves and dispatches nonvolatile memory commands more quickly than other nonvolatile memory controllers that do not retrieve and dispatch nonvolatile memory commands in a distributed manner.

A nonvolatile memory controller, in accordance with one embodiment, includes processors, a host controller interface, a message network, and a data network. The processors and the host controller interface are coupled to the message network. Additionally, the host controller interface is coupled to the data network. The host controller interface includes a command fetch module, command assembly buffers, and a command dispatch module. The command fetch module is coupled to the assembly buffers. The command dispatch module is coupled to the command assembly buffers and the message network. The command fetch module is configured to detect a nonvolatile memory command stored in a host processing unit, select a command assembly buffer, retrieve the nonvolatile memory command from the host processing unit, and write the nonvolatile memory command to the selected command assembly buffer. The command dispatch module is configured to determine the selected command assembly buffer contains the nonvolatile memory command, select a processor from the processors in the processor module, and generate a request message packet identifying the nonvolatile memory command and the selected processor. The message network is configured to route the request message packet to the selected processor. The selected processor is configured to process the nonvolatile memory command in the request message packet for transferring data between the host processing unit and a nonvolatile memory device through the data network.

In a further embodiment, the host controller interface includes message output queues coupled to the command dispatch module and the message network. In this embodiment, the command dispatch module is further configured to select a message output queue and write the request message packet to the selected message output queue. Moreover, the message network routes the request message packet from the selected message output queue to the selected processor.

A method, in accordance with one embodiment, includes detecting a nonvolatile memory command in a host processing unit by a host controller interface of a nonvolatile memory controller. Additionally, the method includes selecting a command assembly buffer from among command assembly buffers in the host controller interface, retrieving the nonvolatile memory command from the host processing unit by the host controller interface, and storing the nonvolatile memory command in the selected command assembly buffer. The method also includes determining the selected command assembly buffer contains the nonvolatile memory command and selecting a processor from among processors in the nonvolatile memory controller. Further, the method includes generating a request message packet identifying the nonvolatile memory command by the host controller interface. The method also includes selecting a message output queue from among message output queues in the host controller interface and storing the request message packet in the selected message output queue. Additionally, the method includes routing the request message packet through a message network of the nonvolatile memory controller to the selected processor. The method further includes processing the nonvolatile memory command in the request message packet for transferring data between the host processing unit and a nonvolatile memory device through a data network of the nonvolatile memory controller.

3

Because the method retrieves nonvolatile memory commands and stores the nonvolatile memory commands in command assembly buffers and dispatches the nonvolatile memory commands from the command assembly buffers, the method retrieves and dispatches nonvolatile memory commands more quickly than other methods that do not retrieve and dispatch nonvolatile memory commands in such a distributed manner.

BRIEF DESCRIPTION OF THE DRAWINGS

The accompanying drawings are included to provide a further understanding of the invention, and are incorporated in and constitute a part of this specification. The drawings illustrate embodiments of the invention, and together with the description, serve to explain the principles of the invention.

FIG. 1 is a block diagram of a computing environment, in accordance with an embodiment of the present invention.

FIG. 2 is a block diagram of a network module, in accordance with an embodiment of the present invention.

FIG. 3 is a block diagram of a computing environment, in accordance with an embodiment of the present invention.

FIG. 4 is a block diagram of a processor, in accordance with an embodiment of the present invention.

FIG. 5 is a block diagram of a host processing unit, in accordance with an embodiment of the present invention.

FIG. 6 is a block diagram of a submission queue, in accordance with an embodiment of the present invention.

FIG. 7 is a block diagram of a completion queue, in accordance with an embodiment of the present invention.

FIG. 8 is a block diagram of a host controller interface, in accordance with an embodiment of the present invention.

FIG. 9 is a block diagram of a submission manager, in accordance with an embodiment of the present invention.

FIG. 10 is a block diagram of a completion manager, in accordance with an embodiment of the present invention.

FIG. 11 is a flow chart for a method of managing a nonvolatile memory controller, in accordance with an embodiment of the present invention.

FIG. 12 is a flow chart for a portion of a method of managing a nonvolatile memory controller, in accordance with an embodiment of the present invention.

FIG. 13 is a flow chart for a portion of a method of managing a nonvolatile memory controller, in accordance with an embodiment of the present invention.

DETAILED DESCRIPTION

In various embodiments, a nonvolatile memory controller includes a host controller interface for retrieving nonvolatile memory commands from a host processing unit and processors for processing the nonvolatile memory commands. The host controller interface generates a request message packet including a nonvolatile memory command retrieved from the host processing unit, selects one of the processors, and provides the request message packet to the selected processor through a message network of the nonvolatile memory controller. The selected processor processes the nonvolatile memory command in the request message packet for controlling operation of the nonvolatile memory controller. Moreover, the selected processor processes nonvolatile memory commands in request message packets retrieved from the host processing unit to transfer data between the host processing unit and a nonvolatile memory device through a data network of the nonvolatile memory controller.

FIG. 1 illustrates a computing environment 100, in accordance with an embodiment of the present invention. The

4

computing environment 100 includes a host processing unit 110, a communication network 115, a nonvolatile memory controller 105, and a nonvolatile memory device 140. The communication network 115 is coupled (e.g., connected) to the host processing unit 110 and the nonvolatile memory controller 105. Additionally, the nonvolatile memory controller 105 is coupled (e.g., connected) to the nonvolatile memory device 140. In various embodiments, the nonvolatile memory device 140 is a Flash storage device and the nonvolatile memory controller 105 is a Flash controller.

The communication network 115 facilitates communication between the host processing unit 110 and the nonvolatile memory controller 105. For example, the communication network 115 may be a packet communication network, such as a Peripheral Component Interconnect Express (PCIe) network. The nonvolatile memory controller 105 manages data stored in the nonvolatile memory device 140 and communicates with the host processing unit 110 through the communication network 115 for transferring data between the host processing unit 110 and the nonvolatile memory device 140. In various embodiments, the nonvolatile memory controller 105 processes nonvolatile memory commands generated by the host processing unit 110 for controlling operation of the nonvolatile memory controller 105. In some embodiments, the host processing unit 110 generates Non-Volatile Memory Express (NVMe) commands from the host processing unit 110 and the nonvolatile memory controller 105 processes the NVMe commands to manage operation of the nonvolatile memory controller 105.

In various embodiments, the nonvolatile memory controller 105 includes a host controller interface 120, a network module 125, a control module 130, a processor module 145, and a controller memory 160. The network module 125 is coupled (e.g., connected) to the host controller interface 120, the control module 130, the processor module 145, and the controller memory 160. Additionally, the host controller interface 120 is coupled (e.g., connected) to the communication network 115, and the control module 130 is coupled (e.g., connected) to the nonvolatile memory device 140. Furthermore, the processor module 145 includes processors 150 coupled (e.g., connected) to the network module 125. In these embodiments, each of the host controller interface 120, the control module 130, the processors 150, and the controller memory 160 is a functional unit of the nonvolatile memory controller 105.

In various embodiments, each of the host controller interface 120, the control module 130, the processor module 145, and the controller memory 160 is source node or a destination node of the nonvolatile memory controller 105. In this way, each functional unit of the nonvolatile memory controller 105 may be a source node or a destination node. In some embodiments, one or more of the host controller interface 120, the control module 130, the processor module 145, and the controller memory 160 is both a source node and a destination node of the nonvolatile memory controller 105. In this way, a functional unit of the nonvolatile memory controller 105 may be both a source node and a destination node.

The host controller interface 120 facilitates communication between the communication network 115 and the functional units of the nonvolatile memory controller 105 through the network module 125. The control module 130 manages data in the nonvolatile memory device 140. For example, the control module 130 may read data from the nonvolatile memory device 140 and write data into the nonvolatile memory device 140.

The controller memory 160 stores data being transferred from the host processing unit 110 to the nonvolatile memory

device **140**. Additionally, the controller memory **160** stores data being transferred from the nonvolatile memory device **140** to the host processing unit **110**. In this way, the controller memory **160** is an intermediate storage location for temporarily storing data being transferred between the host processing unit **110** and the nonvolatile memory device **140**. In various embodiments, the controller memory **160** includes a random access memory (RAM), such as a static random access memory (SRAM) or a dynamic random access memory (DRAM).

In various embodiments, the host controller interface **120** retrieves a request packet including a nonvolatile memory command from the host processing unit **110** through the communication network **115**, generates a request message packet including the nonvolatile memory command based on the request packet, and provides the request message packet to the network module **125**. In turn, the network module **125** routes the request message packet to the processor module **145**. The processor module **145** processes the nonvolatile memory command in the request message packet, generates a completion message packet including a completion status (e.g., a completion entry) based on the request message packet, and provides the completion message packet to the network module **125**. The network module **125** routes the completion message packet to the host controller interface **120**.

The host controller interface **120** generates a request packet including the completion status based on the completion message packet and transmits the request packet to the host processing unit **110** through the communication network **115**. In turn, the host processing unit **110** stores the completion status of the request message packet received from the host controller interface **120** and processes the completion status to determine the status of processing the nonvolatile memory command (i.e., a processing status).

In various embodiments, a processor module **145** processes the nonvolatile memory command in a request message packet by generating additional request message packets, each of which includes a command. The processor **150** provides the request message packets to the network module **125**. In turn, the network module **125** routes each of the request message packets received from the processor module **145** to a functional unit of the nonvolatile memory controller **105** identified in the request message packet. In this way, the processor **150** functions as a source node and the functional unit receiving the request message packet functions as a destination node.

The functional unit receiving a request message packet from the processor **150** through the network module **125** processes the command in the request message packet, generates a completion message packet including a completion status based on the request packet, and provides the completion message packet to the network module **125**. The completion status of the completion message packet indicates a status of the command processed by the functional unit (i.e., a processing status). The network module **125** routes the completion message packet to the processor **150**.

In various embodiments, the processor module **145** processes the nonvolatile memory command in the request message packet received from the host controller interface **120** by generating a request message packet including a data transfer command for transferring data between the host processing unit **110** and the controller memory **160**, and generating another request message packet including a data transfer command for transferring data between the controller memory **160** and the nonvolatile memory device **140**. In this way, the processor module **145** generates request message

packets for transferring data in a piecemeal manner between the host processing unit **110** and the nonvolatile memory device **140** based on the request message packet including the nonvolatile memory command.

In some cases, each functional unit receiving a request message packet from the processor module **145** generates one or more request data packets based on the request message packet. Each of the request data packets is a request for transferring data between functional units of the nonvolatile memory controller **105** through the network module **125** or transferring data between the host processing unit **110** and the host controller interface **120**. For example, the control module **130** may generate request data packets and provide the request data packets to the network module **125** for routing to the controller memory **160**. In this example, the controller memory **160** generates completion packets including data stored in the controller memory **160** and provides the completion packets to the network module **125** for routing to the control module **130**.

In various embodiments, the nonvolatile memory controller **105** is implemented in an integrated circuit of an integrated circuit device which may include an integrated circuit package containing the integrated circuit. In some embodiments, the nonvolatile memory controller **105** is implemented in a single integrated circuit die. In other embodiments, the nonvolatile memory controller **105** is implemented in more than one integrated circuit die of an integrated circuit device which may include a multichip package containing the integrated circuit die.

FIG. **2** illustrates the network module **125**, in accordance with an embodiment of the present invention. The network module **125** includes a message network **200** and a data network **205**. Each of the message network **200** and the data network **205** is coupled (e.g., connected) to the host controller interface **120**, the control module **130**, and the processor module **145**. Additionally, the data network **205** is coupled to the controller memory **160**.

The message network **200** routes message packets, such as request message packets and completion message packets, between functional units of the nonvolatile memory controller **105**. In various embodiments, the message network **200** routes message packets among functional units of the nonvolatile memory controller **105** by using an inter-processor communication (IPC) protocol.

The data network **205** routes data packets, such as data request packets and data completion packets, between functional units of the nonvolatile memory controller **105**. In various embodiments, the data network **205** routes data packets among functional units of the nonvolatile memory controller **105** by using an inter-processor communication (IPC) protocol.

In various embodiments, the nonvolatile memory controller **105** routes message packets exclusively through the message network **200**. As a result, nonvolatile memory commands pass through the message network **200** but do not pass through the data network **205**. Because nonvolatile memory commands do not pass through the data network **205**, the nonvolatile memory commands do not consume bandwidth of the data network **205**. As a result, throughput of the data network **205** is improved over other nonvolatile memory controllers that pass nonvolatile memory commands and data through a common data path.

FIG. **3** illustrates a computing environment **100**, in accordance with an embodiment of the present invention. In this embodiment, the control module **130** includes a storage controller **300**. The storage controller **300** is coupled (e.g., connected) to the network module **125** and the nonvolatile

US 8,588,228 B1

7

memory device **140**. Furthermore, the controller memory **160** includes a buffer memory **315** coupled to the network module **125**. Each of the storage controller **300** and the buffer memory **315** is a functional unit of the nonvolatile memory controller **105**.

The storage controller **300** manages data in the nonvolatile memory device **140**. For example, the storage controller **300** may read data from the nonvolatile memory device **140** and write data into the nonvolatile memory device **140**. The buffer memory **315** stores data being transferred from the host processing unit **110** to the nonvolatile memory device **140**. Additionally, the buffer memory **315** stores data being transferred from the nonvolatile memory device **140** to the host processing unit **110**. In this way, the buffer memory **315** is a temporary storage location for data being transferred between the host processing unit **110** and the nonvolatile memory device **140**. In various embodiments, the buffer memory **315** includes a random access memory (RAM), such as a static random access memory (SRAM).

In some embodiments, the controller memory **160** includes a memory interface **325** coupled (e.g., connected) to a memory module **320** external of the nonvolatile memory controller **105**. For example, the nonvolatile memory controller **105** may be implemented in an integrated circuit and the memory module **320** may be implemented in another integrated circuit. In these embodiments, the controller memory **160** includes the memory interface **325** and the memory module **320** in addition to the buffer memory **315**. Moreover, the memory interface **325** is a functional unit of the nonvolatile memory controller **105**.

The memory interface **325** facilitates communication between the network module **125** and the memory module **320**. The memory module **320** stores data being transferred from the host processing unit **110** to the nonvolatile memory device **140**. Additionally, the memory module **320** stores data being transferred from the nonvolatile memory device **140** to the host processing unit **110**. In this way, the memory module **320** is a temporary storage location for data being transferred between the host processing unit **110** and the nonvolatile memory device **140**. In various embodiments, the memory module **320** includes a random access memory (RAM), such as a dynamic random access memory (DRAM).

In various embodiments, a processor **150** receives a request message packet including a nonvolatile memory command from the host controller interface **120** through the network module **125** and processes the nonvolatile memory command in the request message packet by generating additional request message packets, each of which includes a command. The processor **150** provides the request message packets generated by the processor **150** to the network module **125**. In turn, the network module **125** routes each of the request message packets to a functional unit of the nonvolatile memory controller **105**. Each of the functional units receiving a request message packet from the processor **150** through the network module **125** processes the command in the request message packet, generates a completion message packet based on the request message packet, and provides the completion message packet to the network module **125**. The completion message packet includes a completion status indicating a processing status of the request message packet processed by the functional unit. The network module **125** routes the completion message packet to the processor **150**.

In various embodiments, the processor **150** processes the nonvolatile memory command in the request message packet received from the host controller interface **120** by generating a request message packet including a data transfer command for transferring data between the host processing unit **110** and

8

the controller memory **160**, and generating another request message packet including a data transfer command (e.g., a Flash command) for transferring data between the controller memory **160** and the nonvolatile memory device **140**. For example, the processor **150** may generate a request message packet including a Flash read command and a destination identifier that identifies the storage controller **300**. In this example, the processor **150** provides the request message packet to the network module **125**, and the network module **125** routes the request message packet to the storage controller **300** based on the destination identifier in a request message packet of the request message packet received from the processor **150**. In turn, the storage controller **300** transfers the data from the nonvolatile memory device **140** to the buffer memory **315** based on the Flash read command in the request message packet received from the processor **150**.

Further in this example, the processor **150** generates a request message packet including a data transfer command and a destination identifier that identifies the host controller interface **120**. In this example, the processor **150** provides the request message packet to the network module **125**, and the network module **125** routes the request message packet to the host controller interface **120** based on the destination identifier. In turn, the host controller interface **120** transfers the data from the buffer memory **315** to the host processing unit **110** based on the data transfer command in the request message packet received from the processor **150**.

As another example, the processor **150** may generate a request message packet including a data transfer command and a destination identifier that identifies the host controller interface **120**. In this example, the processor **150** provides the request message packet to the network module **125**, and the network module **125** routes the request message packet to the host controller interface **120** based on the destination identifier. In turn, the host controller interface **120** transfers the data from the host processing unit **110** to the buffer memory **315** based on the data transfer command in the request message packet received from the processor **150**.

Further in this example, the processor **150** generates a request message packet including a Flash write command and a destination identifier that identifies the storage controller **300**. In this example, the processor **150** provides the request message packet to the network module **125**, and the network module **125** routes the request message packet to the storage controller **300** based on the destination identifier in the request message packet. In turn, the storage controller **300** transfers the data from the buffer memory **315** to the nonvolatile memory device **140** based on the Flash write command in the request message packet received from the processor **150**.

FIG. **4** illustrates the processor **150**, in accordance with an embodiment of the present invention. The processor **150** includes a processing unit **400**, a message network interface **405**, a data network interface **410**, an instruction memory **415**, and a data memory **420**. The processing unit **400** is coupled (e.g., connected) to the message network interface **405**, the data network interface **410**, the instruction memory **415**, and the data memory **420**.

The message network interface **405** facilitates communication of message packets between the processing unit **400** and the message network **200**. The data network interface **410** facilitates communication of data between the processing unit **400** and the data network **205**.

The instruction memory **415** stores computing instructions for the processing unit **400**. The data memory **420** stores data for the processing unit **400**. In various embodiments, the processing unit **400** receives a request message packet including a nonvolatile memory command from the host controller

US 8,588,228 B1

9

interface **120** through the message network interface **405** and writes data into the data memory **420** based on the nonvolatile memory command in the request message packet. For example, the processing unit **400** may write a nonvolatile memory command of the request message packet into the data memory **420**. As another example, the processing unit **400** may write data contained in the request message packet into the data memory **420** based on the nonvolatile memory command.

Additionally, the processing unit **400** reads the data from the data memory **420** and provides the data to the data network **205** through the data network interface **410** for routing to the buffer memory **315**. In this way, the processing unit **400** transfers the data received from the host controller interface **120** in the request message packet to the buffer memory **315**. Alternatively, the processing unit **400** reads the data from the data memory **420** and provides the data to the data network **205** through the data network interface **410** for routing to the memory interface **325**. In turn, the memory interface **325** writes the data into the memory module **320**. In this way, the processing unit **400** transfers the data received from the host controller interface **120** in the request message packet to the memory module **320**.

In various embodiments, the processors **150** in the processor module **145** function as a pool of processors, a pipeline of processors (i.e., a processor pipeline), or some combination thereof. In some embodiments, one of the processors **150** in the processor module **145** is a control processor. In these embodiments, the control processor boots the nonvolatile memory controller **105** and performs overall control and management functions in the nonvolatile memory controller **105**. For example, the control processor may generate interrupt requests and process interrupt requests. In some embodiments, the processing unit **400** of the processor **150** implements a Tensilica LX2 32-bit instruction set developed by the Tensilica Corporation of Santa Clara, Calif.

FIG. **5** illustrates the host processing unit **110**, in accordance with an embodiment of the present invention. The host processing unit **110** includes a computing processor **500**, a communication interface **510**, and a memory system **515** coupled (e.g., connected) to each other through a computer bus **505**. Moreover, the memory system **515** includes submission queues **520** and completion queues **525**. The submission queues **520** store nonvolatile memory commands for controlling operation of the nonvolatile memory controller **105**. The completion queues **525** store completion statuses corresponding to nonvolatile memory commands stored in the submission queues **520**. In some embodiments, each of the completion queues **525** may be associated with one or more submission queues **520**.

In various embodiments, the computing processor **500** generates nonvolatile memory commands for controlling the nonvolatile memory controller **105** and writes the nonvolatile memory commands into the submission queues **520**. The nonvolatile memory controller **105** obtains the nonvolatile memory commands stored in the submission queues **520** and processes the nonvolatile memory commands to manage operation of the nonvolatile memory controller **105**, as is described more fully herein. Further, the nonvolatile memory controller **105** generates completion statuses corresponding to the nonvolatile memory commands stored in the submission queues **520** and provides the completion statuses to the host processing unit **110** for storage in the completion queues **525**. In this way, the nonvolatile memory controller **105** writes the completion statuses to the completion queues **525** in the host processing unit **110**.

10

FIG. **6** illustrates the submission queue **520**, in accordance with an embodiment of the present invention. The submission queue **520** includes storage locations **600** for storing nonvolatile memory commands. In various embodiments, the submission queue **520** is a circular queue and includes a head **605** and a tail **610**. For example, the submission queue **520** may include storage locations **600** of a PCIe memory in the memory system **515**.

In operation, the computing processor **500** writes a nonvolatile memory command for controlling operation of the nonvolatile memory controller **105** to a storage location **600** at the tail **610** of the submission queue **520**. Further, the computing processor **500** generates a write request packet including a tail pointer identifying the tail **610** of the submission queue **520**. The host processing unit **110** transmits the write request packet to the nonvolatile memory controller **105** through the communication network **115**. In this way, the host processing unit **110** writes the tail pointer to the nonvolatile memory controller **105** and updates a tail pointer stored in the nonvolatile memory controller **105** which identifies the tail **610** of the submission queue **520**.

The nonvolatile memory controller **105** determines the submission queue **520** contains at least one nonvolatile memory command based on the tail pointer stored in the nonvolatile memory controller **105** and based on a head pointer stored in the nonvolatile memory controller **105** that identifies the head **605** of the submission queue **520** stored in the host processing unit **110**. Further, the nonvolatile memory controller **105** retrieves one or more nonvolatile memory commands from storage locations **600** starting at the tail **610** of the submission queue **520** and processes the nonvolatile memory commands, as is described more fully herein.

In various embodiments, the nonvolatile memory controller **105** initializes the head pointer stored in the nonvolatile memory controller **105** for identifying the head of the submission queue **520** to the tail pointer of the submission queue **520** received from the host processing unit **110**. Further, the nonvolatile memory controller **105** updates the head pointer based on nonvolatile memory commands retrieved from the host processing unit **110**, as is described more fully herein.

FIG. **7** illustrates the completion queue **525**, in accordance with an embodiment of the present invention. The completion queue **525** includes storage locations **700** for storing completion statutes. In various embodiments, the completion queue **525** is a circular queue and includes a head **705** and a tail **710**. For example, the completion queue **525** may include storage locations **700** of a PCIe memory in the memory system **515**.

In operation, the host processing unit **110** receives a request packet including a completion status from the host controller interface **120** through the communication network **115**. The computing processor **500** writes the completion status into the storage location **700** at the tail **710** of the completion queue **525**. Additionally, the host processing unit **110** reads completion statuses from storage locations **700** starting at the head **705** of the completion queue **525** to determine the status of the nonvolatile commands associated with the completion statuses that have been processed by the nonvolatile memory controller **105**. Further, the computing processor **500** provides a head pointer of the completion queue **525** to the nonvolatile memory controller **105**, which identifies the next storage location **700** in the completion queue **525** for storing the next completion status to be processed by the computing processor **500**. In this way, the head pointer identifies the new head **705** of the completion queue **525**.

In some embodiments, the computing processor **500** generates a write request packet including a head pointer identifying the next storage location **700** at the head **705** of the

completion queue **525** storing the next completion status. The host processing unit **110** transmits the write request packet to the nonvolatile memory controller **105** through the communication network **115**. In this way, the host processing unit **110** writes the head pointer to the nonvolatile memory controller **105** and updates a head pointer stored in the nonvolatile memory controller **105** which also identifies the head **705** of the completion queue **525**.

FIG. **8** illustrates the host controller interface **120**, in accordance with an embodiment of the present invention. The host controller interface **120** includes a submission manager **800** and a completion manager **805**. The submission manager **800** and the completion manager **805** are each coupled (e.g., connected) to the communication network **115** and the message network **200**.

The submission manager **800** retrieves nonvolatile memory commands stored in the submission queues **520** of the memory system **515** in the host processing unit **110**, generates request message packets based on the nonvolatile memory commands, and provides the request message packets to the message network **200** for routing to processors **150** of the nonvolatile memory controller **105**. In various embodiments, the submission manager **800** retrieves a nonvolatile memory command stored in the memory system **515** of the host processing unit **110** by generating a request packet (e.g., a host memory read request packet), transmitting the request packet to the host processing unit **110** through the communication network **115**, and receiving a completion packet containing the nonvolatile memory command from the host processing unit **110** through the communication network **115**.

In some embodiments, the submission manager **800** retrieves nonvolatile memory commands stored in the submission queues **520** of the memory system **515** in the host processing unit **110** by retrieving the nonvolatile memory commands in parallel. In this way, the submission manager **800** retrieves the nonvolatile memory commands from the submission queues **520** substantially simultaneously. Moreover, the submission manager **800** may retrieve the nonvolatile memory commands from the same submission queue **520** or from different submission queues **520**.

The completion manager **805** receives completion message packets from processors **150** of the nonvolatile memory controller **105** through the message network **200**, generates write request packets (e.g., memory write request packets) based on the completion message packets, and transmits the write request packets to the host processing unit **110** through the communication network **115**. Moreover, the completion message packets each include a completion status associated with a nonvolatile memory command processed by a processor **150**. The host processing unit **110** processes the write request packets including the completion statuses received from the completion manager **805** by storing the completion statuses into completion queues **525** of the host processing unit **110**.

In some embodiments, the completion status indicates whether processing of the nonvolatile memory command by the nonvolatile memory controller **105** was a success or a failure. In these embodiments, the host controller interface **120** may perform additional operations based on the completion status in the completion message packet. For example, if the completion status indicates a failure then the host controller interface **120** may perform error recovery operations based on the completion message packet.

FIG. **9** illustrates the submission manager **800**, in accordance with an embodiment of the present invention. The submission manager **800** includes a command fetch module **900**, command assembly buffers **905**, a command dispatch

module **910**, message output queues **915**, and a memory unit **920**. The command fetch module **900** is coupled (e.g., connected) to the communication network **115**, the command assembly buffers **905**, and the memory unit **920**. Additionally, the memory unit **920** is coupled (e.g., connected) to the communication network **115**. The command dispatch module **910** is coupled (e.g., connected) to the command assembly buffers **905** and the message output queues **915**. Further, each of the message output queues **915** is coupled (e.g., connected) to the message network **200**.

The memory unit **920** stores submission queue head pointers **925** corresponding to the submission queues **520** stored in the memory system **515** of the host processing unit **110**. The memory unit **920** also stores submission queue tail pointers **930** corresponding to the submission queues **520**.

In various embodiments, the host processing unit **110** maintains (e.g., updates) the submission queue tail pointers **930** so that each of the submission queue tail pointers **930** identifies the storage location **600** at the tail **610** of the corresponding submission queue **520**. In these embodiments, the command fetch module **900** maintains (e.g., updates) the submission queue head pointers **925** so that each of the submission queue head pointers **925** identifies the storage location **600** at the head **605** of the corresponding submission queue **520**. The command fetch module **900** determines whether a submission queue **520** contains a nonvolatile memory command based on both the submission queue head pointer **925** and the submission queue tail pointer **930** of the submission queue **520**.

For example, the command fetch module **900** may determine that the submission queue **520** contains at least one nonvolatile memory command if the submission queue head pointer **925** and the submission queue tail pointer **930** of the submission queue **520** identify different storage locations **600** in the submission queue **520**. Further, in this example, the command fetch module **900** determines the submission queue **520** does not contain any nonvolatile memory command (i.e., the submission queue **520** is empty) if the submission queue head pointer **925** and the submission queue tail pointer **930** of the submission queue **520** identify the same storage location **600** in the submission queue **520**.

In operation, the command fetch module **900** monitors the submission queue head pointers **925** and the submission queue tail pointers **930**. If the command fetch module **900** identifies a submission queue **520** storing at least one nonvolatile memory command, the command fetch module **900** generates a read request packet including an identifier identifying a storage location **600** in the submission queue **520** and transmits the read request packet to the host processing unit **110** through the communication network **115**. The host processing unit **110** reads the nonvolatile memory command from the storage location **600** of the submission queue **520** based on the identifier of the read request packet, generates a completion packet including the nonvolatile memory command, and transmits the completion packet to the command fetch module **900** through the communication network **115**.

The command fetch module **900** selects a command assembly buffer **905** and writes the nonvolatile memory command contained in the completion packet to the selected command assembly buffer **905**. Additionally, the command fetch module **900** updates the submission queue head pointer **925** of the submission queue **520** containing the nonvolatile memory command to indicate that the host controller interface **120** retrieved the nonvolatile memory command from the submission queue **520**. For example, the command fetch module **900** may update (e.g., increment) the submission queue head pointer **925** of the submission queue **520** to point

to the storage location **600** of the submission queue **520** containing the next nonvolatile memory command to be retrieved by the host controller interface **120**.

The command dispatch module **910** monitors the command assembly buffers **905** and identifies the command assembly buffer **905** storing the nonvolatile memory command. In this way, the command dispatch module **910** determines the command assembly buffer **905** contains the nonvolatile memory command. Additionally, the command dispatch module **910** selects a processor **150** of the nonvolatile memory controller **105** and generates a request message packet identifying the nonvolatile memory command and the processor **150**. For example, the request message packet may include the nonvolatile memory command and an identifier of the processor **150**. Further, the command dispatch module **910** selects a message output queue **915** and writes the request message packet into the selected message output queue **915**. In this way, the command dispatch module **910** transfers the content of the command assembly buffer **905** to the selected message output queue **915**. In turn, the message output queue **915** provides the request message packet to the message network **200** for routing to the processor **150** identified by the identifier in the request message packet.

In some embodiments, the submission manager **800** stores a message including the nonvolatile memory command in the controller memory **160**. For example, the submission manager **800** may generate a data request packet including the message and provide the data request packet to the data network **205** for routing to the controller memory **160**. In turn, the controller memory **160** stores the message contained in the data request packet. In these embodiments, the request message packet routed to the processor **150** includes a pointer identifying the message stored in the controller memory **160**. In this way, the request message packet identifies the nonvolatile memory command in the message stored in the controller memory **160**.

In various embodiments, the command fetch module **900** and the command dispatch module **910** operate independently of each other. For instance, the command fetch module **900** need not communicate with the command dispatch module **910** to determine whether a command assembly buffer **905** is available for storing a nonvolatile memory command. Moreover, the command dispatch module **910** need not communicate with the command fetch module **900** to determine whether a command assembly buffer **905** contains a nonvolatile memory command. In this way, the host controller interface **120** retrieves and dispatches nonvolatile memory commands quickly and efficiently in a distributed manner.

Moreover, because the host controller interface **120** includes multiple command assembly buffers **905**, the host controller interface **120** is capable of retrieving multiple nonvolatile memory commands from the host processing unit **105** in parallel and storing the nonvolatile memory commands into the command assembly buffers **905** in parallel. In this way, the nonvolatile memory controller **105** generates request message packets including nonvolatile memory commands quickly and efficiently.

FIG. **10** illustrates the completion manager **805**, in accordance with an embodiment of the present invention. The completion manager **805** includes a completion queue update module **1000**, a completion queue engine **1010**, message input queues **1015**, a memory unit **1020**, and message output queues **1035**. The completion queue update module **1000** is coupled (e.g., connected) to the communication network **115**, the memory unit **1020**, and the completion queue engine **1010**. Additionally, the memory unit **1020** is coupled (e.g., connected) to the communication network **115**. Each of the

message input queues **1015** and each of the message output queues **1035** is coupled (e.g., connected) to the completion queue engine **1010** and the message network **200**.

The memory unit **1020** stores completion queue head pointers **1025** corresponding to the completion queues **525** stored in the memory system **515** of the host processing unit **110**. The memory unit **1020** also includes completion queue tail pointers **1030** corresponding to the completion queues **525**.

In various embodiments, the host processing unit **110** maintains (e.g., updates) the completion queue head pointers **1025** so that each of the completion queue head pointers **1025** identifies the storage location **700** at the head **705** of the corresponding completion queue **525**. In these embodiments, the completion queue update module **1000** maintains (e.g., updates) the completion queue tail pointers **1030** so that each of the completion queue tail pointers **1030** identifies the storage location **700** at the tail **710** of the corresponding completion queue **525**.

In operation, a message input queue **1015** receives a completion message packet from a processor **150** of the nonvolatile memory controller **105** through the message network **200** and stores the completion message packet. The completion message packet is associated with a request message packet including a nonvolatile memory command processed by the processor **150**. Moreover, the completion message packet includes a completion status indicating a processing status of the nonvolatile memory command in the request message packet. The completion queue engine **1010** monitors the message input queues **1015**, identifies the message input queue **1015** storing the completion message packet, reads the completion message packet from the message input queue **1015** storing the completion message packet, and provides the completion message packet to the completion queue update module **1000**.

The completion queue update module **1000** generates a write request packet (e.g., a memory write request packet) based on the completion message packet and transmits the write request packet to the host processing unit **110** through the communication network **115**. The write request packet includes the completion status of the nonvolatile memory command and a completion queue tail pointer **1030** identifying a storage location **700** at the tail **710** of a completion queue **525** for storing the completion status. Additionally, the completion queue update module **1000** updates the completion queue tail pointer **1030** in the nonvolatile memory controller **105** to identify the storage location **700** in the completion queue **525** for storing the next completion status. In some embodiments, the completion queue update module **1000** inserts the current submission queue head pointer **925** of the submission queue **520** with which the completion message is associated into the write request packet. In this way, the completion queue update module **1000** provides an update of the submission queue head pointer **925** to the host processing unit **110**.

The host processing unit **110** receives the write request packet and stores the completion status contained in the write request packet into the storage location **700** identified by a host memory address in the write request packet (e.g., a storage location at a tail **710** of the completion queue **525**). The host processing unit **110** also updates a tail pointer of the completion queue **525** maintained in the host processing unit **110** (i.e., a local tail pointer) to identify the storage location **700** in the completion queue **525** for storing the next completion status.

Additionally, the host processing unit **110** monitors the completion queue **525**, detects the completion status at the

head **705** of the completion queue **525**, and reads the completion status at the head **705** of the completion queue **525**. In this way, the host processing unit **110** processes the completion status. Additionally, the host processing unit **110** updates a head pointer of the completion queue **525** maintained in the host processing unit **110** (i.e., a local head pointer) to identify the storage location **700** of the completion queue **525** containing the next completion status for processing. In this way, the host processing unit **110** frees the storage location **600** containing the processed completion status.

Further, the host processing unit **110** generates a write request packet including the head pointer of the completion queue **525** (i.e., a local head pointer) and transmits the request packet to the host controller interface **120** of the nonvolatile memory controller **105** through the communication network **115**. In turn, the completion queue update module **1000** updates the completion queue head pointer **1025** of the completion queue **525** stored in the memory unit **1020** of the completion manager **805** with the head pointer (e.g., head pointer value) contained in the request packet. In this way, the host processing unit **110** updates the completion queue head pointer **1025** in the memory unit **1020** of the completion manager **805**.

Additionally, the host processing unit **110** updates a head pointer of the submission queue **520** maintained in the host processing unit **110** (i.e., a local head pointer) based on the submission queue head pointer **925** contained in a completion status update in the request packet. For example, the host processing unit **110** may set the head pointer maintained in the host processing unit **110** to the submission queue head pointer **925**. In this way, the host processing unit **110** frees storage locations **600** containing nonvolatile memory commands processed by the nonvolatile memory controller **105** from the submission queue **520**.

The completion queue engine **1010** also generates a notification message packet based on the completion message packet read from the message input queue **1015** and writes the notification message packet into a message output queue **1035**. The notification message packet includes a completion status indicating the processing status of the completion message packet read from the message input queue **1015**. For example, the completion status of the notification message packet may indicate whether processing of the completion message packet by the completion manager **805** was a success or a failure. The message output queue **1035** provides the notification message packet to the message network **200**. In turn, the message network **200** routes the notification message packet to the processor **150** of the nonvolatile memory controller **105** that generated the completion message packet read from the message input queue **1015**.

FIG. **11** illustrates a method **1100** of managing a nonvolatile memory controller, in accordance with an embodiment of the present invention. In step **1105**, a nonvolatile memory command stored in a submission queue of a host processing unit is detected. In various embodiments, the host controller interface **120** of the nonvolatile memory controller **105** detects the nonvolatile memory command in a submission queue **520** of the host processing unit **110** based on both a submission queue head pointer **925** and a submission queue tail pointer **930** of the submission queue **520**. The method **1100** then proceeds to step **1110**.

In step **1110**, a nonvolatile memory command is retrieved from the submission queue of the host processing unit. In various embodiments, the host controller interface **120** retrieves the nonvolatile memory command from the submission queue **520** of the host processing unit **110**. For example, the host controller interface **120** may generate a request

packet identifying the storage location **600** of the submission queue **520** storing the nonvolatile memory command, transmit the request packet to the host processing unit **110** through the communication network **115**, and receive a completion packet containing the nonvolatile memory command from the host processing unit **110** through the communication network **115**. In some embodiments, the host controller interface **120** may retrieve multiple commands from the host processing unit **110** through the communication network **115** in step **1110**. The method **1100** then proceeds to step **1115**.

In step **1115**, a processor is selected from among processors in a nonvolatile memory controller. In various embodiments, the host controller interface **120** selects a processor **150** from among processors **150** in the processor module **145** of the nonvolatile memory controller **105**. For example, the host controller interface **120** may select a processor **150** available to process the nonvolatile memory command from among the processors **150** in the processor module **145** based on a round robin selection algorithm. The method **1100** then proceeds to step **1120**.

In step **1120**, a request message packet including the nonvolatile memory command is generated. In various embodiments, the host controller interface **120** generates the request message packet including the nonvolatile memory command. In addition to the nonvolatile memory command, the request message packet includes an identifier identifying the selected processor **150**. The method **1100** then proceeds to step **1125**.

In step **1125**, the request message packet is routed to the selected processor through a message network of the nonvolatile memory controller. In various embodiments, the message network **200** routes the request message packet to the selected processor **150** through the message network **200**. For example, the host controller interface **120** may provide the request message packet to the message network **200**, and the message network **200** may route the request message packet to the selected processor **150** based on the identifier of the selected processor **150** in the request message packet. The method **1100** then proceeds to step **1130**.

In step **1130**, the nonvolatile memory command in the request message packet is processed by the selected processor to transfer data through a data network in the nonvolatile memory controller. In various embodiments, the selected processor **150** processes the nonvolatile memory command in the request message packet to transfer data through the data network **205**. For example, the selected processor **150** may process the nonvolatile memory command to transfer data between the host processing unit **110** and the nonvolatile memory device **140** through the data network **205**.

In some embodiments, the selected processor **150** generates one or more request message packets, each of which includes a data transfer command, and provides each request message packet to the message network **200** for routing to a functional unit of the nonvolatile memory controller **105**. In turn, each functional unit receiving a request message packet processes the data transfer command in the request message packet for performing a data transfer operation in the nonvolatile memory controller **105**. In this way, the selected processor **150** processes the nonvolatile memory command in the request message packet received from the host controller interface **120** for transferring data between the host processing unit **110** and the nonvolatile memory device **140** though the data network **205** of the nonvolatile memory controller **105**. The method **1100** then proceeds to step **1135**.

In step **1135**, a completion message packet including a completion status is generated based on the request message packet. In various embodiments, the selected processor **150** generates the completion message packet including the

17

completion status based on the request message packet received by the selected processor **150**. Moreover, the completion status corresponds to the nonvolatile memory command in the request message packet received by the selected processor **150**. The completion status indicates a processing status of the nonvolatile memory command in the request message packet. For example, the completion status may indicate whether processing of the nonvolatile memory command by the selected processor **150** was a success or a failure. The method **1100** then proceeds to step **1140**.

In step **1140**, the completion message packet is routed to the host controller interface through the message network. In various embodiments, the message network **200** routes the completion message packet to the host controller interface **120** through the message network **200**. For example, the selected processor **150** may provide the completion message packet to the message network **200**. In turn, the message network **200** routes the completion message packet to the host controller interface **120**. The method **1100** then proceeds to step **1145**.

In step **1145**, a request packet including the completion status is generated based on the completion message packet. In various embodiments, the host controller interface **120** generates the request packet including the completion status based on the completion message packet received by the host controller interface **120**. For example, the request packet including the completion status may be a write request packet including a completion queue tail pointer **1030** identifying a storage location **700** of a completion queue **525** for storing the completion status. The method **1100** then proceeds to step **1150**.

In step **1150**, the request packet including the completion status is transmitted to the host processing unit. In various embodiments, the host controller interface **120** transmits the request packet including the completion status to the host processing unit **110** through the communication network **115**. In turn, the host processing unit **110** processes the request packet by storing the completion status in the host processing unit **110**. The method **1100** then ends.

In various embodiments, the method **1100** illustrated in FIG. **11** may include more or fewer than the steps **1105-1150** illustrated in FIG. **11** and described above. In some embodiments, the steps **1105-1150** of the method **1100** illustrated in FIG. **11** may be performed in a different order than the order illustrated in FIG. **11** and described above. In some embodiments, some of the steps **1105-1150** of the method **1100** illustrated in FIG. **11** may be performed in parallel or substantially simultaneously. In various embodiments, one or more of the steps **1105-1150** may be performed more than once in the method **1100** illustrated in FIG. **11**. For example, step **1110** may be performed more than once before step **1115** is performed in the method **1100**.

FIG. **12** illustrates a portion of the method **1100** of managing a nonvolatile memory controller, in accordance with an embodiment of the present invention. The portion of the method **1100** illustrated in FIG. **12** is an embodiment of the step **1105** of the method **1100** illustrated in FIG. **11**. In step **1205**, a submission queue tail pointer (e.g., an updated submission queue tail pointer) is received from the host processing unit by the nonvolatile memory controller. In various embodiments, the host controller interface **120** of the nonvolatile memory controller **105** receives a submission queue tail pointer **930**. The portion of the method **1100** then proceeds to step **1210**.

In step **1210**, the submission queue tail pointer is updated in the nonvolatile memory controller. In various embodiments, the host controller interface **120** of the nonvolatile

18

memory controller **105** updates the submission queue tail pointer **930** in the memory unit **920** of the host controller interface **120** with the submission queue tail pointer received by the nonvolatile memory controller **105** from the host processing unit **110**. The portion of the method **1100** then proceeds to step **1215**.

In step **1215**, a determination is made whether the submission queue contains a nonvolatile memory command based on the submission queue head pointer and the submission queue tail pointer. In various embodiments, the host controller interface **120** determines whether the submission queue **520** contains a nonvolatile memory command based on the submission queue head pointer **925** and the submission queue tail pointer **930** of the submission queue **520**. For example, the host controller interface **120** may determine that the submission queue **520** contains at least one nonvolatile memory command if the submission queue head pointer **925** and the submission queue tail pointer **930** identify different storage locations **600** in the submission queue **520**. This portion of the method **1100** then ends.

In various embodiments, the portion of the method **1100** illustrated in FIG. **12** may include more or fewer than the steps **1205-1215** illustrated in FIG. **12** and described above. In some embodiments, the steps **1205-1215** of the portion of the method **1100** illustrated in FIG. **12** may be performed in a different order than the order illustrated in FIG. **12** and described above. In some embodiments, some of the steps **1205-1215** of the portion of the method **1100** illustrated in FIG. **12** may be performed in parallel or substantially simultaneously. In various embodiments, one or more of the steps **1205-1215** may be performed more than once in the portion of the method **1100** illustrated in FIG. **12**.

FIG. **13** illustrates a portion of the method **1100** of managing a nonvolatile memory controller, in accordance with an embodiment of the present invention. The portion of the method **1100** illustrated in FIG. **13** is an embodiment of the step **1110** of the method **1100** illustrated in FIG. **11**. In step **1305**, a request packet identifying the nonvolatile memory command stored in the submission queue is generated. In various embodiments, the host controller interface **120** generates the request packet identifying the nonvolatile memory command stored in the submission queue **520**. The portion of the method **1100** then proceeds to step **1310**.

In step **1310**, the request packet is transmitted to the host processing unit. In various embodiments, the host controller interface **120** transmits the request packet to the host processing unit **110** through the communication network **115**. The portion of the method **1100** then proceeds to step **1315**.

In step **1315**, a completion packet including the nonvolatile memory command is received from the host processing unit. In various embodiments, the host controller interface **120** receives the completion packet including the nonvolatile memory command from the host processing unit **110** through the communication network **115**. The portion of the method **1100** then proceeds to step **1320**.

In step **1320**, the head pointer of the submission queue is updated. In various embodiments, the submission manager **800** updates the submission queue head pointer **925** associated with the submission queue **520** to identify the storage location **600** of the next nonvolatile memory command in the submission queue **520**. For example, the submission manager **800** may increment the submission queue head pointer **925** stored in the memory unit **920** of the submission manager **800**. This portion of the method **1100** then ends.

In various embodiments, the portion of the method **1100** illustrated in FIG. **13** may include more or fewer than the steps **1305-1320** illustrated in FIG. **13** and described above.

19

In some embodiments, the steps 1305-1320 of the portion of the method 1100 illustrated in FIG. 13 may be performed in a different order than the order illustrated in FIG. 13 and described above. In some embodiments, some of the steps 1305-1320 of the portion of the method 1100 illustrated in FIG. 13 may be performed in parallel or substantially simultaneously. In various embodiments, one or more of the steps 1305-1320 may be performed more than once in the portion of the method 1100 illustrated in FIG. 13.

Although the invention has been described with reference to particular embodiments thereof, it will be apparent to one of ordinary skill in the art that modifications to the described embodiment may be made without departing from the spirit of the invention. Accordingly, the scope of the invention will be defined by the attached claims not by the above detailed description.

What is claimed is:

1. A nonvolatile memory controller comprising:
a plurality of processors;
a host controller interface comprising:
    a command fetch module;
    a command dispatch module;
    a plurality of command assembly buffers coupled between the command fetch module and the command dispatch module;
        the command fetch module configured to detect a nonvolatile memory command stored in a host processing unit by monitoring a submission queue head pointer and a submission queue tail pointer stored in the nonvolatile memory controller, select a command assembly buffer of the plurality of command assembly buffers, retrieve the nonvolatile memory command from the host processing unit, write the nonvolatile memory command to the selected command assembly buffer, and update the submission queue head pointer to indicate that the host controller interface retrieved the nonvolatile memory command from the host processing unit; and
        the command dispatch module configured to determine the selected command assembly buffer contains the nonvolatile memory command without receiving the submission queue head pointer and the submission queue tail pointer from the command fetch module, select a processor of the plurality of processors, and generate a first request message packet identifying the nonvolatile memory command and the selected processor;
a data network coupled to the host controller interface; and
a message network coupled to the host controller interface and the plurality of processors, the message network configured to route the first request message packet to the selected processor, the selected processor configured to process the nonvolatile memory command for transferring data between the host processing unit and a nonvolatile memory device through the data network.

2. The nonvolatile memory controller of claim 1, wherein the host controller interface further comprises a plurality of message output queues coupled to the command dispatch module and the message network, the command dispatch module further configured to select a message output queue of the plurality of message output queues and write the first request message packet to the message output queue, the selected message output queue further configured to provide the first request message packet to the message network for routing to the selected processor.

20

3. The nonvolatile memory controller of claim 1, wherein the command fetch module is further configured to receive the submission queue tail pointer from a submission queue located in the host processing unit, store the submission queue tail pointer in the nonvolatile memory controller, store the updated submission queue head pointer in the nonvolatile memory controller, and detect the nonvolatile memory command stored in the submission queue based on both the submission queue head pointer and the submission queue tail pointer stored in the nonvolatile memory controller.

4. The nonvolatile memory controller of claim 1, wherein the selected processor is further configured to generate a first completion message packet including a completion status corresponding to the nonvolatile memory command, the message network is further configured to route the first completion message packet to the host controller interface, and the host controller interface is further configured to generate a write request packet including the completion status and transmit the write request packet to the host processing unit.

5. The nonvolatile memory controller of claim 4, wherein the host controller interface comprises:
a completion queue update module;
a plurality of message input queues, the selected processor further configured to select a message input queue of the plurality of message input queues for storing the first completion message packet; and
a completion queue engine coupled to the completion queue update module and the plurality of message input queues, the completion queue engine configured to read the first completion message packet from the selected message input queue and provide the first completion message packet to the completion queue update module, the completion queue update module configured to generate the write request packet and transmit the write request packet to the host processing unit.

6. The nonvolatile memory controller of claim 4, wherein the host controller interface is further configured to store both a completion queue head pointer and a completion tail pointer of a completion queue located in the host processing unit, and update the completion queue tail pointer to identify a storage location in the completion queue for storing the completion status.

7. The nonvolatile memory controller of claim 1, further comprising a controller memory and a storage controller both coupled to the message network, wherein the selected processor is further configured to generate a second request message packet and a third request message packet based on the nonvolatile memory command, the message network is further configured to route the second request message packet to the storage controller, the storage controller is further configured transfer the data from the nonvolatile memory device to the controller memory based on the second request message packet, the message network is further configured to route the third request message packet to the host controller interface, and the host controller interface is further configured to transfer the data from the controller memory to the host processing unit based on the third request message packet.

8. A nonvolatile memory controller comprising:
a processor module comprising a plurality of processors;
a host controller interface comprising:
    a plurality of message output queues;
    a command fetch module;
    a command dispatch module coupled to the plurality of message output queues;

a plurality of command assembly buffers coupled between the command fetch module and the command dispatch module;

the command fetch module configured to detect a nonvolatile memory command stored in a host processing unit by monitoring a submission queue head pointer and a submission queue tail pointer stored in the nonvolatile memory controller, select a command assembly buffer of the plurality of command assembly buffers, retrieve the nonvolatile memory command from the host processing unit, write the nonvolatile memory command to the selected command assembly buffer, update the submission queue head pointer to indicate that the host controller interface retrieved the nonvolatile memory command from the host processing unit; and

the command dispatch module configured to determine the selected command assembly buffer contains the nonvolatile memory command without receiving the submission queue head pointer and the submission queue tail pointer from the command fetch module, select a message output queue of the plurality of message output queues, select a processor of the plurality of processors, generate a first request message packet identifying the nonvolatile memory command and the selected processor, and write the first request message packet to the selected message output queue;

a data network coupled to the host controller interface; and

a message network coupled to the plurality of message output queues and the plurality of processors, the message network configured to route the first request message packet from the selected message output queue to the selected processor, the selected processor configured to process the nonvolatile memory command for transferring data between the host processing unit and a nonvolatile memory device through the data network.

**9**. The nonvolatile memory controller of claim **8**, wherein the command fetch module is further configured to receive the submission queue tail pointer from a submission queue located in the host processing unit, store the submission queue tail pointer in the nonvolatile memory controller, store the updated submission queue head pointer in the nonvolatile memory controller, and detect the nonvolatile memory command stored in the submission queue based on both the submission queue head pointer and the submission queue tail pointer stored in the nonvolatile memory controller.

**10**. The nonvolatile memory controller of claim **8**, wherein the selected processor is further configured to generate a first completion message packet including a completion status corresponding to the nonvolatile memory command, the message network is further configured to route the first completion message packet to the host controller interface, and the host controller interface is further configured to generate a write request packet including the completion status and transmit the write request packet to the host processing unit.

**11**. The nonvolatile memory controller of claim **10**, wherein the host controller interface comprises:

a completion queue update module;

a plurality of message input queues, the selected processor further configured to select a message input queue of the plurality of message input queues for storing the first completion message packet; and

a completion queue engine coupled to the completion queue update module and the plurality of message input queues, the completion queue engine configured to read

the first completion message packet from the selected message input queue and provide the first completion message packet to the completion queue update module, the completion queue update module configured to generate the write request packet and transmit the write request packet to the host processing unit.

**12**. The nonvolatile memory controller of claim **10**, wherein the host controller interface is further configured to store both a completion queue head pointer and a completion tail pointer of a completion queue located in the host processing unit, and update the completion queue tail pointer to identify a storage location in the completion queue for storing the completion status.

**13**. The nonvolatile memory controller of claim **8**, further comprising a controller memory and a storage controller both coupled to the message network, wherein the selected processor is further configured to generate a second request message packet and a third request message packet based on the nonvolatile memory command, the message network is further configured to route the second request message packet to the storage controller, the storage controller is further configured transfer the data from the nonvolatile memory device to the controller memory based on the second request message packet, the message network is further configured to route the third request message packet to the host controller interface, and the host controller interface is further configured to transfer the data from the controller memory to the host processing unit based on the third request message packet.

**14**. A method comprising:

monitoring a submission queue head pointer and a submission queue tail pointer of a submission queue located in a nonvolatile memory controller to detect a nonvolatile memory command in a host processing unit by a host controller interface of the nonvolatile memory controller;

selecting a command assembly buffer from among a plurality of command assembly buffers in the host controller interface;

retrieving the nonvolatile memory command from the host processing unit by the host controller interface;

storing the nonvolatile memory command in the selected command assembly buffer;

updating the submission queue head pointer to indicate that the host controller interface retrieved the nonvolatile memory command from the host processing unit;

determining the selected command assembly buffer contains the nonvolatile memory command without using the submission queue head pointer and the submission queue tail pointer;

selecting a processor from a plurality of processors in the nonvolatile memory controller;

generating a first request message packet by the host controller interface, the first request message packet identifying the nonvolatile memory command and the selected processor;

selecting a message output queue of a plurality of message output queues in the host controller interface;

storing the first request message packet in the selected message output queue;

routing the first request message packet from the selected message output queue through a message network of the nonvolatile memory controller to the selected processor; and

processing the nonvolatile memory command by the selected processor for transferring data between the host

processing unit and a nonvolatile memory device through a data network of the nonvolatile memory controller.

**15**. The method of claim **14**, further comprising:

receiving by the host controller interface the submission queue tail pointer of the submission queue.

**16**. The method of claim **14**, further comprising:

generating a first completion message packet including a completion status corresponding to the nonvolatile memory command by the selected processor;

routing the first completion message packet through the message network to the host controller interface;

generating a write request packet including the completion status by the host controller interface; and

transmitting the write request packet to the host processing unit by the host controller interface.

**17**. The method of claim **16**, further comprising:

storing in the host controller interface a completion queue head pointer of a completion queue located in the host processing unit;

storing in the host controller interface a completion queue tail pointer of the completion queue; and

updating the completion queue tail pointer by the host controller interface to identify a storage location in the completion queue for storing the completion status.

*   *   *   *   *