# EXHIBIT G

Case 1:25-cv-00073-BLW    Document 1-7    Filed 02/07/25    Page 2 of 26



US008601346B1

## (12) United States Patent
### Onufryk et al.

(10) Patent No.: **US 8,601,346 B1**

(45) Date of Patent: **Dec. 3, 2013**

(54) **SYSTEM AND METHOD FOR GENERATING PARITY DATA IN A NONVOLATILE MEMORY CONTROLLER BY USING A DISTRIBUTED PROCESSING TECHNIQUE**

(75) Inventors: **Peter Z. Onufryk**, Flanders, NJ (US); **Inna Levit**, Sunnyvale, CA (US)

(73) Assignee: **PMC-Sierra US, Inc.**, Sunnyvale, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 309 days.

(21) Appl. No.: **13/052,835**

(22) Filed: **Mar. 21, 2011**

#### Related U.S. Application Data

(60) Provisional application No. 61/374,242, filed on Aug. 16, 2010.

(51) **Int. Cl.**
    *G11C 29/00*          (2006.01)
(52) **U.S. Cl.**
    USPC ........................................... **714/764**; 711/103
(58) **Field of Classification Search**
    USPC ........................................... 711/103; 714/764
    See application file for complete search history.

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,875,343 | A | 2/1999 | Binford et al. |
| 7,620,784 | B2 | 11/2009 | Panabaker |
| 7,708,195 | B2 | 5/2010 | Yoshida et al. |
| 8,244,946 | B2 | 8/2012 | Gupta et al. |
| 2008/0256280 | A1 | 10/2008 | Ma |
| 2008/0320214 | A1 * | 12/2008 | Ma et al. ........................ 711/103 |
| 2009/0077302 | A1 * | 3/2009 | Fukuda ........................ 711/103 |
| 2010/0185808 | A1 * | 7/2010 | Yu et al. ........................ 711/103 |
| 2010/0262979 | A1 | 10/2010 | Borchers et al. |
| 2011/0161678 | A1 * | 6/2011 | Niwa ........................... 713/193 |

#### OTHER PUBLICATIONS

NVM Express, revision 1.0; Intel Corporation; pp. 103-106 and 110-114; Jul. 12, 2011.
NVM Express, Revision 1.0; Intel Corporation; Mar. 1, 2011.

* cited by examiner

*Primary Examiner* — M. Mujtaba K Chaudry

(74) *Attorney, Agent, or Firm* — Kenneth Glass; Stanley J. Pawlik; Glass & Associates

(57) **ABSTRACT**

A nonvolatile memory controller performs a data stripe operation on data blocks by processing a collection of commands. The nonvolatile memory controller includes command processing units, each of which processes a command of the data stripe operation to store a data block into a nonvolatile memory device. A parity calculator in the nonvolatile memory controller receives the data blocks of the data stripe operation by receiving a sequence of data blocks. The parity calculator generates a parity block in a page frame as the parity calculator receives the sequence of the data blocks. A command processing unit in the nonvolatile memory controller determines when the parity calculator has completed generating the parity block and writes the parity block to a nonvolatile memory device.

**18 Claims, 12 Drawing Sheets**



Case 1:25-cv-00073-BLW Document 1-7 Filed 02/07/25 Page 3 of 26



FIG. 1

Case 1:25-cv-00073-BLW   Document 1-7   Filed 02/07/25   Page 4 of 26



FIG. 2

Case 1:25-cv-00073-BLW   Document 1-7   Filed 02/07/25   Page 5 of 26



FIG. 3

Case 1:25-cv-00073-BLW   Document 1-7   Filed 02/07/25   Page 6 of 26



FIG. 4

Case 1:25-cv-00073-BLW   Document 1-7   Filed 02/07/25   Page 7 of 26



FIG. 5

Case 1:25-cv-00073-BLW   Document 1-7   Filed 02/07/25   Page 8 of 26



From Data Request Router 445

To Context Module 430

To Data Distribution Unit 440

420 Parity Calculator

605 Parity Calculator Controller

630 MUX

600 Context Memory

425 Page Frame

620 Computation Block

From Data Network 205

FIG. 6

Case 1:25-cv-00073-BLW    Document 1-7    Filed 02/07/25    Page 9 of 26



FIG. 7

Case 1:25-cv-00073-BLW   Document 1-7   Filed 02/07/25   Page 10 of 26



FIG. 8



FIG. 9

Case 1:25-cv-00073-BLW   Document 1-7   Filed 02/07/25   Page 12 of 26



1000

Start

Receive command at command processing unit — 1005

Data stripe command? — 1010

N → Process command — 1030

Y

Request block based on data stripe command — 1015

Receive block in response to request for block — 1020

Write block to nonvolatile memory device — 1025

Receive additional command? — 1035

Y

N

End

FIG. 10



FIG. 11



1200

Start

Receive parity write command at
parity calculator — 1205

Identify context of parity write
command — 1210

Read parity block from page frame
associated with context — 1215

Provide parity block to command
processing unit — 1220

End

FIG. 12

# SYSTEM AND METHOD FOR GENERATING PARITY DATA IN A NONVOLATILE MEMORY CONTROLLER BY USING A DISTRIBUTED PROCESSING TECHNIQUE

## CROSS-REFERENCE TO RELATED APPLICATION

This application claims benefit of U.S. provisional patent application Ser. No. 61/374,242 filed Aug. 16, 2010 and entitled "Non Volatile Memory Host Controller Interface Device," which is incorporated herein by reference in its entirety.

## BACKGROUND

Fault-tolerant computing systems often employ data storage techniques for recovery of data lost as a result of a disk drive failure. These data storage techniques often involve a redundant array of independent disks (RAID). In some of these data storage techniques, a disk drive controller performs a data stripe operation by dividing data into data blocks and generating parity data based on the data blocks. In this way, the disk drive controller generates redundancy data based on the data blocks. The disk drive controller distributes the data blocks and the parity data among an array of disk drives. In event of a hardware failure of a disk drive in the array, the disk drive controller reconstructs the data in the failed disk drive based on the data stored in the other disk drives of the array, and stores the reconstructed data into a replacement disk drive.

Because generation of parity data in a RAID operation is often a computationally intensive task, some types of disk drive controllers include a dedicated processor for generating parity data. In these types of disk drive controllers, the dedicated processor stores data blocks into individual data buffers of the disk drive controller, executes computing instructions to generate parity data, and stores the parity data into yet another data buffer. Although use of a dedicated processor for generating parity data generally improves throughput of a disk drive controller, generation of parity data is still a performance bottleneck in many disk drive controllers. Moreover, the data buffers consume a considerable amount of area and power in integrated circuit implementations of the disk drive controller.

## SUMMARY

In various embodiments, a nonvolatile memory controller performs a data stripe operation by processing a collection of commands. The collection of commands includes data update commands and a parity write command. The nonvolatile memory controller includes a number of command processing units, each of which receives a command in the collection of commands. Each of the command processing units receiving a data update command requests a data block from a controller memory, receives the data block from the controller memory through a data path in response to the request, and writes the data block to a nonvolatile memory device.

The parity calculator receives the data blocks as a sequence of data blocks through the same data path from which the command processing units receive the data blocks. The parity calculator generates a parity block by storing a first data block of the sequence of data blocks into a page frame and updating the data block stored in the page frame with each remaining data block in the sequence of data blocks. In this way, the

parity calculator generates the parity block on the fly as the command processing units are receiving the data blocks for the data stripe operation.

Because the nonvolatile memory controller performs a data stripe operation by using a plurality of command processing units, the nonvolatile memory controller performs a data stripe operation more quickly than other methods using only a single dedicated processor to perform a data stripe operation. Moreover, the parity calculator generates the parity block in the page frame as the parity calculator is receiving the data blocks for the data stripe operation, the parity calculator need not store all the data blocks of the data stripe at the same time when generating a parity block. As a result, the nonvolatile memory controller consumes less power and area than other nonvolatile memory controllers in which data blocks of a data stripe operation are stored in individual data buffers when computing a parity block.

A nonvolatile memory controller, in accordance with one embodiment, performs a data stripe operation on block blocks. The nonvolatile memory controller includes command processing units and a parity calculator. The parity calculator is coupled to the command processing units. Each of the command processing units is configured to receive a command of a plurality of commands for performing the data stripe operation. The commands include data update commands and a parity write command. Each command processing unit receiving a data update command is configured to request a data block of the data blocks based on the data update command, receive the data block in response to the request, and write the data block to a nonvolatile memory device. The parity calculator is configured to receive the data blocks and generate a parity block based on the data blocks. The command processing unit receiving the parity write command is configured to write the parity block to a nonvolatile memory based on the parity write command.

A nonvolatile memory controller, in accordance with one embodiment, includes a command distribution unit, command processing units, and a parity calculator. The command processing units are coupled to the command distribution unit and the parity calculator. The command distribution unit is configured to receive commands for performing a data stripe operation on data blocks. The commands include data update commands and a parity write command. The command distribution unit is further configured to distribute the data update commands among at least some of the command processing units. Each of the command processing units receiving a data update command is configured to request a data block based on the data update command, receive the data block in response to the request, and write the data block to a nonvolatile memory device. The parity calculator includes a context memory including a page frame. Moreover, the parity calculator is configured to receive the data blocks as a sequence of data blocks. Further, the parity calculator is configured to generate a parity block by storing a first data block of the sequence of data blocks into the page frame and updating the data block stored in the page frame with each data block following the first data block in the sequence of data blocks. The command distribution unit is further configured to determine generation of the parity block is complete and distribute the parity write command to a command processing unit in response to determining the parity block is complete. The command processing unit receiving the parity write command is configured to write the parity block into the nonvolatile memory device.

A method for generating parity data, in accordance with one embodiment, includes distributing commands for performing a data stripe operation among a number of command

processing units in the nonvolatile memory controller. The commands include a number of data update commands and a parity write command. The method further includes generating data requests by the command processing units based on data update commands, and receiving data blocks at the command processing units and at a parity calculator of the nonvolatile memory controller in response to the data requests. Additionally, the method includes writing the data blocks to nonvolatile memory devices by the command processing units. The method also includes generating a parity block in a page frame of a context memory based on the data blocks. Further, the method includes determining generation of the parity block is complete and writing the parity block to a nonvolatile memory device based on the parity write command after generation of the parity block is complete. Because the method performs a data stripe operation by using a plurality of command processing units, the method performs a data stripe operation more quickly than other methods using only a single dedicated processor to generate parity data.

BRIEF DESCRIPTION OF THE DRAWINGS

The accompanying drawings are included to provide a further understanding of the invention, and are incorporated in and constitute a part of this specification. The drawings illustrate embodiments of the invention, and together with the description, serve to explain the principles of the invention.

FIG. 1 is a block diagram of a computing system, in accordance with an embodiment of the present invention.

FIG. 2 is a block diagram of a network module, in accordance with an embodiment of the present invention.

FIG. 3 is a block diagram of a control module, in accordance with an embodiment of the present invention.

FIG. 4 is a block diagram of a storage controller, in accordance with an embodiment of the present invention.

FIG. 5 is a block diagram of a context module, in accordance with an embodiment of the present invention.

FIG. 6 is a block diagram of a parity calculator, in accordance with an embodiment of the present invention.

FIG. 7 is a block diagram of a processing unit, in accordance with an embodiment of the present invention.

FIG. 8 is a block diagram of a nonvolatile memory device, in accordance with an embodiment of the present invention.

FIG. 9 is a flow chart of a portion of a method of generating a parity block, in accordance with an embodiment of the present invention.

FIG. 10 is a flow chart of a portion of a method of generating a parity block, in accordance with an embodiment of the present invention.

FIG. 11 is a flow chart of a portion of a method of generating a parity block, in accordance with an embodiment of the present invention.

FIG. 12 is a flow chart of a portion of a method of generating a parity block, in accordance with an embodiment of the present invention.

DETAILED DESCRIPTION

In various embodiments, a nonvolatile memory controller includes command processing units and a parity calculator for performing a data stripe operation. Each of the command processing units independently requests a data block from a controller memory, receives the data block from the controller memory through a data path in response to the request, and writes the data block to a nonvolatile memory device. The parity calculator receives the data blocks as a sequence of data

blocks through the same data path from which the command processing units receive the data blocks. The parity calculator generates a parity block by storing a first data block of the sequence of data blocks into the page frame and updating the data block stored in the page frame with each remaining data block in the sequence of data blocks in response to receiving the data block. In this way, the parity calculator generates the parity block on the fly as the command processing units and the parity calculator are receiving the data blocks for the data stripe operation.

FIG. 1 illustrates a computing system 100, in accordance with an embodiment of the present invention. The computing system 100 includes a host processing unit 110, a communication network 115, a nonvolatile memory controller 105, and a nonvolatile memory device 140. The communication network 115 is coupled (e.g., connected) to the host processing unit 110 and the nonvolatile memory controller 105. Additionally, the nonvolatile memory controller 105 is coupled (e.g., connected) to the nonvolatile memory device 140. In various embodiments, the nonvolatile memory device 140 is a flash storage device and the nonvolatile memory controller 105 is a flash controller.

The communication network 115 facilitates communication between the host processing unit 110 and the nonvolatile memory controller 105. For example, the communication network 115 may be a packet communication network, such as a Peripheral Component Interconnect Express (PCIe) network. The nonvolatile memory controller 105 manages data stored in the nonvolatile memory device 140 and communicates with the host processing unit 110 through the communication network 115 for transferring data between the host processing unit 110 and the nonvolatile memory device 140. In various embodiments, the nonvolatile memory controller 105 processes nonvolatile memory commands generated by the host processing unit 110 for controlling operation of the nonvolatile memory controller 105. In some embodiments, the host processing unit 110 generates Non-Volatile Memory Express (NVMe) commands and the nonvolatile memory controller 105 processes the (NVMe) commands to manage operation of the nonvolatile memory controller 105.

In various embodiments, the nonvolatile memory controller 105 includes a host controller interface 120, a network module 125, a control module 130, a processor module 145, and a controller memory 160. The network module 125 is coupled (e.g., connected) to the host controller interface 120, the control module 130, the processor module 145, and the controller memory 160. Additionally, the host controller interface 120 is coupled (e.g., connected) to the communication network 115, and the control module 130 is coupled (e.g., connected) to the nonvolatile memory device 140. Furthermore, the processor module 145 includes processors 150 coupled (e.g., connected) to the network module 125. In these embodiments, each of the host controller interface 120, the control module 130, the processors 150, and the controller memory 160 is a functional unit of the nonvolatile memory controller 105.

In various embodiments, each of the host controller interface 120, the control module 130, the processor module 145, and the controller memory 160 is source node or a destination node of the nonvolatile memory controller 105. In this way, each functional unit of the nonvolatile memory controller 105 may be a source node or a destination node. In some embodiments, one or more of the host controller interface 120, the control module 130, the processor module 145, and the controller memory 160 is both a source node and a destination node of the nonvolatile memory controller 105. In this way, a

5

6

functional unit of the nonvolatile memory controller **105** may be both a source node and a destination node.

The host controller interface **120** facilitates communication between the communication network **115** and the functional units of the nonvolatile memory controller **105** through the network module **125**. The control module **130** manages data in the nonvolatile memory device **140**. For example, the control module **130** may read data from the nonvolatile memory device **140** and write data into the nonvolatile memory device **140**.

The controller memory **160** stores data being transferred from the host processing unit **110** to the nonvolatile memory device **140**. Additionally, the controller memory **160** stores data being transferred from the nonvolatile memory device **140** to the host processing unit **110**. In this way, the controller memory **160** is an intermediate storage location for temporarily storing data being transferred between the host processing unit **110** and the nonvolatile memory device **140**. In various embodiments, the controller memory **160** includes a random access memory (RAM), such as a static random access memory (SRAM) or a dynamic random access memory (DRAM).

In various embodiments, the host controller interface **120** retrieves a request packet including a nonvolatile memory command from the host processing unit **110** through the communication network **115**, generates a request message packet including the nonvolatile memory command based on the request packet, and provides the request message packet to the network module **125**. In turn, the network module **125** routes the request message packet to the processor module **145**. The processor module **145** processes the nonvolatile memory command in the request message packet, generates a completion message packet including a completion status (e.g., a completion entry) based on the request message packet, and provides the completion message packet to the network module **125**. The network module **125** routes the completion message packet to the host controller interface **120**.

The host controller interface **120** generates a request packet including the completion status based on the completion message packet and transmits the request packet to the host processing unit **110** through the communication network **115**. In turn, the host processing unit **110** retrieves the completion status of the request message packet received from the host controller interface **120** and processes the completion status to determine the status of processing the nonvolatile memory command (i.e., a processing status).

In various embodiments, a processor module **145** processes the nonvolatile memory command in a request message packet by generating additional request message packets, each of which includes a command. The processor **150** provides the request message packets to the network module **125**. In turn, the network module **125** routes each of the request message packets received from the processor module **145** to a functional unit of the nonvolatile memory controller **105** identified in the request message packet. In this way, the processor **150** functions as a source node and the functional unit receiving the request message packet functions as a destination node.

The functional unit receiving a request message packet from the processor **150** through the network module **125** processes the command in the request message packet, generates a completion message packet including a completion status based on the request packet, and provides the completion message packet to the network module **125**. The completion status of the completion message packet indicates a status of the command processed by the functional unit (i.e., a

processing status). The network module **125** routes the completion message packet to the processor **150**.

In various embodiments, the processor module **145** processes the nonvolatile memory command in the request message packet received from the host controller interface **120** by generating a request message packet including a data transfer command for transferring data between the host processing unit **110** and the controller memory **160**, and generating another request message packet including a data transfer command for transferring data between the controller memory **160** and the nonvolatile memory device **140**. In this way, the processor module **145** generates request message packets for transferring data in a piecemeal manner between the host processing unit **110** and the nonvolatile memory device **140** based on the request message packet including the nonvolatile memory command.

In some cases, each functional unit receiving a request message packet from the processor module **145** generates one or more request data packets based on the request message packet. Each of the request data packets is a request for transferring data between functional units of the nonvolatile memory controller **105** through the network module **125** or transferring data between the host processing unit **110** and the host controller interface **120**. For example, the control module **130** may generate request data packets and provide the request data packets to the network module **125** for routing to the controller memory **160**. In this example, the controller memory **160** generates completion packets including completion packets stored in the controller memory **160** and provides the completion packets to the network module **125** for routing to the control module **130**.

In various embodiments, the nonvolatile memory controller **105** is implemented in an integrated circuit of an integrated circuit device which may include an integrated circuit package containing the integrated circuit. In some embodiments, the nonvolatile memory controller **105** is implemented in more than one integrated circuit of an integrated circuit device which may include a multichip package containing the integrated circuits.

FIG. **2** illustrates the network module **125**, in accordance with an embodiment of the present invention. The network module **125** includes a message network **200** and a data network **205**. Each of the message network **200** and the data network **205** is coupled (e.g., connected) to the host controller interface **120**, the control module **130**, the processor module **145**. Additionally, the data network **205** is coupled (e.g., connected) to the controller memory **160**.

The message network **200** routes message packets, such as request message packets and completion message packets, between functional units of the nonvolatile memory controller **105**. In various embodiments, the message network **200** routes message packets among functional units of the nonvolatile memory controller **105** by using an inter-processor communication (IPC) protocol.

The data network **205** routes data packets, such as data request packets and data completion packets, between functional units of the nonvolatile memory controller **105**. In various embodiments, the data network **205** routes data packets among functional units of the nonvolatile memory controller **105** by using an inter-processor communication (IPC) protocol.

FIG. **3** illustrates the control module **130**, in accordance with an embodiment of the present invention. The control module **130** includes a storage controller **300** and a correction module **305**. The storage controller **300** is coupled (e.g., connected) to the network module **125**, the nonvolatile

US 8,601,346 B1

7

memory device **140**, and the correction module **305**. The correction module **305** is also coupled (e.g., connected) to the network module **125**.

The storage controller **300** manages data in the nonvolatile memory device **140**. For example, the storage controller **300** may read data from the nonvolatile memory device **140** and write data into the nonvolatile memory device **140**. The correction module **305** generates an error correction code (ECC) for data to be stored into the nonvolatile memory device **140** and provides the error correction code to the storage controller **300**. In turn, the storage controller **300** writes the data and the error correction code associated with the data into the nonvolatile memory device **140**. Additionally, the storage controller **300** reads data and an error correction code associated with the data from the nonvolatile memory device **140** and provides the data and the error correction code to the correction module **305**. In turn, the correction module **305** detects data bit errors in the data, if any, and corrects the data bit errors based on the error correction code associated with the data.

FIG. **4** illustrates the storage controller **300**, in accordance with an embodiment of the present invention. The storage controller **300** includes a command processing module **400**, a command input queue **405**, a command distribution unit **410**, a parity calculator **420**, a context module **430**, a data distribution unit **440**, and a data request router **445**. The command input queue **405** is coupled (e.g., connected) to the message network **200** and the command distribution unit **410**. Additionally, the command distribution unit **410** is coupled (e.g., connected) to the command processing unit **415** and the context module **430**. The parity calculator **420** is coupled to the data network **205**, the context module **430**, the data distribution unit **440**, and the data request router **445**. The data request router **445** is coupled (e.g., connected) to the data network **205** and the command processing module **400**. Additionally, the command processing module **400** is coupled (e.g., connected) to the data distribution unit **440**, the nonvolatile memory device **140**, and the correction module **305**.

As illustrated in FIG. **4**, the command processing module **400** includes command processing units **415**. The command processing units **415** process commands for managing data in the nonvolatile memory device **140**, as is described more fully herein. Although three command processing units **415** are illustrated in FIG. **4**, the command processing module **400** may have more or fewer than three command processing units **415** in other embodiments.

The parity calculator **420** includes page frames **425**. Moreover, the parity calculator **420** generates parity blocks in the page frames **425**, as is described more fully herein. The context module **430** includes contexts **435** corresponding to the page frames **425** in the parity calculator **420**. Moreover, each of the page frames **425** is associated with the corresponding context **435** in the context module **430**. The contexts **435** includes data for controlling processing of the commands of a data stripe operation by the storage controller **300**, as is described more fully herein. Although three page frames **425** and three contexts **435** are illustrated in FIG. **4**, the parity calculator **420** may have more or fewer than three page frames **425** and the context module **430** may have more or fewer than three contexts **435** in other embodiments.

In various embodiments, a processor **150** in the processor module **145** generates commands for performing a data stripe operation (i.e., data stripe commands). The commands include data update commands for writing data blocks into the nonvolatile memory device **140** and a parity write command for writing a parity block into the nonvolatile memory device **140**. The processor **150** generates request message

8

packets, each of which includes a command of the data stripe operation. The command includes a command identifier for identifying the type of the command as either a data update command or a parity write command. Additionally, the command includes a flow identifier, a request tag, and a destination address of a storage location in the nonvolatile memory device **140**. Each of the commands of the data stripe operation has a same flow identifier. In this way, the commands of the data stripe operation form a collection of commands associated with each other through the flow identifier. The processor **150** provides the request message packets including the commands for the data stripe operation to the message network **200**. In turn, the message network **200** route the request message packets to the storage controller **300**.

The storage controller **300** receives the request message packets of the data stripe operation from the message network **200** and stores the request message packets in the command input queue **405**. In various embodiments, the command input queue **405** is a first-in-first-out (FIFO) queue and the storage controller **300** stores the request message packets of the data stripe operation at a tail of the command input queue **405**. Because the command input queue **405** receives and stores other packets (e.g., request message packets including data read commands or data erase commands) from the message network **200**, the request message packets of the data stripe operation may be interleaved with other packets in the command input queue **405**.

The command distribution unit **410** reads a request message packet at a head of the command input queue **405** and determines whether the request message packet includes a command of a data stripe operation (i.e., a data stripe command). If the request message packet includes a data update command of a data stripe operation, the command distribution unit **410** determines whether the data update operation is associated with a context **435** in the context module **430** based on a flow identifier in the request message packet. If the data update operation is not associated with a context **435**, the command distribution unit **410** associates the data stripe operation with a context **435** based on the flow identifier in the request message packet. Moreover, the command distribution unit **410** associates commands having a same flow identifier with the same context **435**, as is also described more fully herein. In this way, the command distribution unit **410** associates commands of a data stripe operation with a context **435** based on the flow identifier.

Additionally, the command distribution unit **410** selects a command processing unit **415** in the command processing module **400** for the request message packet including the data update command and provides (e.g., routes) the request message packet to the selected command processing unit **415**. In this way, the command distribution unit **410** distributes the data update command in the request message to the selected processor. In various embodiments, the command distribution unit **410** distributes data update commands of a data stripe operation to a number of command processing units **415** such that each of those command processing units **415** receives one of the data update commands of the data stripe operation. In this way, the command distribution unit **410** stripes the commands of the data stripe operation among command processing units **415** in the command processing module **400**.

If the request message packet at the head of the command input queue **405** includes a parity write command of a data stripe operation, the command distribution unit **410** determines whether the data update commands of the data stripe operation are complete. If the data update commands of the data stripe operation are complete, the command distribution

9

unit **410** distributes the write parity command of the data stripe operation to a command processing unit **415** in the command processing module **400**. Otherwise, the command distribution unit **410** monitors the data update commands of the data stripe operation and distributes the write parity command to a command processing unit **415** in the command processing module **400** when the data update commands are complete.

Each command processing unit **415** receiving a request message packet including a data update command from the command distribution unit **410** generates a data request packet including the data update command based on the request message packet. The data request message includes the flow identifier contained in the request message packet as well as the request tag contained in the request message packet. Additionally, the data request message includes a destination address of a storage location in the controller memory **160**. The command processing unit **415** provides the data request packet to the data request router **445**. In some embodiments, the command processing unit **415** arbitrates for access to the data request router **445** by providing an arbitration request to the data request router **445**. In these embodiments, the command processing unit **415** provides the data request packet to the data request router **445** is response to receiving a grant from the data request router **445**.

The data request router **445** routes (e.g., forwards) the data request packet including the data update command to the data network **205**. In turn, the data network **205** routes the data request packet to the controller memory **160**, for example based on an identifier of the controller memory **160** contained in the data request packet. In various embodiments, the data request router **445** identifies a type of the command in the data request message packet received from the data request router **445**. If the command in the data request packet is a parity write command, data request router **445** routes the data request packet to the parity calculator **420**. Otherwise, the data request router **445** routes the data request packet to the data network **205**.

The controller memory **160** reads a data block at a storage location identified by the destination address in the data request packet and generates a completion packet including the data block. For example, the controller memory **160** may read the data block from a dynamic random access memory (DRAM) in the controller memory **160**. The completion block also includes the flow identifier contained in the data request packet and the request tag contained in the data request packet. In this way the completion packet is associated with the data request packet. The controller memory **160** provides the completion packet to the data network **205**. In turn, the data network **205** routes the completion packet to the storage controller **300**, for example based on an identifier of the storage controller **300** in the completion packet.

The parity calculator **420** receives the completion packet routed from the storage controller **300** and forwards the completion packet to the data distribution unit **440**. In turn, the data distribution unit **440** distributes the completion packet to the command processing unit **415** that generated the data request message associated with the completion packet (i.e., the data request message including the same request tag contained in the completion packet). In this way the parity calculator **420** and the command processing unit **415** receive the completion packet including the data block from the data network **205** at substantially the same time (i.e., substantially simultaneously). The command processing unit **415** receiving the completion packet writes the data block of the completion packet to the nonvolatile memory device **140** at the address of the nonvolatile memory device **140** contained in the request

10

message packet associated with the completion packet (i.e., the request message packet containing the same request tag contained in the completion packet).

Additionally, the parity calculator **420** processes the completion packet as part of a process of generating a parity block for the data stripe operation. In response to receiving the completion packet, the parity calculator **420** identifies the context **435** of the data stripe operation associated with the data block. Additionally, the parity calculator **420** identifies the page frame **425** associated with the context **435**. If the data block contained in the completion packet is the first data block of the data stripe operation received by the parity calculator **420**, the parity calculator **420** stores the data block into the page frame **425**. In this way, the parity calculator **420** initializes a parity block in the page frame **425**.

Otherwise, if the data block contained in the completion packet is not the first data block of the data stripe operation received by the parity calculator **420**, the parity calculator **420** generates an updated data packet by performing an operation on the data block stored in the page frame **425** and the data block contained in the completion packet. Further, the parity calculator **420** replaces the data block stored in the page frame **425** associated with the updated data block. In this way, the parity calculator **420** updates the parity block stored in the page frame **425**.

The updated data block generated by the parity calculator **420** based on last data block of the data stripe operation is a parity block of the data stripe operation. Moreover, the parity calculator **420** completes generation of the parity block for the data stripe operation by storing the updated data block of the data stripe operation into the page frame **425**. In this way, the parity calculator **420** generates the parity block of the data operation on the fly as completion packets including data blocks of the data operation are received by the storage controller **300** and forwarded to the command processing units **415**.

In some embodiments, the operation performed by the parity calculator **420** is a logical exclusive-or (XOR) operation. In these embodiments, the parity block generated by parity calculator **420** is an exclusive-or of the data blocks in the data stripe operation. In some embodiments, the parity calculator **420** generates more than one parity block for a data stripe operation. For example, the parity calculator **420** may generate a p-parity block and a q-parity block according to a level **6** redundant array of independent disk (RAID Level 6) algorithm. In this example, the operation performed by the parity calculator **420** includes a logical exclusive- or operation and a logical shift operation. In various embodiments, the operation performed by the parity calculator includes other logical or mathematical functions in addition to a logical exclusive-or operation, for example to implement a RAID Level 5 or RAID Level 6 algorithm.

In some embodiments, a size of a data block received by the parity calculator **420** is less than a size of the parity block generated by the parity calculator **420**. For example, the size of the data block may be half the size of the parity block. In these embodiments, the completion packet indicates a position of the data block for performing the operation on the data block and the parity block. For example, the completion packet may indicate that the operation is to be performed on the data block and a first half of the parity block. As another example, the completion packet may indicate that the operation is to be performed on the data block and a second half of the parity block. In this way, the parity calculator **420** updates the parity block in a piecemeal manner based on data blocks having a smaller size than the parity block.

US 8,601,346 B1

11

A command processing unit **415** receiving a request message packet including a parity write command from the command distribution unit **410** generates a data request packet including the parity write command based on the request message packet. The data request packet includes the flow identifier of the request message packet and the request tag contained in the request message packet. The command processing unit **415** provides the data request packet to the data request router **445**. In some embodiments, the command processing unit **415** arbitrates for access to the data request router **445** by providing an arbitration request to the data request router **445**. In these embodiments, the command processing unit **415** provides the data request packet to the data request router **445** is response to receiving a grant from the data request router **445**.

The parity calculator **420** identifies the context **435** of the data stripe operation associated with the write parity command based on the flow identifier in the data request packet. Further, the parity calculator **420** reads the parity block from the page frame **425** associated with the context **435** and generates a completion packet including the parity block. The completion packet also includes the flow identifier contained in the data request packet and the request tag contained in the data request packet. The parity calculator **420** provides the completion packet to the data distribution unit **440**.

The data distribution unit **440** distributes the completion packet including the parity block to the command processing unit **415** in the command processing module **400** that generated the data request packet including the parity write command. For example, the data distribution unit **440** may identify the command processing unit **415** based on the request tag in the completion packet. The command processing unit **415** receiving the completion packet writes the parity block of the completion packet to the nonvolatile memory device **140** at the address of the storage location in the nonvolatile memory device **140** contained in the request message packet associated with the completion packet (i.e., the request message packet containing the same request tag contained in the completion packet).

In various embodiments, the data network **205** is a data path for transmitting data packets (e.g., completion packets) from the controller memory **160** to the parity calculator **420** and the command processing units **415** of the storage controller **300**. In this way, both the parity calculator **420** and the command processing units **415** receive packets from the controller memory **160** through the data path.

FIG. **5** illustrates the context module **430**, in accordance with an embodiment of the present invention. In addition to the contexts **435**, the context module **430** includes a context module controller **520** coupled to the contexts **435** for controlling access to the context **435**. Each context **435** includes a context state **505**, a flow identifier **510**, and a stripe count **515**. In various embodiments, the context **435** includes storage locations for storing the context state **505**, the flow identifier **510**, and the stripe count **515** of the context **435**. For example, the storage locations of the context **435** may be registers or a portion of a random access memory (RAM).

The context state **505** of the context **435** is a value indicating a state of context **435**. In one embodiment, the context state **505** is an idle state, an allocated state, an initialized state, or a computed state, as is described more fully herein. The flow identifier **510** is a value for associating commands of a data stripe operation with the context **435** and for identifying the context **435** associated with a data stripe operation. The stripe count **515** is value for determining when a data stripe operation is complete, as is also described more fully herein.

12

In operation, the command distribution unit **410** receives a request message packet from the command input queue **405** and determines whether the request message packet includes a data update command. If the request message packet includes a data update command, the command distribution unit **410** determines whether the data stripe operation associated with the data update command has been allocated to a page frame **425** in the parity calculator **420**. In this process, the command distribution unit **410** identifies each context **435** in the allocated state or the initialized state. For each identified context **435**, the command distribution unit **410** determines whether a flow identifier in the request message packet is the same as the flow identifier **510** of the context **435**. If the flow identifier in the request message packet is the same as the flow identifier **510** of an identified context **435**, the command distribution unit **410** determines the data stripe operation is associated with the context **435**. In this way, command distribution unit **410** also determines the page frame **425** associated with the context **435** is allocated to the data stripe operation.

If the command distribution unit **410** determines that a page frame **425** in the parity calculator **420** has not been allocated to the data stripe operation associated with the update command in the request message packet, the command distribution unit **410** identifies a context **435** in the idle state. Further, the command distribution unit **410** allocates the page frame **425** associated with the context **435** to the data stripe operation by modifying (e.g., updating) the context state **505** of the context **435** to the allocated state and modifying the flow identifier **510** of the context **435** to the flow identifier contained the request message packet.

In addition to allocating the page frame **425** in the parity calculator **420** to the data stripe operation, the command distribution unit **410** initializes the stripe count **515** to an initial stripe count based on the number of data blocks in the data stripe operation. In various embodiments, the stripe count **515** is a predetermined value. In one embodiment, the initial stripe count is equal to the number of data blocks in the data stripe operation. In this embodiment, the parity calculator **420** decrements the stripe count **515** when initializing a parity block in the page frame **425** associated with the context **435** and when updating the parity block in the page frame **425**, as is described more fully herein. In another embodiment, the initial stripe count **515** is one less than the number of data blocks in the data stripe operation. In this embodiment, the parity calculator **420** decrements the stripe count **515** when updating a parity block in the page frame **425** associated with the context **435** but does not decrement the stripe count **515** when initializing the parity block in the page frame **425**, as is also described more fully herein.

In various embodiments, the parity calculator **420** determines an operation to perform on a data block of a data stripe operation received by the parity calculator **420** based on the context state **505** of the context **435** associated with the data stripe operation. If the context state **505** is the allocated state, the parity calculator **420** initializes a parity block in the page frame **425** associated with the context **435** by storing the data block into the page frame **425**, as is described more fully herein. Additionally, the parity calculator **420** changes the context state **505** from the allocated state to the initialized state. In some embodiments, the parity calculator **420** also updates (e.g., decrements) the stripe count **515** of the context **435** to indicate the parity calculator **420** processed the data block received by the parity calculator **420**.

Otherwise, if the parity calculator **420** receives a data block of a data stripe operation and the context state **505** of the context **435** associated with the data stripe operation is the

13

initialized state, the parity calculator **420** updates the data block (e.g., parity block) stored in the page frame **425** associated with the context **435** by performing an operation on the data block received by the parity calculator **420** and the data block stored in the page frame **425**, as is described more fully herein. Additionally, the parity calculator **420** updates (e.g., decrements) the stripe count **515** in the context module **430** associated with the data operation to indicate the parity calculator **420** processed the data block received by the parity calculator **420**.

Further, the parity calculator **420** determines whether the data block received by the parity calculator **420** is the last data block of the data stripe operation based on the stripe count **515** of the context **435**. In various embodiments, the parity calculator **420** determines the data block received by the parity calculator **420** is the last data block of the data stripe operation by determining the stripe count **515** has reached a threshold value (e.g., zero). If the parity calculator **420** determines the data block received by the parity calculator **420** is the last data block of the data stripe operation, the parity calculator **420** modifies (e.g., updates) the context state **505** of the context **435** associated with the data stripe operation to the completed state. In this way, the parity calculator **420** indicates generation of the parity block is complete.

The command distribution unit **410** determines generation of the parity block for the data stripe operation is complete by determining the context state **505** of the context **435** associated with the data stripe operation is in the completed state. In this way, the command distribution unit **410** also determines the stripe count **515** of the context **435** associated with the data stripe operation has reached a threshold value. Furthermore, the command distribution unit **410** modifies (e.g., updates) the context state **505** of the context **435** associated with the data stripe operation to the idle state to indicate the stripe count **515** of the context **435** associated with the data stripe operation has reached the threshold value. In this way, the command distribution unit **410** releases the context **435** for use in another data stripe operation.

Because the storage controller **300** includes multiple page frames **425** and multiple contexts **435** associated with the page frames **425**, the storage controller **300** may process more than one data stripe operation at the same time. In this way, the storage controller **300** is capable of performing multiple data stripe operations in parallel. As a result, throughput of the nonvolatile memory controller **105** is higher than throughput of other nonvolatile memory controllers capable of processing only a single data stripe operation at a time.

FIG. **6** illustrates the parity calculator **420**, in accordance with an embodiment of the present invention. The parity calculator **420** includes a context memory **600**, a parity calculator controller **605**, a computation block **620**, and a selector (MUX) **630**. For example, the selector **630** may be a multiplexer. The context memory **600** is coupled (e.g., connected) to data network **205**, the parity calculator controller **605**, the computation block **620**, and the selector **630**. The computation block **620** is coupled (e.g., connected) to the data network **205** and the selector **630**. The selector **630** is coupled (e.g., connected) to the data network **205**, the parity calculator controller **605**, and the data distribution unit **440**. Additionally, the parity calculator controller **605** is coupled (e.g., connected) to the data network **205**, the data request router **445**, and the context module **430**. As illustrated in FIG. **6**, the context memory **600** includes the page frames **425** of the parity calculator **420**.

In operation, the parity calculator **420** receives a completion packet from the data network **205**. In response to receiving the completion packet, the parity calculator controller **605**

14

generates a control signal and provides the control signal to the selector **630**. In response to the control signal received from the parity calculator controller **605**, the selector **630** passes the completion packet to the data distribution unit **440**. In turn, the data distribution unit **440** distributes the completion packet to a command processing unit **415**, as is described more fully herein. In this way, the parity calculator **420** forwards the completion packet to the command processing unit **415**.

Additionally, the context module controller **520** determines whether the completion packet includes a data update command. If the completion packet includes a data update command, the parity calculator controller **605** identifies the context **435** of the data stripe operation associated with the data update command based on a flow identifier in the completion packet. In this process, the parity calculator controller **605** identifies the context **435** containing a flow identifier **510** that is the same as the flow identifier contained in the completion packet.

If the context state **505** of the context **435** is the allocated state, the parity calculator controller **605** generates a control signal and provides the control signal to the context memory **600**. In response to the control signal received from the parity calculator controller **605**, the context memory **600** stores the data block contained in the completion packet into the page frame **425** associated with the context **435**. The data block stored in the page frame **425** is an initial parity block for the data stripe operation associated with the data block. Further, the parity calculator controller **605** modifies (e.g., updates) the context state **505** of the context **435** to the initialized state. In some embodiments, the parity calculator controller **605** also modifies (e.g., decrements) the stripe count **515** of the context **435**, as is described more fully herein.

Otherwise, if the context state **505** of the context **435** is the initialized state, the controller generates a control signal and provides the control signal to context memory **600**. In response to the control signal received from the parity calculator controller **605**, the context memory **600** provides the data block stored in the page frame **425** associated with the context **435** to the computation block **620**. In turn, the computation block **620** generates an updated data block (i.e., an updated parity block) by performing a parity operation (e.g., an exclusive-or operation) on the data block received from the context memory **600** and the data block in the completion packet.

The parity calculator controller **605** generates another control signal and provides the control signal to the context memory **600**. In response to the control signal, the context memory **600** stores the updated data block into the page frame **425** associated with the context **435**. In this way, the parity calculator **420** performs an update operation on the parity block (i.e., data block) stored in the page frame **425**. Additionally, the parity calculator controller **605** modifies (e.g., decrements) the stripe count **515** of the context **435**, as is described more fully herein. In this way, the parity calculator controller **605** counts a number of update operations performed on the initial data block stored in the page frame **425**. Moreover, if the stripe count **515** has reached a threshold value (e.g., a value of zero), the parity calculator controller **605** updates the context state **505** of the context **435** to a completed state. In this way, the context module controller **520** indicates generation of the parity block is complete.

If the parity calculator controller **605** receives a data request packet including a write parity command from the data request router **445**, the context module controller **520** identifies the context **435** containing the flow identifier contained in the data request packet. Additionally, the parity

US 8,601,346 B1

15

calculator controller **605** generates a control signal and provides the control signal to context memory **600**. In response to the control signal received from the parity calculator controller **605**, the context memory **600** provides the parity block stored in the page frame **425** associated with the context **435** to the selector **630**. Additionally, the parity calculator controller **605** provides the request tag in the data request packet including the write parity command to the selector **630**.

The parity calculator controller **605** generates another control signal and provides the control signal to the selector **630**. In response to the control signal received from the parity calculator controller **605**, the selector **630** passes the parity block and the request tag received from the parity calculator controller **605** to the data distribution unit **440**. In this way, the parity calculator **420** provides a completion packet including the parity block and the request tag to the data distribution unit **440**.

In some instances, the parity calculator controller **605** may receive a data completion packet including a data update command from the data network **205** and a data request packet include a write parity command from the data request router **445** at the same time. In these embodiments, the parity calculator controller **605** processes the packets sequentially. In other embodiments, the parity calculator controller **605** processes the packets substantially simultaneously. For example, the context memory **600** may be a dual-port memory and the parity calculator controller **605** may store an updated parity block into the context memory **600** for a data stripe operation and at the same time read a parity block from the context memory **600** for another data stripe operation.

FIG. **7** illustrates the processing unit, in accordance with an embodiment of the present invention. The command processing unit **415** includes a command processor queue **700** and a command processor **705** coupled (e.g., connected) to the command processor queue **700**. The command processor queue **700** stores packets (e.g., request message packets) received from the command distribution unit **410**. In various embodiments, the command distribution unit **410** writes a command to the command processing unit **415** by writing a request message packet including the command at a tail of the command processor queue **700**. For example, the command processor queue **700** may be a first-in-first-out (FIFO) queue.

The command processor **705** reads a command at head of the command processor queue **700**, for example by reading a request packet including the command at the head of the command processor queue **700**. The command processor **705** processes the command by generating nonvolatile memory commands based on the command in the request packet. Further, the command processor **705** provides the nonvolatile memory commands to the nonvolatile memory device **140**. In turn, the nonvolatile memory device **140** processes the commands.

In various embodiments, the nonvolatile memory commands generated by the command processor **705** are specific to a type of the nonvolatile memory device **140**. For example, the nonvolatile memory commands may be specific to a particular manufacturer of the nonvolatile memory device **140**. In some embodiments, the command processor **705** is programmable to generate nonvolatile memory commands for a variety of different types of nonvolatile memory devices **140**.

FIG. **8** illustrates the nonvolatile memory device **140**, in accordance with an embodiment of the present invention. The nonvolatile memory device **140** includes nonvolatile memory units **800**. Each of the nonvolatile memory units **800** is coupled (e.g., connected) to a corresponding command processing unit **415** in the command processing module **400**. For

16

example, each of the nonvolatile memory units **800** may be a nonvolatile memory device, such as a flash storage device.

In various embodiments, the storage controller **300** distributes the commands of a data stripe operation (i.e., data update commands and a parity write command) among the command processing units **415**. In turn, each of the command processing units **415** writes a data block or a parity block into nonvolatile memory unit **800** corresponding to the command processing unit **415**. In this way, the storage controller **300** performs the data stripe operation.

FIG. **9** illustrates a portion of a method **900** of generating parity data, in accordance with an embodiment of the present invention. In various embodiments, the portion of the method **900** illustrated in FIG. **9** is performed by the command distribution unit **410** in the storage controller **300**.

In step **905**, a command is received at the command distribution unit. In various embodiments, the command distribution unit **410** receives the command of the data stripe operation by receiving a request message packet including the command. For example, the command distribution unit **410** may receive the request message packet from the command input queue **405**. The portion of the method **900** then proceeds to step **910**.

In step **910**, it is determined whether the command is a data update command. In various embodiments, the command distribution unit **410** determines whether the command in the request message packet is a data update command. If the command in the request message packet is a data update command, the portion of the method proceeds to step **915**. Otherwise, the portion of the method **900** proceeds to step **940**.

In step **915**, arrived at from the determination in step **910** that the command is a data update command, a determination is made as to whether a page frame is allocated to the data stripe operation associated with the data update command. In various embodiments, the command distribution unit **410** determines whether a page frame **425** is allocated to the data stripe operation associated with the command based on a flow identifier in the request message packet, as is described more fully herein. If a page frame **425** is allocated to the data stripe operation associated with the command, the portion of the method **900** proceeds to step **940**. Otherwise, the portion of the method **900** proceeds to step **920**.

In step **920**, arrived at from the determination in step **915** that a page frame is not allocated to the data operation associated with the data update command, it is determined whether a page frame is available. In various embodiments, the command distribution unit **410** determines whether a page frame **425** is available by determining whether a context **435** is in the idle state. If the command distribution unit **410** identifies at least one context **435** in the idle state, the command distribution unit **410** determines a page frame **425** is available. If a page frame **425** is available, the portion of the method **900** proceeds to step **925**. Otherwise, the portion of the method **900** returns to step **920**.

In step **925**, arrived at from the determining in step **920** that a page frame is available, a page frame associated with a context is allocated to the data stripe operation. In various embodiments, the command distribution unit **410** allocates a page frame **425** to the data stripe operation by selecting a context **435** in the idle state, setting the context state **505** of the context **435** to the allocated state, and modifying (i.e., setting) the flow identifier **510** in the context **435** to the flow identifier contained in the request message packet. The portion of the method **900** then proceeds to step **930**.

In step **930**, a stripe count is initialized in the context. In various embodiments, the command distribution unit **410**

17

initializes the stripe count **515** in the context **435** associated with the data operation to an initial stripe count. For example, the initial stripe count may be equal to the number of data blocks associated with the data stripe operation. The portion of the method **900** then proceeds to step **935**.

In step **935**, the context is set to an allocated state. In various embodiments, the command distribution unit **410** sets the context **435** associated with the data operation to the allocated state. For example, the command distribution unit **410** may modify (i.e., set) the context state **505** of the context **435** to the allocated state. The portion of the portion of the method **900** then proceeds to step **940**.

In step **940**, arrived at from the determination in step **910** that the command is not a data update command, the determination in step **915** that a page frame is allocated to the stripe operation, or step **935** in which the context is set to the allocated state, it is determined whether the command is a parity write command. In various embodiments, the command distribution unit **410** determines whether the command is a parity write command. If the command is a parity write command, the method **900** proceeds to step **945**. Otherwise, if the command is not a parity write command, the method **900** proceeds to step **950**.

In step **945**, arrived at from the determination in step **940** that the command is a parity write command, it is determined whether the data update commands of the data stripe operation are complete. In various embodiments, the command distribution unit **410** determines whether the data update commands of the data stripe operation are complete based on the stripe count **515** of the context **435** associated with the data stripe. If the stripe count **515** of the context **435** associated with the data stripe operation has reached a threshold value, the command distribution unit **410** determines the data update commands of the data stripe operation are complete and the method **900** proceeds to step **950**. Otherwise, if the command distribution unit **410** determines the stripe count **515** of the context **435** associated with the data stripe has not reached a threshold value, the command distribution unit **410** determines the data update commands of the data stripe operation are not complete and the method **900** returns to step **945**.

In step **950**, arrived at from the determination in step **940** that the command is not a parity write command or from the determination in step **945** that the data update commands of the data stripe operation are complete, the command is distributed to a processing unit. In various embodiments, the command distribution unit **410** distributes the command to a command processing unit **415** by selecting the command processing unit **415** and providing the command to the command processing unit **415**. The portion of the method **900** then proceeds to step **955**.

In step **955**, it is determined whether an additional command is received. In various embodiments, if the command distribution unit **410** receives an additional command of the data stripe operation, the portion of the portion of the method **900** returns to step **910**. Otherwise, the portion of the method **900** ends.

In various embodiments, the portion of the method **900** illustrated in FIG. **9** may include more or fewer than the steps **905-955** illustrated in FIG. **9** and described above. In some embodiments, the steps **905-955** in the portion of the method **900** illustrated in FIG. **9** may be performed in a different order than the order illustrated in FIG. **9** and described above. In some embodiments, some of the steps **905-955** of the portion of the method **900** illustrated in FIG. **9** may be performed in parallel or substantially simultaneously. In various embodi-

18

ments, one or more of the steps **905-955** may be performed more than once in the portion of the method **900** illustrated in FIG. **9**.

FIG. **10** illustrates a portion of a method **1000** of generating parity data, in accordance with an embodiment of the present invention. In various embodiments, the portion of the method **1000** illustrated in FIG. **10** is performed by the command processing module **400** in the storage controller **300**. In step **1005**, a command is received by a command processing unit. In various embodiments, a command processing unit **415** in the command processing module **400** receives a command by receiving a request message packet including the command from the command distribution unit **410**. The portion of the method **1000** then proceeds to step **1010**.

In step **1010**, it is determined whether the command is a data stripe command. In various embodiments, the command processing unit **415** determines whether the command is a data stripe command by determining whether the command is a data update command or a parity write command. If the command is a data stripe command, the portion of the method **1000** proceeds to step **1015**. Otherwise, the portion of the method **1000** proceeds to step **1030**.

In step **1015**, arrived at from the determination in step **1010** that the command is a data stripe command, a request is generated for a block based the command. In various embodiments, the command processing unit **415** generates a request for the block by generating a data request packet including the command based on the request message packet. If the command is a data update command, the command processing unit **415** generates the data request for a data block based the data update command. Otherwise, if the command is a parity write command, the command processing unit **415** generates the data request for a parity block based the parity write command. Further, the command processing unit **415** provides the data request packet to the data request router **445** for routing to the controller memory **160** or the parity calculator **420**, as is described more fully herein. The portion of the method **1000** then proceeds to step **1020**.

In step **1020**, a block is received in response to the request for the block. In various embodiments, the command processing unit **415** receives a completion packet including the block in response to the data request packet including the command. For example, the command processing unit **415** may receive a completion packet including a data block or a completion packet including a parity block. The portion of the method **1000** then proceeds to step **1025**.

In step **1025**, the block is written to a nonvolatile memory device. In various embodiments, the command processing unit **415** writes the block of the completion packet to the nonvolatile memory device **140** at the address of the storage location of the nonvolatile memory device **140** contained in the request message packet associated with the completion packet. For example, the completion packet may include a data block and the command processing unit **415** may write the data block to the nonvolatile memory device **140**. As another example, the completion packet may include a parity block and the command processing unit **415** may write the parity block to the nonvolatile memory device **140**. The portion of the method **1000** then proceeds to step **1035**.

In step **1030**, arrived at from the determination in step **1010** that the command is not a data stripe command, the command is processed. In various embodiments, the command processing unit **415** receiving the command processes the command. For example, the command may be a read request command for reading data from the nonvolatile memory device **140** or

19

an erase request for erasing data from the nonvolatile memory device **140**. The portion of the method **1000** then proceeds to step **1035**.

In step **1035**, arrived at from step **1025** in which a block is written to the nonvolatile memory or step **1030** in which a command is processed, it is determined whether an additional command of the data stripe operation is received by a command processing unit **415**. In various embodiments, if a command processing unit **415** in the command processing module **400** receives an additional command of the data stripe operation, the portion of the method **1000** returns to step **1010**. Otherwise, the portion of the method **1000** ends.

In various embodiments, the portion of the method **1000** illustrated in FIG. **10** may include more or fewer than the steps **1005-1035** illustrated in FIG. **10** and described above. In some embodiments, the steps **1005-1035** in the portion of the method **1000** illustrated in FIG. **10** may be performed in a different order than the order illustrated in FIG. **10** and described above. In some embodiments, some of the steps **1005-1035** of the portion of the method **1000** illustrated in FIG. **10** may be performed in parallel or substantially simultaneously. In various embodiments, one or more of the steps **1005-1035** may be performed more than once in the portion of the method **1000** illustrated in FIG. **10**.

FIG. **11** illustrates a portion of a method **1100** of generating parity data, in accordance with an embodiment of the present invention. In various embodiments, the portion of the method **1100** illustrated in FIG. **11** is performed by the parity calculator **420** in the storage controller **300**.

In step **1105**, a data block is received by the parity calculator. In various embodiments, the parity calculator **420** receives a data block by receiving a completion packet including the data block. For example, the parity calculator **420** may receive the completion packet from the data network **205**. In addition to the data block, the completion packet includes a flow identifier contained in a data request packet associated with the completion packet and a request tag contained in the data request packet. The portion of the method **1100** then proceeds to step **1110**.

In step **1110**, the data block is forwarded to a processing unit. In various embodiments, the parity calculator **420** forwards the data block to a command processing unit **415** by forwarding a completion packet including the data block to the data distribution unit **440**. In turn, the data distribution unit **440** distributes the completion packet including the data block to the command processing unit **415** based on the request tag contained in the completion packet. The portion of the method **1100** then proceeds to step **1115**.

In step **1115**, it is determined whether the command is a data update command. In various embodiments, the parity calculator **420** determines whether the command is a data update command. For example, the parity calculator controller **605** may determine based on command in the completion packet containing the data block whether the command is a data update command. If the command is a data update command, the portion of the method **1100** proceeds to step **1120**. Otherwise, if the command is not a data update command, the portion of the method **1100** proceeds to step **1150**.

In step **1120**, arrived at from the determination in step **1115** that the command is a data update command, the context of the data update command is identified. In various embodiments, the parity calculator **420** identifies the context **435** of the data update command by matching the flow identifier contained in the completion packet with the flow identifier **510** in the context **435**. The portion of the method **1100** then proceeds to step **1125**.

20

In step **1125**, it is determined whether the context state of the context is in an initialized state. In various embodiments, the parity calculator **420** determines whether the context **435** associated with the data block of the data operation is in the initialized state based on the context state **505** of the context **435**. If the context **435** is in the initialized state, the portion of the method **1100** then proceeds to step **1145**. Otherwise, if the context **435** is not in the initialized state, the portion of the method **1100** proceeds to step **1130**.

In step **1130**, arrived at from the determination in step **1125** that the context is not in the initialized state, a parity block is initialized in the page frame associated with the context. In various embodiments, the parity calculator **420** initializes a parity block in the page frame **425** associated with the context **435** of the data block by writing the data block into the page frame **425**. The portion of the method **1100** then proceeds to step **1135**. In step **1135**, the context is set to an initialized state. In various embodiments, the parity calculator **420** sets the context **435** associated with the data stripe operation to the initialized state. For example, the parity calculator **420** may set context state **505** of the context **435** associated with the data stripe operation to the initialized state. The portion of the method **1100** then proceeds to step **1140**.

In step **1140**, the stripe count of the context is updated. In various embodiments, the parity calculator **420** updates the stripe count **515** of the context **435** associated with the data stripe operation, for example by decrementing the stripe count **515** of the context **435**. The portion of the method **1100** then proceeds to step **1150**.

In step **1145**, arrived at from the determination in step **1125** that the context is in the initialized state, the parity block in the page frame is updated. In various embodiments, the parity calculator **420** generates an updated data block (i.e., an updated parity block) by performing an operation on the data block (i.e., parity block) in the page frame **425** and the data block in the data request packet received by the parity calculator **420**. Further, the parity calculator **420** replaces the data block (i.e., parity block) in the page frame **425** with the updated data block (i.e., updated parity block). The portion of the method **1100** then proceeds to step **1140**.

In step **1150**, arrived at from the determination in step **1115** that the command is not a data update command or from step **1140** in which the stripe count of the context is updated, it is determined whether the parity calculator **420** receives an additional data block of the data stripe operation. In various embodiments, if the parity calculator **420** receives an additional data block of the data stripe operation, the portion of the method **1100** returns to step **1110**. Otherwise, the portion of the method **1100** ends.

In various embodiments, the portion of the method **1100** illustrated in FIG. **11** may include more or fewer than the steps **1105-1150** illustrated in FIG. **11** and described above. In some embodiments, the steps **1105-1150** of the portion of the method **1100** illustrated in FIG. **11** may be performed in a different order than the order illustrated in FIG. **11** and described above. In some embodiments, some of the steps **1105-1150** of the portion of the method **1100** illustrated in FIG. **11** may be performed in parallel or substantially simultaneously. In various embodiments, one or more of the steps **1105-1150** may be performed more than once in the portion of the method **1100** illustrated in FIG. **11**.

FIG. **12** illustrates a portion of a method **1200** of generating parity data, in accordance with an embodiment of the present invention. In various embodiments, the portion of the method **1200** illustrated in FIG. **12** is performed by the parity calculator **420** in the storage controller **300**. In step **1205**, the parity calculator receives a parity write command. In various

21

embodiments, the parity calculator **420** receives the parity write command from the data request router **445** by receiving a data packet including the parity write command. For example, the parity calculator controller **605** of the parity calculator **420** may receive the data packet including the parity write command from the data request router **445**. The portion of the method **1200** then proceeds to step **1210**.

In step **1210**, the context of the parity write command is identified. In various embodiments, the parity calculator **420** identifies the context **435** of the parity write command based on a flow identifier in the data request packet including the parity write command. For example, the parity calculator controller **605** of the parity calculator **420** may identify a context **435** containing a flow identifier **510** which is the same as the flow identifier contained in the data request packet. The portion of the method **1200** then proceeds to step **1215**.

In step **1215**, a parity block is read from the page frame associated with the context. In various embodiments, the parity calculator **420** reads the parity block stored in the page frame **425** associated with the context **435** of the data stripe operation. For example, the parity calculator controller **605** of the parity calculator **420** may provide a control signal to the context memory **600** for reading the parity block from the page frame **425** associated with the context **435**. The portion of the method **1200** then proceeds to step **1220**.

In step **1220**, the parity block is provided to a command processing unit. In various embodiments, the parity calculator **420** provides the command to a command processing unit **415** by providing the parity block read from the page frame **425** and the request tag in the data request packet including the parity write command to the data distribution unit **440**. In this way, the parity block provides a completion packet including the parity block to the data distribution unit **440**. In turn, the data distribution unit **440** distributes the completion packet including the parity block to the command processing unit **415** based on the request tag. For example, the data distribution unit **440** may distribute the completion packet to the command processing unit **415** that generated the data request message including the parity write operation. The portion of the method **1200** then ends.

In various embodiments, the portion of the method **1200** illustrated in FIG. **12** may include more or fewer than the steps **1200-1220** illustrated in FIG. **12** and described above. In some embodiments, the steps **1200-1220** of the portion of the method **1200** illustrated in FIG. **12** may be performed in a different order than the order illustrated in FIG. **12** and described above. In some embodiments, some of the steps **1200-1220** of the portion of the method **1200** illustrated in FIG. **12** may be performed in parallel or substantially simultaneously. In various embodiments, one or more of the steps **1200-1220** may be performed more than once in the portion of the method **1200** illustrated in FIG. **12**.

In various embodiments, the nonvolatile memory controller **105** performs a data stripe operation by using a distributed processing technique in which the data distribution unit **440** performs the portion of the method **900**, the command processing module **400** performs the portion of the method **1000**, and the parity calculator **420** performs the portion of the method **1100** and the portion of the method **1200**. In this way, the nonvolatile memory controller **105** is a distributed processing system for performing the data stripe operation. Furthermore, because the nonvolatile memory controller **105** includes contexts **435** for processing data stripe operations, the nonvolatile memory controller **105** may processes multiple data stripe operation in parallel.

Although the invention has been described with reference to particular embodiments thereof, it will be apparent to one

22

of ordinary skill in the art that modifications to the described embodiment may be made without departing from the spirit of the invention. Accordingly, the scope of the invention will be defined by the attached claims not by the above detailed description.

What is claimed is:

**1**. A nonvolatile memory controller for performing a data stripe operation on a plurality of data blocks, the nonvolatile memory controller comprising:

a plurality of command processing units, each command processing unit of the plurality of command processing units configured to receive a command of a plurality of commands for performing the data stripe operation, the plurality of commands including a plurality of data update commands and a parity write command, each command processing unit of the plurality of command processing units receiving a data update command of the plurality of data update commands configured to request a data block of the plurality of data blocks based on the data update command, receive the data block in response to the request, and write the data block to a nonvolatile memory device; and

a parity calculator coupled to the plurality of command processing units, the parity calculator further comprising a context memory including a page frame, the parity calculator configured to receive the plurality of data blocks as a sequence of data blocks, to generate a parity block by storing a first data block of the sequence of data blocks into the page frame and updating the data block stored in the page frame with each data block following the first data block in the sequence of data blocks, without storing each data block in a data buffer, the command processing unit receiving the parity write command configured to write the parity block to a nonvolatile memory device based on the parity write command.

**2**. The nonvolatile memory controller of claim **1**, wherein the parity calculator is further configured to update the data block stored in the page frame by performing a logical operation on the data block stored in the page frame and a data block following the first data block in the sequence of data blocks.

**3**. The nonvolatile memory controller of claim **2**, wherein the logical operation includes an exclusive-or operation.

**4**. The nonvolatile memory controller of claim **1**, further comprising a context associated with the page frame and including a stripe count for counting each occurrence of updating the parity block, the nonvolatile memory controller further comprising a command distribution unit configured to determine the parity block is generated by determining the stripe count has reached a threshold value.

**5**. The nonvolatile memory controller of claim **1**, wherein the nonvolatile memory controller further comprises a command distribution unit configured to distribute the plurality of data update commands to command processing units of the plurality of command processing units, determine generation of the parity block is complete, and distribute the parity write command to a command processing unit of the plurality of command processing units in response to determining the parity block is complete.

**6**. The nonvolatile memory controller of claim **1**, further comprising:

a controller memory configured to store the plurality of data blocks; and

a data network coupled to the controller memory, the plurality of command processing units, and the parity calculator, wherein the plurality of command processing units is further configured to request the plurality of data

blocks by generating a plurality of data request packets, the controller memory is further configured to generate a plurality of completion packets including the plurality of data blocks, and both the parity calculator and the plurality of command processing units are further configured to receive the plurality of data blocks through the data network.

**7**. The nonvolatile memory controller of claim **6**, wherein the nonvolatile memory controller further comprises a command distribution unit configured to distribute the plurality of data update commands to command processing units of the plurality of command processing units, determine generation of the parity block is complete, and distribute the parity write command to a command processing unit of the plurality of command processing units in response to determining the parity block is complete.

**8**. The nonvolatile memory controller of claim **7**, wherein each command processing unit of the plurality of command processing units comprises a command processing unit command queue for storing commands distributed to the command processing unit from the command distribution unit.

**9**. The nonvolatile memory controller of claim **7**, further comprising a context memory including a plurality of page frames, wherein each command of the plurality of commands includes a flow identifier, and the command distribution unit is further configured to allocate a page frame of the context memory to the data stripe operation by associating the flow identifier with the page frame.

**10**. The nonvolatile memory controller of claim **1**, wherein the plurality of command processing units is further configured to perform a plurality of data stripe operations in parallel.

**11**. A nonvolatile memory controller comprising:

a command distribution unit configured to receive a plurality of commands for performing a data stripe operation on a plurality of data blocks, the plurality of commands comprising a plurality of data update commands and a parity write command;

a plurality of command processing units coupled to the command distribution unit, the command distribution unit further configured to distribute the plurality of data update commands among command processing units of the plurality of command processing units, each command processing unit receiving a data update command configured to request a data block of the plurality of data blocks based on the data update command, receive the data block in response to the request, and write the data block to a nonvolatile memory device; and

a parity calculator coupled to the plurality of command processing units, the parity calculator including a context memory including a page frame, the parity calculator configured to receive the data blocks of the plurality of data blocks as a sequence of data blocks, to generate a parity block by storing a first data block of the sequence of data blocks into the page frame and updating the data block stored in the page frame by performing an exclusive-or operation on the data block stored in the page frame and a data block following the first data block in the sequence of data blocks, the command distribution unit further configured to determine generation of the parity block is complete and to distribute the parity write command to a command processing unit of the plurality of command processing units in response to determining the parity block is complete, the command processing unit receiving the parity write command configured to write the parity block into the nonvolatile memory device.

**12**. The nonvolatile memory controller of claim **11**, wherein the plurality of command processing units is further configured to process the plurality of data update commands in an arbitrary order.

**13**. The nonvolatile memory controller of claim **12**, wherein the context memory includes a plurality of page frames for storing a plurality of parity blocks of a plurality of data stripe operations, and wherein the plurality of command processing units is further configured to perform the plurality of data stripe operations in parallel.

**14**. A method of generating parity data, the method comprising:

distributing a plurality of commands for performing the data stripe operation among a plurality of command processing units in the nonvolatile memory controller, the plurality of commands including a plurality of data update commands and a parity write command;

generating a plurality of data requests by the plurality of command processing units based on the plurality of data update commands;

receiving a plurality of data blocks at the plurality of command processing units and at a parity calculator of the nonvolatile memory controller in response to the plurality of data requests;

writing the plurality of data blocks to a plurality of nonvolatile memory devices by the plurality of command processing units;

generating a parity block in a page frame of a context memory by the parity calculator based on the plurality of data blocks by initializing a parity block in the page frame by storing a first data block of the sequence of data blocks into the page frame and updating the data block stored in the page frame with each data block following the first data block in the sequence of data blocks, without storing each data block in a data buffer;

determining that generation of the parity block is complete; and

writing the parity block to a nonvolatile memory device by a command processing unit of the plurality of command processing units based on the parity write command after determining generation of the parity block is complete.

**15**. The method of claim **14**, wherein updating the data block stored in the page frame with each data block following the first data block in the sequence of data blocks comprises performing an operation on the data block stored in the page frame and a data block following the first data block in the sequence of data blocks.

**16**. The method of claim **15**, wherein the operation includes an exclusive-or operation.

**17**. The method of claim **14**, further comprising:

initializing a stripe count to a predetermined value; and

decrementing the stripe count in response to each occurrence of updating the parity block, wherein determining generation of the parity block is complete comprises determining the stripe count has reached a threshold value.

**18**. The method of claim **14**, wherein the context memory includes a plurality of page frames and each command of the plurality of commands includes a flow identifier, the method further comprising allocating a page frame in the context memory to the data stripe operation by associating the flow identifier with the page frame.

* * * * *